

ORIGINAL
2 to cr

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICKEY A. BECHTEL,

        Plaintiff :

  v.

DANIEL A. VIRTUE, Business Agent
of the International Brotherhood of
Teamsters; INTERNATIONAL
BROTHERHOOD OF TEAMSTERS;
LOCAL 776, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS;
ABF FREIGHT SYSTEMS, INC.

        Defendants :

NO. 1:CV-01-0789
(Judge Rambo)

FILED
HARRISBURG, PA

JUL 13 2001

MARY E. D'ANDREA, CLERK
Per_____
   Deputy Clerk

**MOTION FOR ENLARGEMENT OF TIME
IN WHICH TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT**

  Defendants International Brotherhood of Teamsters, Daniel A. Virtue and International Brotherhood of Teamsters Local 776 respectfully move for an enlargement of time, until September 7, 2001, in which to Answer or otherwise respond to Plaintiff's Complaint, and in support thereof, aver the following:

1. On or about May 4, 2001, Plaintiff filed the above-captioned Complaint.

2. Defendants International Brotherhood of Teamsters, Daniel A. Virtue and Teamsters Local 776 received the Complaint and request for Waiver of Service of Summons on or about May 22, 2001.

3. Wendy D. Bowie, Esquire, attorney for Defendants International Brotherhood of Teamsters, Daniel A. Virtue and Teamsters Local No. 776 is currently undergoing treatment for herniated lumbar and cervical discs, including a series of epidural steroid injections which will not conclude for at least the next forty-five (45) days.

4. Wendy D. Bowie, Esquire has discussed this matter with Robert S. Mirin, Esquire, attorney for Plaintiff, and Vincent Candiello, Esquire, attorney for Defendant ABF, who kindly concurred in an enlargement of time, until September 7, 2001, in which Defendants International Brotherhood of Teamsters, Daniel A. Virtue and Teamsters Local 776 may Answer or otherwise respond to Plaintiff's Complaint.

WHEREFORE, Defendants International Brotherhood of Teamsters, Daniel A. Virtue and Teamsters Local 776 respectfully move for an enlargement of time, until September 7, 2001, in which to Answer or otherwise respond to Plaintiff's Complaint.

Respectfully Submitted,

**IRA H. WEINSTOCK, P.C.**
800 North Second Street
Harrisburg, PA  17102
Phone:  717-238-1657


By: _/s/ Wendy Dullea Bowie_
       WENDY DULLEA BOWIE

## CERTIFICATE OF CONCURRENCE

I, Wendy Dullea Bowie, Esquire, hereby certify that I discussed the attached Motion with Robert S. Mirin, Esquire, attorney for Plaintiff, and Vincent Candiello, attorney for Defendant ABF, and that they concur in this Motion.

*Wendy Dullea Bowie*
WENDY DULLEA BOWIE

## CERTIFICATE OF SERVICE

I, Wendy Dullea Bowie, Esquire, hereby certify that upon the date stated below, I served the attached Motion upon the persons named below, at the stated addresses, by first class postage paid United States mail.

>Robert S. Mirin, Esquire
>**AHMAD & MIRIN**
>8150 Derry Street, Suite A
>Harrisburg, PA 17111
>
>James A. McCall, Esquire
>International Brotherhood of Teamsters
>25 Louisiana Avenue, N.W.
>Washington, D.C. 20001
>
>Vincent Candiello, Esquire
>**MORGAN, LEWIS & BOCKIUS, L.L.P.**
>One Commerce Square
>417 Walnut Street
>Harrisburg, PA 17101-1904

_Wendy Dullea Bowie_
WENDY DULLEA BOWIE

Date: 7/12/01