IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICKEY A. BECHTEL, | : | |
| | : | FILED |
| Plaintiff | : | HARRISBURG, PA |
| | : | JUL 1 3 2001 |
| v. | : | |
| | : | MARY E. D'ANDREA, CLERK |
| DANIEL A. VIRTUE, Business Agent | : | Per _____ Deputy Clerk |
| of the International Brotherhood of | : | NO. 1:CV-01-0789 |
| Teamsters; INTERNATIONAL | : | (Judge Rambo) |
| BROTHERHOOD OF TEAMSTERS; | : | |
| LOCAL 776, INTERNATIONAL | : | |
| BROTHERHOOD OF TEAMSTERS; | : | |
| ABF FREIGHT SYSTEMS, INC. | : | |
| | : | |
| Defendants | : | |

ORDER

AND NOW, this __13__ day of __July__, 2001, the Motion for Enlargement of Time filed by Defendants International Brotherhood of Teamsters, Daniel A. Virtue and International Brotherhood of Teamsters Local 776 is hereby granted. Said Defendants shall Answer or otherwise respond to Plaintiff's Complaint on or before September 7, 2001.

_____
J.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 13, 2001


Re:  1:01-cv-00789    Bechtel v. Virtue


True and correct copies of the attached were mailed by the clerk
to the following:


Robert S. Mirin, Esq.
8150 Derry St.
Harrisburg, PA   17111-5260

Vincent Candiello, Esq.
Morgan, Lewis & Bockius
One Commerce Square
417 Walnut St.
Harrisburg, PA   17101

Joseph E. Santucci Jr., Esq.
Mary D. Walsh, Esq.
Morgan, Lewis and Bockius
1800 M. Street, NW
Washington, DC   20036


```
cc:
Judge                           (X )                    ( ) Pro Se Law Clerk
Magistrate Judge                (  )                    ( ) INS
U.S. Marshal                    (  )                    ( ) Jury Clerk
Probation                       (  )
U.S. Attorney                   (  )
Atty. for Deft.                 (  )
Defendant                       (  )
Warden                          (  )
Bureau of Prisons               (  )
Ct Reporter                     (  )
Ctroom Deputy                   (  )
Orig-Security                   (  )
Federal Public Defender         (  )
Summons Issued                  (  )  with N/C attached to complt. and served by:
                                      U.S. Marshal ( )    Pltf's Attorney (  )
Standard Order 93-5             (  )
Order to Show Cause             (  )  with Petition attached & mailed certified mail
                                      to:  US Atty Gen   ( )   PA Atty Gen ( )
                                           DA of County  ( )   Respondents ( )
Bankruptcy Court                (  )
```

Other_____( )

                                             MARY E. D'ANDREA, Clerk

DATE: July 13th, 2001                       BY: _____
                                                                   Deputy Clerk