cc: Court, KPK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA



11
10-4-01
MR

**Rickey A. Bechtel**                                  CASE NO. 1:01-CV-789

vs.

**Daniel A. Virue, et al.**                            DATE: October 3, 2001 @ 8:45 AM

Judge Sylvia H. Rambo presiding in Chambers

Proceeding: Case Management Conference

Time Commenced: 8:40                Time Terminated: 8:50

APPEARANCES

Plaintiff's Counsel:                                    Defendant's Counsel

Mirin                                                   Santucci

                                                        Bowei

REMARKS: Discovery 4/1
P's expert 2/4
D's "       3/4
Trial - July
disp. - 4/15
Amend/joinder 11/1
Supplement expert 4/1

FILED
HARRISBURG, PA
OCT 03 2001
MARY E. D'ANDREA, CLERK
Per _____, Deputy Clerk