

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICKEY A. BECHTEL,

                  Plaintiff,

    vs.

DANIEL VIRTUE, Business Agent of the
International Brotherhood of Teamsters;
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS; LOCAL 776,
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS; and ABF FREIGHT
SYSTEM, INCORPORATED,

                 Defendants.

No. 1:01-CV-789

Judge Sylvia H. Rambo

FILED
HARRISBURG, PA

APR 1 5 2002

MARY E. D'ANDREA, CLERK
Per _____ 
         Deputy Clerk

---

## SUPPORTING EXHIBITS TO DEFENDANTS',
## DANIEL VIRTUE, INTERNATIONAL BROTHERHOOD OF
## TEAMSTERS and INTERNATIONAL BROTHERHOOD
## OF TEAMSTERS LOCAL UNION NO. 776,
## STATEMENT OF MATERIAL FACTS

---

Ira H. Weinstock, Esquire
Jason M. Weinstock, Esquire
**IRA H. WEINSTOCK, P.C.**
800 North Second Street
Harrisburg, PA  17102
Phone:  717-238-1657
Attorney for Defendants, Daniel
Virtue, International Brotherhood of
Teamsters and International Brotherhood
of Teamsters Local Union No. 776

# TABLE OF CONTENTS

                                                                                    **Page**

Relevant Portions of Bechtel Transcript ............................................................    1

Bechtel Exhibit No. 3 ....................................................................................    7

Bechtel Exhibit No. 4 ....................................................................................    8

Bechtel Exhibit No. 5 ....................................................................................    9

Bechtel Exhibit No. 6 ....................................................................................   10

Bechtel Exhibit No. 7 ....................................................................................   11

Bechtel Exhibit No. 8 ....................................................................................   19

Bechtel Exhibit No. 10 ..................................................................................   20

Bechtel Exhibit No. 12 ..................................................................................   21

Bechtel Exhibit No. 13 ..................................................................................   22

Bechtel Exhibit No. 15 ..................................................................................   23

Bechtel Exhibit No. 16 ..................................................................................   24

Bechtel Exhibit No. 17 ..................................................................................   25

Bechtel Exhibit No. 18 ..................................................................................   42

Bechtel Exhibit No. 19 ..................................................................................   43

Bechtel Exhibit No. 22 ..................................................................................   44

Bechtel Exhibit No. 23 ..................................................................................   45

Bechtel Exhibit No. 25 ............................................................. 54

Bechtel Exhibit No. 26 ............................................................. 55

Bechtel Exhibit No. 28 ............................................................. 56

Bechtel Exhibit No. 29 ............................................................. 57

Affidavit of Charles W. Shughart ............................................. 79

Certificate of Service ............................................................. 110

BECHTEL, RICKEY
3/7/2002

BECHTEL VS
VIRTUE

**6**

1    Q    Okay. It's my job to ask a question that you
2    can understand, so if you don't understand any of my
3    questions please let me know and I can try and rephrase the
4    question for you. If you don't tell me one way or the
5    other, I'm going to assume that you understand the question
6    and that your answer responds to the question. Do you
7    understand that?
8    A    Yes, okay.
9    Q    Okay. Please answer everything verbally. In
10   other words, it's difficult for the court reporter to take
11   down shaking your head and nodding and that kind of thing
12   and even hand gestures, which I'm guilty of, so try and
13   answer everything verbally. And, finally, you're under oath
14   today and, therefore, you're testifying in the same way you
15   would be if you were sitting across the street in a
16   courtroom. Do you understand what it means to testify under
17   oath?
18   A    Yes. I think so anyway.
19   Q    And you agree that you'll be testifying
20   truthfully today?
21   A    Yes.
22   Q    Are you on any medications today?
23   A    No.
24   Q    Is there any reason that you wouldn't be able
25   to testify truthfully today?

**7**

1    A    No.
2    Q    Is there anything that would impair your
3    memory of any of the events?
4    A    Maybe the type lapse of when it occurred till
5    now.
6        MS. WALSH: I think everybody has that problem
7    sometimes. Why don't we mark this as Bechtel Exhibit 1.
8        (Notice of Deposition marked as Bechtel
9    Exhibit 1.)
10   BY MS. WALSH:
11   Q    Mr. Bechtel, have you seen this document
12   before?
13   A    Yes.
14   Q    Okay. And are you appearing pursuant to this
15   notice that you received? Are you here today because you
16   received this notice of deposition?
17   A    Yes, yes.
18   Q    Okay. All right.
19       MR. MIRIN: And because his lawyer told him
20   that that's what it meant.
21   BY MS. WALSH:
22   Q    Can you state your full name for the record?
23   A    Rickey, R-i-c-k-e-y, A., Bechtel,
24   B-e-c-h-t-e-l.
25   Q    What is your date of birth?

**8**

1    A    February 1st, 1959.
2    Q    Okay. What is your Social Security Number?
3    A    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.
4    Q    And can you also state your current address,
5    please?
6    A    2072 Locust Lane, Hummelstown, PA.
7    Q    How long have you been living at that address?
8    A    Since approximately 1980.
9    Q    Okay. Are you currently employed?
10   A    Yes, I am.
11   Q    Where are you employed?
12   A    Stover Fuel Oil, Hershey, PA.
13   Q    How long have you been in that position?
14   A    About 5 of April of '96.
15   Q    And what job do you hold over at Stover?
16   A    I'm a driver, oil technician, installer.
17   Basically I do everything and now also HVAC.
18   Q    Okay. Are you currently a union member?
19   A    Yes, I am.
20   Q    What local is that?
21   A    Teamsters Local 776.
22   Q    When did you first become a member of 776?
23   A    1979.
24   Q    Where were you working at that time?
25   A    Hall's Motor Freight.

**9**

1    Q    Since the time that you have been a member of
2    Local 776, have you held any union positions?
3    A    Steward for awhile.
4    Q    When was that?
5    A    '91 maybe for a year or so. I think. I'm not
6    exactly sure.
7    Q    Okay.
8    A    For awhile.
9    Q    Where were you working at the time?
10   A    Carolina Freight.
11   Q    And you said that was about a year or so that
12   you were a steward?
13   A    Somewhere in there, yeah, a year. I'm not
14   exactly sure how long it was.
15   Q    Okay. Let me go back to your employment prior
16   to the time that you started at Carolina Freight. Can you
17   briefly tell me your employment history prior to the time
18   you went to Carolina?
19   A    I graduated in 1977. I was working for an
20   appliance delivery store, Spire Electric, which is no longer
21   in business. Then I worked -- after TMI came business
22   slacked off, and then I went to the Palmyra Area School
23   District and worked as maintenance and then heard about
24   Hall's and was with Hall's Motor Freight for -- well, till
25   the -- '94 -- not '94, -- '84. Excuse me. That's when they

BECHTEL, RICKEY
3/7/2002

BECHTEL VS
VIRTUE

---

**26**

1    Q     Do you remember when this meeting occurred? I
2 know you said you weren't sure, but do you have a time
3 frame?
4    A     I'm going to say mid January. I'm just
5 guessing. I can't give you an exact date.
6        MR. MIRIN: Provide a year. January of what
7 year?
8    A     '95.
9 BY MS. WALSH:
10    Q     January of '95. Who else was at this meeting?
11    A     As far as --
12    Q     Who --
13    A     The local union hall. I think the president
14 was there and the BA was there, union members.
15    Q     Who was the president at the time?
16    A     Thomas Griffith.
17    Q     Okay. And the BA was?
18    A     Carlos Ramos, I'm pretty sure.
19    Q     Okay. Was anyone else present?
20    A     ABF was the only one there I think taking job
21 apps.
22    Q     Who from ABF was there?
23    A     I'm not sure of what their name was.
24    Q     Job title?
25    A     I can't remember that.

---

**27**

1    Q     Was there one person, more than one person
2 from ABF there?
3    A     I think they had three people there. I'm not
4 exactly sure. There was more than one person taking job
5 apps. They handed them out. They were introduced by the
6 union hall, and then they were handing them out at the end,
7 and you could fill them out and leave them there or deliver
8 them to the Carlisle facility.
9    Q     Did you receive one of those applications?
10    A     Yes, I did.
11    Q     Did you fill it out?
12    A     Yes, I did.
13    Q     Did you return it?
14    A     Yes, I did.
15    Q     Who did you return it to?
16    A     I just delivered it to the Carlisle facility.
17    Q     Okay. What did the application say?
18    A     They just wanted to know what you wanted to do
19 at their facility. It was a job application, just usually
20 what is on job apps. What are you applying for, do you want
21 full-time or part-time.
22    Q     All right. Did the ABF people say anything
23 while they were handing out the applications?
24    A     As far as --
25    Q     Anything at all?

---

**28**

1    A     I don't think anything out of the ordinary,
2 you know.
3        MR. MIRIN: Speak up for the reporter. You
4 know, we have to get it on the record. Did I understand you
5 correctly to say nothing out of the ordinary, is that what
6 you said?
7        MS. WALSH: I think he can repeat his answer
8 for the court reporter.
9    A     I don't remember anything that stuck out.
10 BY MS. WALSH:
11    Q     Do you have any documents that you received at
12 that meeting?
13    A     I don't think so.
14    Q     Okay. When did you first learn about the
15 transaction involving Carolina and ABF?
16    A     I'm not exactly sure what you want.
17    Q     Let me ask it this way: are you aware that at
18 some point ABF's parent company had purchased Carolina
19 Freight?
20    A     Oh, yeah.
21    Q     When did you learn of that?
22    A     Probably in the summer going into fall. I was
23 working for construction.
24        MR. MIRIN: Show me a year.
25        MS. WALSH: Mr. Mirin, let your witness

---

**29**

1 answer, please.
2        MR. MIRIN: Counsel, I'm facilitating. It's a
3 custom in this part of the world if you can facilitate to
4 facilitate. I just asked him to provide a year. It's
5 certainly not leading or suggesting.
6        MS. WALSH: That's fine. Please, I just ask
7 if you can wait until he finishes his answer before you
8 interrupt.
9    A     In the summer of '95 -- the year '95 I
10 remember hearing. I'm sure it was in the papers, too, the
11 newspapers.
12 BY MS. WALSH:
13    Q     So summer of '95. So you learned about this
14 purchase or transaction after you were laid off; is that
15 right?
16    A     Oh, correct.
17    Q     Okay. Now, are you aware that a change of
18 operations committee met to decide seniority issues arising
19 from the ABF-Carolina merger?
20    A     I wasn't aware of that, no. All I knew was
21 that they merged and then I was called in my form that I had
22 a grievance. I think it was probably in November of '95
23 that ABF called and offered me road jobs at 3 different
24 places or if I didn't take them I had to stay in layoff
25 status at Carlisle. That's what it consisted of, the phone

---

BECHTEL, RICKEY
3/7/2002

BECHTEL VS
VIRTUE

**78**

1 paper there we had earlier and a copy of the want ad. I
2 think I've seen most of this before, yes.
3 BY MS. WALSH:
4 Q    Okay. Let me just ask you a couple
5 questions. Did you read the brief, this document marked as
6 Bechtel 23, prior to the time of the Eastern Region
7 conference?
8 A    Oh, yeah, because Chuck and I sat down and
9 went over it.
10 Q    You did?
11 A    Yes.
12 Q    Okay. When did you sit down and go over it in
13 relation to when the Eastern Region conference was held?
14 A    I can't give you an exact date, but, like I
15 said, we had two meetings at least. One we rough drafted
16 it. Then he filled it out, and then he gave it to me and I
17 looked over it, but this is only part of what he presented.
18 I don't think this is everything that was presented at the
19 hearing.
20 Q    There were additional documents presented?
21 A    I think so.
22 Q    Do you recall what those were?
23 A    I think a decision from Washington. Without
24 my stuff -- I didn't bring it along. I didn't know I needed
25 it.

**79**

1 Q    Okay. No, that's fine. I just want to focus
2 now on the brief. Did you have an opportunity to make
3 comments on the brief prior to the time it was submitted at
4 the Eastern Region conference?
5 A    I left it mostly up to Chuck because he knows
6 the contract and basically I can say I briefly -- I believe
7 I understood most of what he had. It looked like he was
8 fighting for what I wanted.
9 Q    Okay. Did you discuss the brief with anyone
10 else other than Chuck?
11 A    I probably talked it over with somebody, but I
12 know for sure I talked with Ray about it.
13 Q    Anyone other than Ray?
14 A    It's hard to say. I probably could have.
15 Q    Did Ray make any comments about the brief?
16 A    Oh, I'm sure he said something somewhere along
17 the line.
18 Q    Did you pass those comments along to Chuck
19 Shughart?
20 A    If I thought there was something, you know,
21 worthwhile.
22 Q    Right.
23 A    It's just that I hadn't been in this for
24 awhile. I lay my faith -- I try to lay my faith in the
25 union because they're at it every day. You know, I'm just a

**80**

1 guy trying to make a living.
2 MS. WALSH: Let me mark this as Bechtel
3 Exhibit 24.
4 (Brief marked as Bechtel Exhibit 24.)
5 BY MS. WALSH:
6 Q    Do you recognize this document that we've
7 marked as --
8 A    This looks like the brief that Chuck and I
9 went through and hacked around and changed this way,
10 that way, whatever, before the final draft.
11 Q    On this last page, this handwritten page
12 attached to the back of the brief, is that your handwriting?
13 A    Oh, that looks like mine.
14 Q    Okay. Did Mr. Shughart make all the changes
15 that you wanted made?
16 A    I believe he did, yes.
17 Q    Okay. And did you approve or agree with the
18 final version of the brief as it was submitted?
19 A    To the best of, you know, whatever I know
20 about this, I thought it was fairly presented.
21 Q    Okay. Was there anything that he did not put
22 in the brief that you asked him to?
23 A    I don't think so. I think he was pretty --
24 like I said, I put my faith in him.
25 Q    Okay. All right. Now, you said that you

**81**

1 attended the hearing, the Eastern Region joint area
2 committee hearing; is that right?
3 A    (Witness nods head affirmatively).
4 Q    Who else attended the hearing?
5 A    At my hearing?
6 Q    Right, right, regarding your grievance.
7 A    Chuck Shughart was there. I think Tom
8 Griffith was there. I'm not sure if there was anybody -- I
9 think Tom was there and maybe a couple BA's. I'm not sure
10 exactly who all was there.
11 Q    Anyone from ABF that you recall?
12 A    Oh, yeah, they had somebody there. I don't
13 remember the name.
14 Q    Okay. Who argued your grievance?
15 A    Chuck.
16 Q    And you said that you also had the opportunity
17 to speak at the hearing?
18 A    Yes. I'm pretty sure I got to speak at that
19 one, and then I ended up in Florida. I'm pretty sure you
20 get a chance at the end.
21 Q    Right. How long did the hearing last
22 approximately?
23 A    Forty-five minutes maybe. I don't know. I'm
24 just guessing.
25 Q    Right. And do you recall about how much time

21 (Pages 78 to 81)

BECHTEL, RICKEY
3/7/2002

BECHTEL VS
VIRTUE

114

1    Q    Did you consider Local 776 to be the union
2  that was responsible for processing your grievance?
3    A    Oh, definitely.  That's -- I don't know how
4  you would go out of your -- I personally don't know how you
5  would go out of your -- I mean, they're my local.  That's
6  where your grievance would be handled.  My grievance is for
7  Carlisle, and they're the local that's dealing in that
8  area.  If there was a way to go other than that, I don't
9  know of it.
10    Q    Now, did you discuss your grievance with
11  anybody from the international?
12    A    No, no.
13    Q    Do you even know anybody from the
14  international who is an international representative other
15  than myself?  I guess I introduced myself.
16    A    Personally, no, no.  I guess back in '95 it
17  was Carey and now it's Morris, but, no, I didn't call none
18  of them guys.
19    Q    You didn't call them?  And is it true that you
20  didn't call them because you didn't think they were
21  responsible for processing your grievance?
22    A    The local union's responsible for my grievance
23  and I would say the international should be making sure that
24  -- because you see the Teamster magazine all the time where
25  they're looking over and trying to govern over the locals

115

1  that aren't what they should be -- you know what I'm saying
2  -- to make sure that things are going the right way.  I
3  just felt that I was wronged.
4    Q    Is it true in your lawsuit that you filed that
5  the main reason why you filed the lawsuit is because you
6  think that -- you disagreed with the grievance panel's
7  decision?
8    MR. MIRIN:  I'm going to object to the form of
9  the question.  It calls for a legal conclusion on the part
10  of the witness as to the basis for his action.
11  BY MR. McCALL:
12    Q    Okay.  You can answer.  My question is, the
13  main reason why you filed your lawsuit, is it true it is
14  because of the fact that you disagreed with the change of
15  operations committee's decision on your grievance?
16    A    I would say after I talked to Chuck and he
17  said there is no other provisions to advance through the
18  union I would say it would probably be correct in that I was
19  wronged and not given -- somehow they took it from one
20  context and changed it to another.  I don't know how that
21  was done.  I was laid off one way and all of a sudden now
22  I'm out in the street with no recall rights, and I don't
23  understand how that happened.  I think it should have been
24  -- I was wronged, and it should be corrected.
25    Q    Would you agree that you filed your lawsuit

116

1  because you believe that the grievance -- that the change of
2  operations committee decided your case wrong?
3    A    If they were to decide in favor, we wouldn't
4  be here.  I would say you're probably correct.  You know
5  what I'm saying?  If it would have been in my -- we wouldn't
6  be here -- in my favor we wouldn't be here.  If you want to
7  get to where you think you should be, sometimes we have to
8  do alternative routes.  The only other thing after asking --
9  and there was nothing left that I knew to do was to get to
10  where I needed to be and get the right wronged or the wrong
11  righted.  This is the only avenue I knew.
12    Q    Right.  And what you're really trying to do is
13  get the grievance panel's decision and the change of
14  operations committee's decision reversed, is that true,
15  through this lawsuit?
16    A    Get it to in my favor, yes, and get righted
17  for what was wronged as far as what was compensated, yes.  I
18  just felt that it wasn't -- some areas got stuff that we
19  didn't get.  And I didn't find this out until after the
20  grievances, you know.  How can one area get something and we
21  don't get the same thing?  We're all local Teamsters.  We're
22  all under the United Brotherhood of Teamsters.  We should
23  all be treated the same.
24    Q    Now, you attended all the grievance hearings
25  relative to your particular grievance; right?

117

1    A    That's correct.
2    Q    And you felt that all -- you had an
3  opportunity to say everything that you wanted to say at
4  those hearings to support your case; isn't that also
5  correct?
6    A    I think that -- yeah, I would say yes.
7    Q    And you also --
8    A    To the best of my knowledge, you know, of what
9  I know.
10    Q    You also participated in preparing your case
11  for these grievance panels, didn't you?
12    A    Oh, yes.
13    Q    And you felt that Mr. Shughart did a very
14  thorough job in preparing the case?
15    A    To my best of knowledge, I mean, he -- I've
16  got to put my trust in my business agent to know the
17  contract better than -- when I was a shop steward, I would
18  often have to go and ask.  You know, shame on me, I should
19  know better, but I don't.  I had to put my faith in them.
20  I'm not -- I mean, they have been to schools with the
21  International Brotherhood of Teamsters, you know, they get
22  schooled on all this stuff.  They should be able to handle
23  it.
24    Q    You don't have any complaints with the way
25  Mr. Shughart performed his job, do you?

BECHTEL, RICKEY
3/7/2002

BECHTEL VS
VIRTUE

---

**166**

1  A    I just called him and asked him if he heard
2  anything about ABF, what's going on over there. That's when
3  he told me he went back, because the last I knew he was
4  running mail. Through the grapevine you hear. He said he
5  found out by word of mouth that they were hiring drivers or
6  something. I don't know.
7  Q    As far as Exhibit 8, which is your grievance,
8  you already indicated you spoke to Mr. Snyder about the
9  grievance when preparing it. Did you speak to anyone else?
10  A    You're saying Exhibit A?
11  Q    Exhibit 8.
12  A    Oh, excuse me. I would have spoke to Chuck
13  and everything after it was all filed and everything -- when
14  we filed it and everything, yes.
15  Q    I'm referring to the preparation of words so
16  stated on Exhibit 8. Did you talk to anyone at the local
17  union about the wording on Exhibit 8, or was it just the
18  wording of you and Ray Snyder?
19  A    I'm not sure if I talked to Shughart or not on
20  that. I know I talked to Shughart on different occasions,
21  but I'm not sure before I filed it if I did or if I did not.
22  Q    Exhibit 9 is the letter that you sent with the
23  grievance, which is Exhibit 8; is that correct?
24  A    You asked me what again?
25  Q    Exhibit 9, is that the letter that you sent to

---

**167**

1  enclose the grievance, which is Exhibit 8?
2  A    When we sent it in to the company, yes.
3  Q    Okay. Well, actually on the bottom it says
4  Teamsters Local 776. Is that who you sent the grievance
5  to? Did you send it to --
6  A    Yeah, okay. Yeah, it would have.
7  Q    And you also sent it to the company at the
8  same time?
9  A    I believe that is correct.
10  Q    And is it fair to say that the letter wasn't
11  addressed to anyone in particular at the union hall?
12  A    I didn't know who to send it to. I think I
13  just sent it to the local.
14  Q    And only after sending this letter is when you
15  heard from Chuck; correct?
16  A    Right, right. Yeah, I think that would be
17  correct.
18  Q    And Mr. Shughart responded to your grievance
19  with Bechtel Exhibit 10? I'm just going to go through these
20  quick.
21  A    Yes.
22  Q    And is it fair to say that Mr. Shughart kept
23  you abreast as to the developments regarding the grievance?
24  A    Well, I would send stuff if I felt it went too
25  long.

---

**168**

1  Q    Okay. Is an example of that Exhibit 11?
2  A    Yes.
3  Q    I trust your letter, Exhibit 11, crossed the
4  mail with Mr. Shughart's March 29, 2000 letter, which is
5  marked as Exhibit 12?
6  A    That's the date that we were to meet with the
7  company, yes, as far as I can remember.
8  Q    But Mr. Shughart, again, kept you abreast as
9  to the meeting with the company?
10  A    After I sent him the letter from -- after I
11  sent him Exhibit 11, he sent me 12.
12  Q    Okay. The dates on 11 and 12, can we agree
13  they're the same date?
14  A    Well, it looks like it was signed -- the date
15  of delivery says the 31st. They must have crossed in the
16  mail, so it must have been pretty much simultaneously.
17  Q    And you attended the meeting on April 5?
18  A    Yes, I did.
19  Q    Okay. And you had an opportunity to be heard?
20  A    Yes.
21  Q    Did you speak at the meeting?
22  A    Yes.
23  Q    Did Mr. Shughart allow you to speak?
24  A    Yes.
25  Q    Did anyone stop you from speaking at the

---

**169**

1  meeting?
2  A    No, no.
3  Q    After the meeting did Mr. Shughart send a
4  letter to Andy Upchurch, which is Exhibit 13? Did you get a
5  copy of that at that time?
6  A    Yes. I think I did, yes.
7  Q    And during this grievance process you did ask
8  for information from Mr. Shughart to obtain from the
9  company?
10  A    Yes.
11  Q    And Mr. Shughart again responded to your
12  request?
13  A    I got stuff. I don't know if I ever got
14  everything, but yes.
15  Q    Is there anything sitting here today that you
16  can tell us that Mr. Shughart did not provide you that you
17  requested?
18  A    I'm sure that -- off the top of my head, I
19  would say no, that I can think of. I mean, whether he knew
20  something that I didn't know I can't speak to that.
21  Q    I'm not asking you about things you know. I'm
22  asking is there anything that you requested from
23  Mr. Shughart that he didn't provide to you?
24  A    The seniority list I got. Did I get a layoff
25  notice? I think it's safe to assume or to say, yes, that he

---

43 (Pages 166 to 169)

**BECHTEL, RICKEY**
**3/7/2002**

<div align="right">

**BECHTEL VS**
**VIRTUE**

</div>

---

170

1  gave me what I knew to ask for.

2  Q      Okay. Did you ever ask anyone else from the
3  Teamsters Local 776 or the International Brotherhood of
4  Teamsters that you did not receive, any documents?

5  A      I channeled everything through Chuck. He was
6  to – he would know better what to ask than I would.

7  Q      Okay. You indicated that you had some
8  meetings I guess at the union hall and you spoke to a
9  variety of business agents, but your main person was Chuck
10  Shughart?

11  A      Correct.

12  Q      These other individuals, is there anything
13  particular you recall from your conversations with the other
14  individuals you've named?

15  A      Danny Virtue was in and out at times and put
16  whatever his input – you know, whatever he thought should
17  be mentioned, but he didn't agree with the dock workers at
18  all. He's strictly a road driver BA.

19  Q      What did Dan Virtue state that you recall?

20  A      I can't give you any real word for word. You
21  know, I'm not going to stand and give you word for word and
22  then you pick it apart, but I sort of got negative vibes out
23  of it.

24  Q      What comments did he make that gave you these
25  negative vibes?

---

171

1  A      It's not so much the comments. It's how he
2  would answer questions when you were asking him. It's just
3  he gave me the opinion that he didn't need to talk to me.

4  Q      Okay. But Chuck Shughart was your go to guy
5  at Teamsters Local 776?

6  A      That's why I put everything in Chuck.

7  Q      Did you know Carlos Ramos?

8  A      He was a dock worker, yes, and a business
9  agent.

10  Q      He was a dock worker where?

11  A      Carolina Freight.

12  Q      Did you work with Carlos?

13  A      Oh, yes.

14  Q      Was he also on the seniority list at Carolina?

15  A      If I worked with him I know he was on, yes.

16  Q      And he was still a business agent in this
17  period of 1995?

18  A      He was still in the hall.

19  Q      Is he still in the hall today to the best of
20  your knowledge?

21  A      I think he is.

22  Q      Do you know what happened to Mr. Ramos'
23  seniority?

24  A      No, I don't.

25  Q      Any knowledge as to whether Carlos was treated

---

172

1  any differently than anyone else?

2  A      I have no idea.

3  Q      Do you know of anyone at Carolina that was
4  treated differently than anyone else?

5  A      Carolina in Carlisle or Carolina guys
6  altogether?

7  Q      Carolina Carlisle.

8          MR. MIRIN: Thank you. You clarified that.

9  A      I don't see these guys, so I can't say that I
10  know of anybody. No, I don't.

11  BY MR. WEINSTOCK:

12  Q      Regarding the grievance, was there any other
13  sections of the contract that you thought were relevant to
14  your grievance besides those stated within the grievance?

15          MR. MIRIN: I object to the term relevant.
16  It's a legal term which requires the witness to make an
17  assessment of the rules of evidence. It's a legal
18  conclusion. It calls for a legal conclusion.

19          MR. WEINSTOCK: I don't think it does call for
20  a legal conclusion. The witness definitely wrote his
21  grievance, and I trust he wasn't represented by any counsel
22  at that time.

23  BY MR. WEINSTOCK:

24  Q      If you could please answer the question?

25  A      When I wrote the grievance, there's always a

---

173

1  chance to amend it, and Chuck did not see fit to have it
2  amended any different than any way that I had it written
3  up. In speaking with him he knew what my grievances were
4  with how it was handled and he knew where – you know, what
5  the end result was that I was looking for. Like I said, I
6  channeled everything through Chuck to make the right
7  decisions on what goes in because the BA's actually do have
8  the last say on what goes in and what doesn't go in those.

9  Q      But you wrote this grievance, Exhibit 8,
10  without Chuck or anyone else from the local; correct?

11  A      To get it in in time I did but knowing that he
12  can amend it.

13  Q      And there was an amendment made to the
14  grievance?

15  A      I think he did amend a little bit to it, yes.

16  Q      And that was an amendment as to the damages,
17  correct, if you know? If you don't know --

18  A      I'm not sure. I know -- the important thing
19  to me was to get the grievance in and get it -- you know,
20  because I know -- once you know, you've got to get it done.

21  Q      Every brief that Chuck Shughart submitted at
22  the different levels of the grievance process you had an
23  opportunity to review prior to when it was submitted?

24  A      It was the same grievance.

25  Q      Yes, but you had an opportunity to review the

---

<div align="right">

44 (Pages 170 to 173)

</div>

# INTERNATIONAL
# BROTHERHOOD OF TEAMSTERS
### AFL-CIO



LEGAL DEPARTMENT

OFFICE: (202) 624-6945
FAX: (202) 624-6884

EXhiBiT # 3

March 27, 1995

Thomas Griffith, President
Teamsters Local Union No. 776
2552 Jefferson Street
Harrisburg, Pennsylvania  17110

RE:    Carolina Freight Carriers Corporation

Dear Mr. Griffith:

Enclosed you will find a Notice provided by Carolina Freight Carriers Corporation pursuant to the Workers Adjustment and Retraining Notification Act.  Carolina Freight Carriers Corporation has developed tentative plans to permanently discontinue the Company's freight transportation operation at its facility located at One Carolina Drive, Carlisle, Pennsylvania 17013.  Employment separations are expected to commence on or about May 21, 1995 affecting the entire Carlisle facility.

This letter is being forwarded to you so that you can monitor the employer's actions to assure that they are in compliance with the WARN Act.  Please contact the undersigned if you have any questions with regard to the enclosed notice.

Sincerely,

Paula J. Caira

PJC/mk

Enclosure

cc:    Dennis Skelton, Director, Freight Division

7

THOMAS VINSON
VICE PRESIDENT

ANDREW C. REILEY
RECORDING SECRETARY

MELVIN HARRIS
TRUSTEE

TERRY L. KING
TRUSTEE

JEANETTE WATERS
TRUSTEE

**Local Union No. 776**

AFFILIATED WITH THE

International Brotherhood of Teamsters
2552 JEFFERSON STREET
HARRISBURG, PA 17110-2505

THOMAS B. GRIFFITH
PRESIDENT AND BUSINESS AGENT

DALE H. CRUM
SECRETARY TREASURER AND BUSINESS AGENT

*BUSINESS AGENTS*

JOHN L FOGLE

CARLOS N. RAMOS,

CHARLES SHUGHART

GEORGE F. SMART, S

RUSSELL A. STEPP

DANIEL A. VI



October 12, 1995

Dear Carolina Employee:

This letter is important.  Please take the time to read it.

Surely you're aware that ABF and Carolina Freight recently merged their operations. Because of that merger, a change of operations was held on September 14/15, 1995.

As a result of the decision from the change of operations committee, the Carolina employees who are laid off at Carlisle, Pa will have certain rights to future work opportunities with ABF.  Article 5, Section 5 of the NMFA addresses those rights.  Those work opportunities will be offered to laid off Carolina employees in seniority order.  However, it is necessary that you notify ABF in writing of your desire to be offered available work.

Enclosed is a form letter and an envelope.  If you desire to be offered available work, you must complete the letter and mail it to ABF **as soon as possible.**  If you desire, you may also draft your own letter instead of using the form letter.  It is your choice to send the letter via regular mail or certified mail.   In either case, I suggest that you keep a copy of the letter as your file copy.

You should mail the letter to ABF today.  On October 16, 1995, the Company will begin compiling the list of employees who desire available work.

If you have any questions, please feel welcome to contact us.

Sincerely,

Charles Shughart
Business Agent

TELEPHONE (717) 233-8766
(800) 692-6280

8

Bechtel    Rickey    A
(last)      (first)     (m.i.)

2072 Locust Lane
street /P.O. Box

Hummelstown    PA    17036
(city)          (state)    (zip)

717-566-0609    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
(home phone)      (social security #)

10-15-95
(date)

Steve Walters, Terminal Manager
ABF Freight Systems
P.O. Box 1925
New Kingstown, Pa  17072

Ref:    Employment opportunities under Article 5, Section 5 of the NMFA

Dear Mr. Walters:

Please be advised that I am interested in work opportunities that become available at ABF.

I am interested in available work at the below areas:  (Mark only one block).

    [✓]    Carlisle/Camp Hill, Pa
    [ ]    Other terminals in ABF's system

I am a qualified:    [ ]    Road Driver
                [✓]    Jockey
                [✓]    Dockworker

Sincerely,

2-1-86
DN

Rickey A Bechtel
(Signature)

left msg - 2:10 P.M - 11-8-95
Declined   11-8-95 - 2:45 P.M

9



**ABF FREIGHT SYSTEM, INC.**
P. O. Box 10048
Fort Smith, AR 72917-0048
(501) 785-8700



November 9, 1995

Certified Mail No. Z 093 690 533
Return Receipt Requested

Mr. Rickey Bechtel
2072 Locust Lane
Hummelstown, PA 17036

Re: Article 5, Section 5 Job Offer in Accordance with
ABF Multi-Region Change of Operations MR-CO-38-9/95

Dear Mr. Bechtel:

In accordance with paragraph 7 of the decision in the above referenced
change of operations, on November 8, 1995, you were contacted and offered
an opportunity to transfer to permanent employment in your classification
at Waco, Omaha, Brattleboro, New Haven, Cedar Rapids, Waterbury, Fairfield,
Minneapolis or Newark.

This letter is to confirm that you elected to decline the job offer and to
remain in layoff status at Carlisle, PA.

Sincerely yours,

Gordon Ringberg, Director
Industrial Relations

cbf

cc: John Dale, Vice President-Transportation/Industrial Relations

     Teamsters Local Union No. 776
     Certified Mail No. Z 093 690 525
     Return Receipt Requested

A Subsidiary of Arkansas Best Corporation

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICKEY A. BECHTEL,                          :        NO.
                    Plaintiff               :
                                            :        JURY TRIAL DEMANDED
          v.                                :
                                            :
DANIEL A. VIRTUE, Business Agent of the     :
International Brotherhood of Teamsters;      :
INTERNATIONAL BROTHERHOOD OF                 :
TEAMSTERS; LOCAL 776, INTERNATIONAL:
BROTHERHOOD OF TEAMSTERS; ABF                :
FREIGHT SYSTEM, INCORPORATED,               :
                    Defendants              :

**FILED**
HARRISBURG

MAY 0 4 2001

MARY E. D'ANDREA, CLERK
Per_____
                    DEPUTY CLERK

## COMPLAINT

**NOW COMES**, Plaintiff, Rickey A. Bechtel, by and through counsel, Robert S. Mirin,

hereby lodges this Complaint against Daniel A. Virtue, Business Agent/Manager of the

International Brotherhood of Teamsters; International Brotherhood of Teamsters; Local 776,

International Brotherhood of Teamsters; ABF Freight System, Inc., and in support thereof avers

the following:

## JURISDICTION

1.    Jurisdiction is vested in this Court under 28 U.S.C. §1331 et seq., and its authority to

      adjudicate federal claims under the federal laws and Constitution of the United States.

      The federal law in question arises under §301 of the Labor Management Relation Act at

      29 U.S.C. §185.

1

COPY

11

## VENUE

2.     Venue is proper in the Middle District of Pennsylvania pursuant to 28 U.S.C. §1391(b), and is properly lain in that court because the claim arose from employment related actions of the International Brotherhood of Teamsters, and its Local Union 776 and ABF Freight System, Inc., within the Middle District of Pennsylvania.

## PARTIES

3.     Plaintiff, Rickey A. Bechtel, is an adult individual who resided, at all times material to this complaint, at 2072 Locust Lane, Hummelstown, PA 17036.

4.     Defendants are as follows:

(1)     Defendant, Daniel A. Virtue, is an adult individual employed as the Business Manager for the International Brotherhood of Teamsters, Local Union #776, (hereafter referred to as "Local Union") located at 2552 Jefferson Street, Harrisburg, Pennsylvania 17110-2505. As Business Manager, Defendant Virtue, at all times material to this litigation, was responsible for the administration of the International and Local Union's rights and obligations, including the Unions' involvement with the grievance arbitration process under the controlling collective bargaining agreement.

(2)     Defendant, the International Brotherhood of Teamsters (hereafter referred to as "Union"), is an International Union and parent organization of the Local Union #776 (hereafter referred to as "Local Union"). The Union's headquarters are located at 25 Louisiana Avenue, NW Washington, D.C., 20001, and at all times

2

material to this litigation is/was, inter alia, responsible for oversight for and the administration of the collective bargaining agreement which regulates the employment rights of the Plaintiff.

(3)    Defendant Local 776, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America is a Local Union chartered and regulated by the International Union.

    i.    Said Local Union is located at 2552 Jefferson Street, Harrisburg, Pennsylvania 17110-2505, and is involved with the day to day administration of any current master and local collective bargaining agreement, which controlled and controls Plaintiff's current wage, hours and conditions of employment including seniority rights, and performed the same functions under the collective bargaining agreements under which the Plaintiff was employed prior to and up to 1995.

    ii    Said Local Union represented Plaintiff while he was employed at Carolina Freight's Carlisle, Pennsylvania facility, until Carolina Freight's merger with ABF Freight System, Inc. and thereafter as a laid-off ABF employee.

    iii    Both employer entities operated under the same collective bargaining agreement which was serviced by the same Local Union (Local 776).

(4)    Defendant, ABF Freight System, Inc, (hereafter referred to as "ABF"), is a corporation located at 3801 Old Greenwood Road, Fort Smith, Arkansas 72903-5937 engaged in intra and inter state commerce and is a successor to Carolina Freight, a corporation which was also engaged in intra and interstate commerce at

3

all times material to this litigation. Both employer entities operated freight

terminals within the Middle District including but not limited to terminals in

Carlisle, Pennsylvania.

## **BACKGROUND**

5. Rickey A. Bechtel was employed as a platform jockey in the Carlisle facility at the time of

his layoff in 1995 by Carolina Freight at the time of its merger with Defendant ABF and was

employed by Defendant ABF as Carolina Freight's successor under the National Labor

Relations Act at all times material to this litigation, and represented by the Local Union and

the International Union.

6. At the time of the layoffs, when the Carolina Freight facility was shut down, Mr. Bechtel,

along with other Carolina Freight employees, was told that he would have five (5) years of

accrued recall rights in Carlisle, PA under the local collective bargaining supplement to the

National Freight Agreement which, inter alia, covered Defendant ABF.

7. Thereafter, Mr. Bechtel was employed in a variety of driving positions and other employment

in the Cumberland and Dauphin County areas.

8. On or about November 9, 1995, ABF advised Mr. Bechtel that,
   "in accordance with paragraph 7 of the decision in the above referenced change of
   operations, on November 8, 1995, you were contacted and offered an opportunity to
   transfer to permanent employment in your classification at Waco, Omaha, Brattleboro,
   New Haven, Cedar Rapids, Waterbury, Fairfield, Minneapolis or Newark. This letter is
   to confirm that you elected to decline the job offer and to remain in layoff status at
   Carlisle, PA."

9. Between November 9, 1995 and February of 2000, Mr. Bechtel had no contact from either

the Local Union or ABF; although, he had occasion to be employed at Roadway Express,

4

which is an employer covered by the same collective bargaining agreement and Local Union as was/is in place at Carolina Freight and ABF in Carlisle, Pennsylvania.

10. Mr. Bechtel learned, by word of mouth, that there appeared to vacancies at the "Carlisle Barn" of ABF and undertook to contact ABF in February of 2000. 

11. When Mr. Bechtel was not returned to work at the Carlisle facility, he filed a grievance within the prescribed contractual timeframe, or less than seven (7) days from the date that he learned he was not being recalled by ABF in Carlisle. 

12. Thereafter, the Local Union, accepted his grievance and processed the grievance through the local and eastern conference steps up to November 8, 2000.

13. Throughout this period of time, (May 1995 to date), the Local Union and the International Union, failed and refused to provide information concerning recall status.

14. Notwithstanding the letter of November 9, 1995 signed by Gordon Ringberg, director of Industrial Relations at ABF, the company and union took the position, as a result of the Eastern Conference disposition, of which Mr. Bechtel learned on November 8, 2000, that his claim that he was entitled to recall to work at the Carlisle facility would not be honored or pursued further by Defendant Unions.

## COUNT I
## BREACH OF COLLECTIVE BARGAINING AGREEMENT

15. Paragraphs 1 through 14 are incorporated herein as if set forth at length.

16. The employer and union continue to fail to observe the provisions of the National Master Freight Agreement or relevant provisions of the governing Supplemental Agreement concerning recalls from layoff.

17. The Carlisle Carolina Freight break freight location, at which Mr. Bechtel was hired and

worked prior to 1995, was the predecessor location of Carolina Freight which was merged

into the ABF break-freight facility located in Carlisle, Pennsylvania immediately adjacent to

Carolina Freight's facility.

18. Carolina Freight work, which was performed out of the predecessor (Carolina Freight)

facility, is now performed by ABF largely out of the ABF Carlisle facility.

19. In 1995, at the time of the layoff from Carolina Freight (hereafter referred to as "CF"), the

merger between CF and ABF was in process and known to defendants.

20. The two facilities (CF and ABF) were geographically located side by side in Carlisle,

Pennsylvania.

21. The administration of the labor agreements, in question, by defendants, and the relevant

seniority provisions have been tainted by improper, political considerations having to do with

the prior employment status of laid off employees as previously employed by Carolina

Freight verses pre-1995 employment by Defendant ABF.

22. The Defendants have failed and refused to implement the recall provisions of the relevant

labor agreements.

23. The employer's course of conduct and action has been condoned and ratified by the Local

Union.

24. Thus, Plaintiff has suffered diminished rights, entitlements and earnings, by virtue of the fact

that his recall rights were not honored by ABF.

## COUNT II
### UNIONS BREACH OF ITS DUTY OF FAIR REPRESENTATION BY MISHANDLING THE ENSUING GRIEVANCE OR ARBITRATION PROCEEDINGS.

26. Paragraphs 1-24 are incorporated herein as if set forth at length and in full.

6

27. For the above stated reasons, Plaintiff maintains that the Unions breached their duty of fair representation by refusing to further process Mr. Bechtel's grievance up to and including arbitration proceedings.

28. The Local Union has failed, at the terminal level and/or through the grievance procedure, to fairly represent Plaintiff.

29. The International Union is responsible for Union policy, the National Master Freight Agreement and, inter alia, the creation and oversight of the Local Union and has failed to insure the fair representation of Plaintiff.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court to enter judgment against the Defendants and in favor of Plaintiff, and require that Defendants reinstate Plaintiff, with appropriate seniority, and make Plaintiff whole for any economic loss resulting from Defendants' conduct, award compensatory damages, attorney's fees, and such other relief as this Court deems appropriate.

Dated: 5/04/01

Respectfully submitted,

Robert S. Mirin, Esquire
Supreme Court I.D. No. 25305
AHMAD & MIRIN
8150 Derry Street, Suite A
Harrisburg, PA 17111
(717) 909-4343

ATTORNEY FOR PLAINTIFF

7

17

## CERTIFICATE OF SERVICE

I, Kathleen M. Campbell, certify that a true and correct copy of the foregoing *Complaint*

has been served by First-class mail, postage pre-paid, as follows:

International Brotherhood of Teamsters
Local 776
2552 Jefferson Street
Harrisburg, PA 17110-2505

International Brotherhood of Teamsters
25 Louisiana Avenue, NW
Washington, D.C.  20001

ABF Freight Systems, Inc.
3801 Old Greenwood Road
Fort Smith, AR 72903-5937

Courtesy copy:

Ira Weinstock, Esquire
800 North Second Street
Harrisburg, PA 17101

Date: *May 4, 2001*

Kathleen M. Campbell, Assistant
AHMAD & MIRIN
8150 Derry Street, Suite A
Harrisburg, PA 17111
(717) 909-4343

8

18

# NMFA GRIEVANCE — Teamsters Local 776          94530

Name *Rickey A. Bechtel*     Home Phone *717-566-06* Date of Hire *2-85*

Address *2072 Locust Lane*     City *Hummelstown* State *PA* Zip *17036*

Employer *ABF*

Employer's Address _____ *Carlisle*

Road ☑   Dock ☑   Jockey ☑   City ☑   Iron and Steel ☐   Mechanic-Office ☐   Miscellaneous ☐

FEB 24

**IMPORTANT:** It is the responsibility of the member filing this grievance to issue the proper copies to all parties in a timely manner, as per your contract.

Date: *Feb 20, 2000*   8 59

**NATURE OF GRIEVANCE:** *I am filing this grievance due to the fact that I am a laid-off ABF employee at Carlisle, Pa. (see attached letter marked exhibit #1). It has come to my attention that ABF is hiring at Carlisle, Pa. terminal and I am filing this because I have not been contacted for any available work opportunities. Under the NMFA that was in effect in 1985 when I was laid off Article #5 sec. 2 states that "If additional employees are required after the active list is exhausted, they shall be recalled from such inactive seniority roster and after recall such employees shall be "dovetailed" into the active seniority roster with their continuous classification (Road or city) seniority dates they are currently exercising which shall then be*

**STEWARD'S COMMENTS:** *exercised for all purposes.*

*Attachments: 1 grievance, 1 exhibit letter, 1 letter requesting written decision from Local 776.*

**In accordance with the Grievant's Bill of Rights, I am requesting, in writing, copies of all disciplinary letters, photos and any other documentation pertaining to this grievance.**

*Rickey A Bechtel*
Signature of Member Filing Grievance                    Shop Steward

☑ **YOU must check this box if you want to attend the grievance hearings. If you request to be in attendance, YOU WILL NOT be paid for this time.**

**ACTION TAKEN BY BUSINESS AGENT** _____

_____

_____

_____

Date: _____        _____

Signature of Business Agent

1—WHITE—UNION COPY
2—PINK—EMPLOYER
3—BLUE—EMPLOYEE REPORTING GRIEVANCE
4—YELLOW—STEWARD

19

**INSTRUCTIONS ON BACK OF YELLOW SHEET**

PHIL FERRANTE
VICE PRESIDENT
BRAD LINDSAY
RECORDING SECRETARY
HARVEY WHITE
TRUSTEE
MIKE HORD
TRUSTEE
THOMAS VINSON
TRUSTEE

# CHAUFFEURS, TEAMSTERS AND HELPERS
## LOCAL UNION NO. 776

*"AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS"*

2552 JEFFERSON STREET, HARRISBURG, PA 17110-2505

BUSINESS AGENTS

CARLOS N. RAMOS, II
CHARLES SHUGHART
ROBERT J. SNYDER, JR.
RUSSELL A. STEPP
DANIEL A. VIRTUE

THOMAS B. GRIFFITH
PRESIDENT AND BUSINESS AGENT

JOHN L. FOGLE, II
SECRETARY TREASURER AND BUSINESS AGENT

February 29, 2000

Rickey A. Bechtel
2072 Locust Lane
Hummelstown, PA 17036

Ref:   Grievance 94530

Dear Thomas:

Your above referenced grievance was received.  It has been forwarded to ABF.  I will advise you of any scheduled meetings or hearings regarding the grievance.

Please contact me if you have any questions.

Sincerely,

Charles Shughart
Business Agent

TELEPHONE (717) 233-8766
(800) 692-6280
FAX (717) 233-6023

PHIL FERRANTE
VICE PRESIDENT
BRAD LINDSAY
RECORDING SECRETARY
HARVEY WHITE
TRUSTEE
MIKE HORD
TRUSTEE
THOMAS VINSON
TRUSTEE

# CHAUFFEURS, TEAMSTERS AND HELPERS
## LOCAL UNION NO. 776

• AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS •

2552 JEFFERSON STREET • HARRISBURG, PA 17110-2505

THOMAS B. GRIFFITH
PRESIDENT AND BUSINESS AGENT

JOHN L. FOGLE, II
SECRETARY-TREASURER AND BUSINESS AGENT

BUSINESS AGENTS

CARLOS N. RAMOS, II
CHARLES SHUGART
ROBERT J. SNYDER, JR.
RUSSELL A. STEPP
DANIEL A. VIRTUE

March 29, 2000

Rickey A. Bechtel
2072 Locust Lane
Hummelstown, Pa 17036

Ref:   Grievance # 94530

   This confirms that your above referenced grievance will be discussed at the company level on Wednesday, April 5, 2000 at 9:00 a.m.

   The meeting will be held in the conference room at the inbound dock office (Old Smith Terminal).

   Contact me if you have any questions.

Fraternally,

Charles W. Shughart
Charles W. Shughart
Business Agent

CWS/kad

TELEPHONE 717-233-8766
800-692-6280
FAX: 717-233-6023

21

PHIL FERRANTE
VICE PRESIDENT
BRAD LINDSAY
RECORDING SECRETARY
HARVEY WHITE
TRUSTEE
MIKE HORD
TRUSTEE
THOMAS VINSON
TRUSTEE

# CHAUFFEURS, TEAMSTERS AND HELPERS
## LOCAL UNION NO. 776

"AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS"

2552 JEFFERSON STREET, HARRISBURG, PA 17110-2505

THOMAS B. GRIFFITH
PRESIDENT AND BUSINESS AGENT

JOHN L. FOGLE, II
SECRETARY TREASURER AND BUSINESS AGENT

BUSINESS AGENTS

CARLOS N. RAMOS, II
CHARLES SHUGHART
ROBERT J. SNYDER, JR.
RUSSELL A. STEPP
DANIEL A. VIRTUE

April 5, 2000

(13)

Andy Upchurch
ABF Freight Systems
P.O. Box 1925
New Kingstown, PA 17072

Ref:    Meeting of April 5, 2000

Dear Andy:

On April 5, 2000, a meeting was held at the Carlisle terminal to discuss grievances 94530 (R. Bechtel) and 94532 (Thomas Schildt). In attendance was David Quidort, both grievants you and me. The following was discussed:

The grievants are claiming recall rights from layoff under Article 5, Section 2 of the NMFA. Mr. Bechtel amended his grievance at the table to include compensation for lost earnings and benefits. The same request was not made by Mr. Schildt. It was the position of the Company that the timeliness of the grievances could be an issue. We were not able to determine the date of layoff for either grievant, but Mr. Schildt provided a pay stub, indicating that he was paid for work performed in the pay period ending 3/18/95. The parties will search for records that will clarify the dates of layoff. It was also the position of the Company that they had no obligation to recall Carolina employees who were in layoff status prior to the merger/purchase by ABF Freight Systems. The provisions of Article 5, Section 5 were discussed. No resolution was reached on either grievance.

The grievances remain pending and will be placed on the docket for the next ERJAGC, unless resolved prior to that date.

Sincerely,

Charles Shughart
Business Agent

cc:
Grievants

TELEPHONE (717) 233-8766
(800) 692-6280
FAX (717) 233-6023



Exhibit (2)22

15

May 17, 2000

To: B/A Shughart Local #776
Re: Grievance #94530

B/A Shugart,

I am requesting a seniority list of Union Employees at ABF in Carlisle, PA. I need names of employees, seniority number, date of hire, and classification each employee is qualified. This seniority list needs to be as current as of this letter.

I am also requesting a lay-off list of the Carolina Freight Union Employees laid-off in Carlisle, PA in 1995. The list needs to show date of lay-off of each employee and classification qualification.

I need these lists and any other available information that will be of importance to my grievance.

Respectfully,

Rickey A. Bechtel

23

PHIL FERRANTE
VICE PRESIDENT

BRAD LINDSAY
RECORDING SECRETARY

HARVEY WHITE
TRUSTEE

MIKE HORD
TRUSTEE

THOMAS VINSON
TRUSTEE

# CHAUFFEURS, TEAMSTERS AND HELPERS
## LOCAL UNION NO. 776
*"AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS"*

2552 JEFFERSON STREET, HARRISBURG, PA 17110-2505

THOMAS B. GRIFFITH
PRESIDENT AND BUSINESS AGENT

JOHN L. FOGLE, II
SECRETARY TREASURER AND BUSINESS AGENT

BUSINESS AGENTS

CARLOS N. RAMOS, II
CHARLES SHUGHART
ROBERT J. SNYDER, JR.
RUSSELL A. STEPP
DANIEL A. VIRTUE

May 24, 2000

Rickey Bechtel
2072 Locust Lane
Hummelstown, PA 17036

Ref:   Your Letter Dated May 17, 2000

Dear Rickey:

Your above referenced letter was received. I have requested ABF to provide me with an updated seniority list. I will forward it to you when received. With respect to a list of laid-off Carolina employees, I'm not aware that such a list exists or ever existed. I've reviewed the Company file and have not located such a document. As you know, I was not the business agent for Carolina employees, therefore I did not maintain any separate files, nor am I fully aware of what correspondence was received or not received. I can only provide information that is in the Company file. I will continue to search for such a document. If found, I will provide it to you.

Sincerely,

Charles Shughart
Business Agent



24



 **ABF FREIGHT SYSTEM, INC.**
P. O. BOX 1925

NEW KINGSTOWN, PA. 17072-1925

June 5, 2000

Charles Shughart
TEAMSTERS LOCAL 776
2552 JEFFERSON ST.
HARRISBURG, PA. 17110

Dear Chuck:

Attached is our most current seniority roster you requested in your letter
dated May 24, 2000.  As you are aware, there  is no lay-off list.

Sincerely,

Andy Upchurch
Branch Manager

AU/cf

Exhibit (8)



**ABF**
**Seniority List**

**CAR-042**
**Road & Local**

Date Rev:          **4/30/2000**

| S/N | First Name | Last Name | Class | Ter Sen Date | Co Sen Date |
|-----|-----------|-----------|-------|-------------|-------------|
| 1 | Charles | Weddington | R | 16-Jul-68 | 16-Jul-68 |
| 2 | Kenneth | House | R | 03-Jul-69 | 13-Jul-69 |
| 3 | Norman | Sipek | R | 08-Aug-72 | 08-Aug-72 |
| 4 | Roger | Pederson | L | 06-Jan-73 | 06-Jan-73 |
| 5 | Ronald | Langley | R | 15-May-73 | 15-May-73 |
| 6 | Roy | Frazel | L | 17-Aug-73 | 17-Aug-73 |
| 7 | William | Hahn | R | 13-Oct-73 | 13-Oct-73 |
| 8 | Larry | Smith | L | 20-Jun-74 | 20-Jun-74 |
| 9 | Harvey | Carter | R | 05-Jun-77 | 05-Jun-77 |
| 10 | Thomas | Beck | L | 08-Jan-78 | 08-Jan-78 |
| 11 | Horace | Crum | L | 12-Jan-78 | 12-Jan-78 |
| 12 | John | Zerance | L | 15-Jan-78 | 15-Jan-78 |
| 13 | Rich | Webber | R | 15-Jan-78 | 15-Jan-78 |
| 14 | Vincent | Bennett | R | 19-Jan-78 | 19-Jan-78 |
| 15 | Robert | Sanderson | L | 19-Jan-78 | 19-Jan-78 |
| 16 | Willie | Hendrickes | R | 28-Mar-78 | 28-Mar-78 |
| 17 | Patrick | Dinunzio | R | 01-Apr-78 | 01-Apr-78 |
| 18 | Robert | Carolina | R | 09-Apr-78 | 09-Apr-78 |
| 19 | Leonard | Radle | R | 24-Apr-78 | 24-Apr-78 |
| 20 | Robert | Graham | R | 29-Apr-78 | 29-Apr-78 |
| 21 | Roscoe | Lesh | R | 30-Apr-78 | 30-Apr-78 |
| 22 | Glenn | Gauker | R | 03-May-78 | 03-May-78 |
| 23 | Kenneth | Wheeler | R | 04-May-78 | 04-May-78 |
| 24 | Keith | Richard | L | 27-May-78 | 27-May-78 |
| 25 | Harold | Radle | L | 19-Jun-78 | 19-Jun-78 |
| 26 | Donald | Wilt | R | 24-Jun-78 | 24-Jun-78 |
| 27 | John | Roth | R | 08-Jul-78 | 08-Jul-78 |
| 28 | John | Metzger | L | 19-Jul-78 | 19-Jul-78 |
| 29 | Vance | Goodall | R | 09-Oct-78 | 09-Oct-78 |
| 30 | Randy | Fields | L | 09-Dec-78 | 09-Dec-78 |
| 31 | Frank | Reasner | L | 21-Feb-79 | 21-Feb-79 |
| 32 | John | Hoke | L | 21-Feb-79 | 21-Feb-79 |
| 33 | Bradley | Lindsay | L | 10-Mar-79 | 10-Mar-79 |
| 34 | Bruce | Raker | R | 10-Mar-79 | 10-Mar-79 |
| 35 | William | Conklin | R | 11-Mar-79 | 11-Mar-79 |
| 36 | Dwight | Shaver | L | 13-Mar-79 | 13-Mar-79 |
| 37 | Ronald | Cigic | L | 18-Mar-79 | 18-Mar-79 |
| 38 | T. Lee | Boyer | R | 18-Mar-79 | 18-Mar-79 |
| 39 | Dale | Searer | R | 17-Apr-79 | 17-Apr-79 |
| 40 | Ronald | Peffer | R | 03-May-79 | 03-May-79 |
| 41 | Joseph | Hawkins | R | 14-Jun-79 | 14-Jun-79 |
| 42 | Bernard | Nail | L | 23-Jul-79 | 23-Jul-79 |
| 43 | William | Daum | L | 28-Jul-79 | 28-Jul-79 |

26

| S/N | First Name | Last Name | Class | Ter Sen Date | Co Sen Date |
|---|---|---|---|---|---|
| 44 | Myles | Meredith | R | 11-Aug-79 | 11-Aug-79 |
| 45 | Eugene | Keith | L | 11-Aug-79 | 11-Aug-79 |
| 46 | Russell | Keys | R | 18-Aug-79 | 18-Aug-79 |
| 47 | Robert | Bender | R | 25-Sep-79 | 25-Sep-79 |
| 48 | Harold | Carey | R | 06-Oct-79 | 06-Oct-79 |
| 49 | Clifford | Montgomery | R | 11-Oct-79 | 11-Oct-79 |
| 50 | Curt | Sheffield | L | 18-Oct-79 | 18-Oct-79 |
| 51 | Gerald | Marshall | L | 19-Oct-79 | 19-Oct-79 |
| 52 | Kenneth | Mallette | L | 09-Feb-80 | 09-Feb-80 |
| 53 | Robert | Adams | L | 10-Feb-80 | 10-Feb-80 |
| 54 | Barry | Grumbine | R | 10-Feb-80 | 10-Feb-80 |
| 55 | Robert | Flick | R | 22-Feb-80 | 22-Feb-80 |
| 56 | Andrew | Koppenhaver | L | 25-Sep-80 | 25-Sep-80 |
| 57 | Terry | Stiely | L | 25-Oct-80 | 25-Oct-80 |
| 58 | Marlin | Heim | L | 08-Nov-80 | 08-Nov-80 |
| 59 | Dale | Lucas | L | 01-Aug-81 | 01-Aug-81 |
| 60 | Harold | Anderson | R | 16-Aug-81 | 16-Aug-81 |
| 61 | Thomas | Alderson | R | 27-Aug-81 | 27-Aug-81 |
| 62 | Michael | Carey | R | 09-Sep-81 | 09-Sep-81 |
| 63 | Michael | Rusnak | L | 09-Sep-81 | 09-Sep-81 |
| 64 | Darwin | Lahr | L | 09-Sep-81 | 09-Sep-81 |
| 65 | Andrew | Ney | L | 05-Apr-82 | 05-Apr-82 |
| 66 | Steven | Klouser | L | 05-Apr-82 | 05-Apr-82 |
| 67 | Jacob | Richcreek | L | 08-Apr-82 | 08-Apr-82 |
| 68 | Jesse | Farling | L | 08-Apr-82 | 08-Apr-82 |
| 69 | Gary | Wise | R | 06-May-82 | 06-May-82 |
| 70 | Thomas | Fembaugh | R | 19-Jun-82 | 19-Jun-82 |
| 71 | Robert | Krout | L | 01-Jul-82 | 01-Jul-82 |
| 72 | Jerry | Zimmerman | L | 25-Aug-82 | 25-Aug-82 |
| 73 | Robert | Buffington | L | 01-Sep-82 | 01-Sep-82 |
| 74 | Ronald | Johnson | R | 02-Sep-82 | 02-Sep-82 |
| 75 | Fred | Porr | R | 02-Oct-82 | 02-Oct-82 |
| 76 | Patrick | Kelley | L | 06-Oct-82 | 06-Oct-82 |
| 77 | Ralph | Wolfe | L | 07-Oct-82 | 07-Oct-82 |
| 78 | Joseph | Riley | R | 27-Nov-82 | 27-Nov-82 |
| 79 | Kenneth | Smeltz | L | 03-Dec-82 | 03-Dec-82 |
| 80 | John | Straub | L | 18-Dec-82 | 18-Dec-82 |
| 81 | Conrad | Ocker | L | 18-Dec-82 | 18-Dec-82 |
| 82 | Jay | Miller | L | 10-Sep-83 | 10-Sep-83 |
| 83 | Steve | Scott | L | 26-Sep-83 | 26-Sep-83 |
| 84 | Joseph | Erbel | L | 08-Oct-83 | 08-Oct-83 |
| 85 | George | Weigle | L | 08-Oct-83 | 08-Oct-83 |
| 86 | Marlin | Duncan | R | 26-Jan-84 | 26-Jan-84 |
| 87 | Rusty | Campbell | R | 02-Apr-84 | 02-Apr-84 |
| 88 | Robert | Ritter | L | 02-Apr-84 | 02-Apr-84 |
| 89 | Charles | Erdman | R | 02-Apr-84 | 02-Apr-84 |

| S/N | First Name | Last Name | Class | Ter Sen Date | Co Sen Date |
|-----|-----------|-----------|-------|--------------|-------------|
| 90 | Kevin | Baumert | R | 02-Apr-84 | 02-Apr-84 |
| 91 | Jerry | Ash | L | 02-Apr-84 | 02-Apr-84 |
| 92 | Keith | Zimmerman | L | 02-Apr-84 | 02-Apr-84 |
| 93 | Lester | Renard | L | 02-Apr-84 | 02-Apr-84 |
| 94 | Dwight | Snyder | R | 02-Apr-84 | 02-Apr-84 |
| 95 | Ronald | Poff | L | 04-Apr-84 | 04-Apr-84 |
| 96 | Gerald | Stemple | R | 06-Apr-84 | 06-Apr-84 |
| 97 | John | Rishel | R | 06-Apr-84 | 06-Apr-84 |
| 98 | Jeffrey | Coble | R | 06-Apr-84 | 06-Apr-84 |
| 99 | Joseph | Orlando | R | 09-Apr-84 | 09-Apr-84 |
| 100 | Barry | Fetter | R | 11-Apr-84 | 11-Apr-84 |
| 101 | Robert | Husler | L | 12-Apr-84 | 12-Apr-84 |
| 102 | Roger | Rowe | R | 13-Apr-84 | 13-Apr-84 |
| 103 | Eugene | Mummert | R | 16-Apr-84 | 16-Apr-84 |
| 104 | Lyle | Bowen | R | 16-Apr-84 | 16-Apr-84 |
| 105 | William | Bernheisel | R | 28-Apr-84 | 28-Apr-84 |
| 106 | Lee | Beard | R | 04-May-84 | 04-May-84 |
| 107 | David | Nelson | L | 18-May-84 | 18-May-84 |
| 108 | Laverne | Musser | L | 23-May-84 | 23-May-84 |
| 109 | Robert | Hickman | R | 05-Jun-84 | 05-Jun-84 |
| 110 | Gale | Hess | R | 05-Jun-84 | 05-Jun-84 |
| 111 | Jack | Forry | R | 15-Jun-84 | 15-Jun-84 |
| 112 | Lawrence | Price | R | 01-Jul-84 | 01-Jul-84 |
| 113 | Ronald | Kemberling | R | 02-Jul-84 | 02-Jul-84 |
| 114 | Harold | Kauffman | R | 02-Jul-84 | 02-Jul-84 |
| 115 | Dennis | Mika | R | 14-Jul-84 | 14-Jul-84 |
| 116 | Richard | Ney | L | 18-Jul-84 | 18-Jul-84 |
| 117 | Lloyd | Morgan | L | 18-Jul-84 | 18-Jul-84 |
| 118 | Jeffrey | Straub | L | 19-Jul-84 | 18-Jul-84 |
| 119 | James | Stoltzfus | R | 21-Jul-84 | 21-Jul-84 |
| 120 | James | Colna | R | 22-Jul-84 | 22-Jul-84 |
| 121 | Harold | Snyder | R | 28-Jul-84 | 28-Jul-84 |
| 122 | Vincent | Warford | R | 28-Jul-84 | 28-Jul-84 |
| 123 | Gary | Smith | R | 30-Jul-84 | 30-Jul-84 |
| 124 | Danny | Jernigan | R | 07-Aug-84 | 07-Aug-84 |
| 125 | Robert | Reynolds | L | 08-Aug-84 | 08-Aug-84 |
| 126 | Randy | Dyarman | L | 09-Aug-84 | 09-Aug-84 |
| 127 | Robert | Yantz | R | 11-Aug-84 | 11-Aug-84 |
| 128 | Mark | Turns | R | 15-Aug-84 | 15-Aug-84 |
| 129 | Thomas | Lomison | L | 17-Aug-84 | 17-Aug-84 |
| 130 | James | Oxenrider | L | 18-Aug-84 | 18-Aug-84 |
| 131 | Lynn | Bream | L | 08-Sep-84 | 08-Sep-84 |
| 132 | J. Thomas | Sewalk Jr | R | 18-Sep-84 | 18-Sep-84 |
| 133 | Gregory | Weber | L | 20-Sep-84 | 20-Sep-84 |
| 134 | Rodney | Kreider | L | 21-Sep-84 | 21-Sep-84 |
| 135 | Carl | Edmiston | L | 03-Oct-84 | 03-Oct-84 |

| S/N | First Name | Last Name | Class | Ter Sen Date | Co Sen Date |
|---|---|---|---|---|---|
| 136 | Gerald | Held | L | 31-Oct-84 | 31-Oct-84 |
| 137 | Earl | Gates | L | 07-Nov-84 | 07-Nov-84 |
| 138 | Thomas | Reeder | L | 13-Nov-84 | 13-Nov-84 |
| 139 | Edwin | Barsis Jr | R | 25-Jan-85 | 25-Jan-85 |
| 140 | Donald | Sommer | R | 12-Feb-85 | 12-Feb-85 |
| 141 | Steve | Powell | L | 12-Feb-85 | 12-Feb-85 |
| 142 | John | Nelson | L | 16-Feb-85 | 16-Feb-85 |
| 143 | Charles | Forbes | R | 23-Feb-85 | 23-Feb-85 |
| 144 | Carmen | Smith | R | 01-Apr-85 | 01-Apr-85 |
| 145 | Kenneth | Snyder | R | 01-Apr-85 | 01-Apr-85 |
| 146 | Edward | Wertz | R | 01-Apr-85 | 01-Apr-85 |
| 147 | Donald | Hivner | L | 07-May-85 | 07-May-85 |
| 148 | Steven | Ney | R | 07-May-85 | 07-May-85 |
| 149 | Cleon | Detweiler | L | 14-May-85 | 14-May-85 |
| 150 | Burton | Rudy | L | 28-May-85 | 28-May-85 |
| 151 | Edwin | Roberts | R | 20-Jul-85 | 20-Jul-85 |
| 152 | Vernon | Osgood | R | 26-Jul-85 | 26-Jul-85 |
| 153 | John | Scheaffer | R | 05-Aug-85 | 05-Aug-85 |
| 154 | Mahlon | Warfel | R | 08-Aug-85 | 08-Aug-85 |
| 155 | Richard | Dechert | R | 24-Aug-85 | 24-Aug-85 |
| 156 | Darrell | Zerbe | L | 04-Sep-85 | 04-Sep-85 |
| 157 | Donald | Blumenschein | L | 08-Sep-85 | 08-Sep-85 |
| 158 | George | Stokes | R | 11-Sep-85 | 11-Sep-85 |
| 159 | Norman | Munson | L | 19-Sep-85 | 19-Sep-85 |
| 160 | Dale | Lander | L | 06-Oct-85 | 06-Oct-85 |
| 161 | David | Parthemore | R | 25-Oct-85 | 25-Oct-85 |
| 162 | Michael | Hempt | L | 18-Nov-85 | 18-Nov-85 |
| 163 | Dennis | Wilson | L | 15-Dec-85 | 15-Dec-85 |
| 164 | Bernard | Ranker | R | 17-Jan-86 | 17-Jan-86 |
| 165 | Robert F. | Miller | R | 21-Jan-86 | 21-Jan-86 |
| 166 | Paul | New-Day | R | 24-Jan-86 | 24-Jan-86 |
| 167 | Joseph | Cerisano | R | 25-Jan-86 | 25-Jan-86 |
| 168 | Carl | Clark | R | 25-Jan-86 | 25-Jan-86 |
| 169 | David | Burton | L | 25-Jan-86 | 25-Jan-86 |
| 170 | Richard | Hitzler | R | 25-Jan-86 | 25-Jan-86 |
| 171 | David | Giltz | R | 27-Jan-86 | 27-Jan-86 |
| 172 | William | Smith | L | 29-Jan-86 | 29-Jan-86 |
| 173 | Terry | Drawbaugh | L | 30-Jan-86 | 30-Jan-86 |
| 174 | Michael | Bender | L | 02-Feb-86 | 02-Feb-86 |
| 175 | William | Thompson | R | 03-Feb-86 | 03-Feb-86 |
| 176 | Mark | Parquette | L | 04-Feb-86 | 04-Feb-86 |
| 177 | William | Seckman | R | 06-Feb-86 | 06-Feb-86 |
| 178 | Larry | Johnson | R | 08-Feb-86 | 08-Feb-86 |
| 179 | Glen | Pogue | L | 28-Feb-86 | 28-Feb-86 |
| 180 | John | Deslaurier | L | 10-Mar-86 | 10-Mar-86 |
| 181 | Harry | Lockley | R | 10-Mar-86 | 10-Mar-86 |

29

| S/N | First Name | Last Name | Class | Ter Sen Date | Co Sen Date |
|-----|------------|-----------|-------|--------------|-------------|
| 182 | Michael | Hoffman | L | 11-Mar-86 | 11-Mar-86 |
| 183 | Harry | McGuire | L | 11-Mar-86 | 11-Mar-86 |
| 184 | Robert | Schrum | L | 12-Mar-86 | 12-Mar-86 |
| 185 | Ken | Mullen | L | 13-Mar-86 | 13-Mar-86 |
| 186 | Jeffrey | Schaeffer | R | 14-Mar-86 | 14-Mar-86 |
| 187 | Thomas | Blatt | R | 14-Mar-86 | 14-Mar-86 |
| 188 | Flint | Mahanes | R | 14-Mar-86 | 14-Mar-86 |
| 189 | Nelson | Alleman | R | 14-Mar-86 | 14-Mar-86 |
| 190 | Jack | Matthews | R | 14-Mar-86 | 14-Mar-86 |
| 191 | Norman | Anderson | L | 14-Mar-86 | 14-Mar-86 |
| 192 | Mark | Hassinger | L | 19-Mar-86 | 19-Mar-86 |
| 193 | Steve | Heckman | L | 19-Mar-86 | 19-Mar-86 |
| 194 | Steve | Silcox | L | 19-Mar-86 | 19-Mar-86 |
| 195 | Merle | Wert | R | 20-Mar-86 | 20-Mar-86 |
| 196 | Robert | Shaffer | R | 23-Mar-86 | 22-Mar-86 |
| 197 | Harry | Baker | L | 02-Apr-86 | 02-Apr-86 |
| 198 | Harold | Raley | R | 05-Apr-86 | 05-Apr-86 |
| 199 | David | Motter | L | 05-Apr-86 | 05-Apr-86 |
| 200 | John | Miller | L | 08-Apr-86 | 08-Apr-86 |
| 201 | Dennis | Meyers | L | 08-Apr-86 | 08-Apr-86 |
| 202 | Charles | Fye | L | 26-Apr-86 | 26-Apr-86 |
| 203 | James | Stafford | R | 04-Jul-86 | 04-Jul-86 |
| 204 | Paxton | Clark | R | 14-Jul-86 | 14-Jul-86 |
| 205 | James | Testerman | R | 26-Jul-86 | 26-Jul-86 |
| 206 | James | Keatts | R | 26-Jul-86 | 26-Jul-86 |
| 207 | Alden | Sours | R | 16-Aug-86 | 16-Aug-86 |
| 208 | Edward | Lawrence | R | 23-Aug-86 | 23-Aug-86 |
| 209 | Jim | Cox | R | 06-Sep-86 | 06-Sep-86 |
| 210 | Dale | McCormick | L | 16-Sep-86 | 16-Sep-86 |
| 211 | Angelo | Mraz | L | 23-Sep-86 | 23-Sep-86 |
| 212 | Charles | Bowers | L | 30-Sep-86 | 30-Sep-86 |
| 213 | Clint | Troutman | L | 20-Oct-86 | 20-Oct-86 |
| 214 | Robert | Huff | L | 20-Oct-86 | 20-Oct-86 |
| 215 | Richard | Uhrin | L | 20-Oct-86 | 20-Oct-86 |
| 216 | Robert | Martin | L | 27-Oct-86 | 27-Oct-86 |
| 217 | Tom | Kough | L | 18-Nov-86 | 18-Nov-86 |
| 218 | Glen | Hershey | R | 25-Nov-86 | 25-Nov-86 |
| 219 | Michael | Osborne | R | 02-Apr-87 | 02-Apr-87 |
| 220 | Ivan Max | Helman | R | 02-Apr-87 | 02-Apr-87 |
| 221 | John | Knadig | R | 02-Apr-87 | 02-Apr-87 |
| 222 | Ronald | Bingaman | R | 02-Apr-87 | 02-Apr-87 |
| 223 | Warren | Batdorf | R | 02-Apr-87 | 02-Apr-87 |
| 224 | Ronald | Morgan | R | 02-Apr-87 | 02-Apr-87 |
| 225 | Paul | Sprankle | R | 21-Apr-87 | 21-Apr-87 |
| 226 | Ron | Hicks | R | 25-Apr-87 | 25-Apr-87 |
| 227 | John | Dobies | R | 01-May-87 | 01-May-87 |

30

| S/N | First Name | Last Name | Class | Ter Sen Date | Co Sen Date |
|-----|-----------|-----------|-------|--------------|-------------|
| 228 | Harold | Hamilton | L | 04-May-87 | 04-May-87 |
| 229 | Scott | Griffith | R | 29-May-87 | 29-May-87 |
| 230 | Albert | Minnich | R | 05-Jun-87 | 05-Jun-87 |
| 231 | James | Salisbury | R | 20-Jul-87 | 20-Jul-87 |
| 232 | Earl | Deshong | R | 21-Jul-87 | 21-Jul-87 |
| 233 | David | Davis | R | 21-Jul-87 | 21-Jul-87 |
| 234 | Erwin | Demko | R | 21-Jul-87 | 21-Jul-87 |
| 235 | Charles | Moser | R | 10-Aug-87 | 10-Aug-87 |
| 236 | Michael | Davis | R | 15-Aug-87 | 15-Aug-87 |
| 237 | Duane | Stahl | L | 09-Sep-87 | 09-Sep-87 |
| 238 | Amos | Stoneberger | R | 09-Sep-87 | 09-Sep-87 |
| 239 | Eugene | Carnes | R | 06-Oct-87 | 06-Oct-87 |
| 240 | Robert | Knott | L | 09-Oct-87 | 09-Oct-87 |
| 241 | Robert | Baetz | R | 30-Oct-87 | 30-Oct-87 |
| 242 | Daniel | Crusey | L | 02-Nov-87 | 02-Nov-87 |
| 243 | Buddy | Redden | L | 02-Nov-87 | 02-Nov-87 |
| 244 | Blaine | Grove | R | 05-Nov-87 | 05-Nov-87 |
| 245 | Charles | Vaughn | L | 16-Nov-87 | 16-Nov-87 |
| 246 | Walter | Dennis | L | 16-Nov-87 | 16-Nov-87 |
| 247 | Linus | Swegar | R | 29-Nov-87 | 29-Nov-87 |
| 248 | Daniel | Hurrell | R | 05-Jan-88 | 05-Jan-88 |
| 249 | Mark | Stevens | L | 07-Feb-88 | 07-Feb-88 |
| 250 | Earl L. Jr. | Bigler | L | 09-Feb-88 | 09-Feb-88 |
| 251 | Brian | Swope | L | 09-Feb-88 | 09-Feb-88 |
| 252 | William | Leopold | R | 09-Mar-88 | 09-Mar-88 |
| 253 | Richard | Albertini | R | 11-Mar-88 | 11-Mar-88 |
| 254 | Amos | Seiders | L | 11-Mar-88 | 11-Mar-88 |
| 255 | Ronald | Knaub | R | 23-Mar-88 | 23-Mar-88 |
| 256 | Ronney | Conrad | R | 26-Mar-88 | 26-Mar-88 |
| 257 | John | Paduhovich | L | 26-Mar-88 | 26-Mar-88 |
| 258 | David | Reinard | R | 26-Mar-88 | 26-Mar-88 |
| 259 | Gregory | Miracle | R | 03-Apr-88 | 03-Apr-88 |
| 260 | Robert D. | Miller | L | 05-Apr-88 | 05-Apr-88 |
| 261 | Bernard | Beese | L | 07-Apr-88 | 07-Apr-88 |
| 262 | Tom | West | L | 11-Apr-88 | 11-Apr-88 |
| 263 | Timothy H. | Strupp | R | 12-Apr-88 | 12-Apr-88 |
| 264 | David | Newell | L | 16-Apr-88 | 16-Apr-88 |
| 265 | John A. | Winner | R | 16-Apr-88 | 16-Apr-88 |
| 266 | Douglas A. | Goodine | R | 16-Apr-88 | 16-Apr-88 |
| 267 | Michael | Startzman | R | 16-Apr-88 | 16-Apr-88 |
| 268 | Wayne | Burkett | R | 16-Apr-88 | 16-Apr-88 |
| 269 | Charles | Peterman | L | 30-Apr-88 | 30-Apr-88 |
| 270 | James | High | R | 30-Apr-88 | 30-Apr-88 |
| 271 | Jay | Dyarman | L | 30-Apr-88 | 30-Apr-88 |
| 272 | Edward | Spears | R | 06-May-88 | 06-May-88 |
| 273 | Brett | Rininger | L | 07-May-88 | 07-May-88 |

31

| S/N | First Name | Last Name | Class | Ter Sen Date | Co Sen Date |
|-----|-----------|-----------|-------|--------------|-------------|
| 274 | Roderick | Percival | R | 21-May-88 | 21-May-88 |
| 275 | Michael | Lentvorsky | L | 21-May-88 | 21-May-88 |
| 276 | Terry J. | Robinson | R | 18-Jun-88 | 18-Jun-88 |
| 277 | David | Crum | R | 18-Jun-88 | 18-Jun-88 |
| 278 | Robbie C. | Parker | L | 18-Jun-88 | 18-Jun-88 |
| 279 | Randy | Geistwite | L | 21-Jun-88 | 21-Jun-88 |
| 280 | John | Beaston | R | 21-Jun-88 | 21-Jun-88 |
| 281 | Craig | Vogelsong | L | 21-Jun-88 | 21-Jun-88 |
| 282 | Jonas | Smith | L | 21-Jun-88 | 21-Jun-88 |
| 283 | David | Swoyer | L | 21-Jun-88 | 21-Jun-88 |
| 284 | Rod S. | Garman | R | 21-Jun-88 | 21-Jun-88 |
| 285 | Dale | Cruz | L | 21-Jun-88 | 21-Jun-88 |
| 286 | Jeffrey | Funck | L | 23-Jun-88 | 23-Jun-88 |
| 287 | John | Stager | L | 23-Jun-88 | 23-Jun-88 |
| 288 | David S. | Bond | L | 23-Jun-88 | 23-Jun-88 |
| 289 | Harold | Hostetter | R | 23-Jun-88 | 23-Jun-88 |
| 290 | Richard | Paxson | L | 28-Jun-88 | 28-Jun-88 |
| 291 | Donald J. | Ponatoski | R | 28-Jun-88 | 28-Jun-88 |
| 292 | Michael | Sullivan | L | 19-Jul-88 | 19-Jul-88 |
| 293 | Robert | McGugin | L | 03-Aug-88 | 03-Aug-88 |
| 294 | Thomas R. | Grundon | R | 04-Aug-88 | 04-Aug-88 |
| 295 | Larry | McLaughlin | R | 05-Aug-88 | 05-Aug-88 |
| 296 | Scott E. | Bowman | L | 08-Aug-88 | 08-Aug-88 |
| 297 | Christopher J. | Wilkerson | L | 09-Aug-88 | 09-Aug-88 |
| 298 | John M. | Ivanoff | L | 09-Aug-88 | 09-Aug-88 |
| 299 | Gary W. | Martin | R | 09-Aug-88 | 10-Aug-88 |
| 300 | Leroy | Charles | R | 12-Aug-88 | 12-Aug-88 |
| 301 | Terry L. | Heckman | L | 14-Aug-88 | 14-Aug-88 |
| 302 | Don F. | Walker | R | 18-Aug-88 | 18-Aug-88 |
| 303 | James V. | Miller | R | 18-Aug-88 | 18-Aug-88 |
| 304 | Delmas R. | Covert | L | 22-Aug-88 | 22-Aug-88 |
| 305 | James | Kneasel | R | 29-Aug-88 | 29-Aug-88 |
| 306 | Roger | Bouder | L | 02-Sep-88 | 02-Sep-88 |
| 307 | Barry L. | Bupp | L | 12-Sep-88 | 12-Sep-88 |
| 308 | Morris | Brooks | L | 13-Sep-88 | 13-Sep-88 |
| 309 | Jeffrey A. | McCauslin | L | 19-Sep-88 | 19-Sep-88 |
| 310 | Dave | Snyder | L | 21-Sep-88 | 21-Sep-88 |
| 311 | Girard | Deibler | L | 21-Sep-88 | 21-Sep-88 |
| 312 | Dorman L. | Godlove | R | 23-Sep-88 | 23-Sep-88 |
| 313 | James | Robinson | L | 24-Sep-88 | 24-Sep-88 |
| 314 | Frank | Nissel | L | 02-Oct-88 | 02-Oct-88 |
| 315 | Emerson | Morrison | L | 04-Oct-88 | 04-Oct-88 |
| 316 | Roy D. | Hicks | R | 16-Oct-88 | 19-Feb-78 |
| 317 | Jeffrey A. | Nickle | R | 23-Oct-88 | 12-Jun-87 |
| 318 | James B. | Choffel | L | 25-Oct-88 | 25-Oct-88 |
| 319 | Kent | Williard | L | 25-Oct-88 | 25-Oct-88 |

| S/N | First Name | Last Name | Class | Ter Sen Date | Co Sen Date |
|-----|-----------|-----------|-------|--------------|-------------|
| 320 | Daniel J. | Maurer | L | 08-Nov-88 | 08-Nov-88 |
| 321 | Charles M. | Edmiston | R | 29-Nov-88 | 29-Nov-88 |
| 322 | Steven | Koncar | L | 13-Dec-88 | 13-Dec-88 |
| 323 | Robert L. Jr. | Browell | L | 26-Dec-88 | 26-Dec-88 |
| 324 | Ross E. | Schell | L | 26-Dec-88 | 26-Dec-88 |
| 325 | Gary L. | Myers | R | 03-Jan-89 | 03-Jan-89 |
| 326 | Edward R. Jr | Glosek | L | 10-Jan-89 | 10-Jan-89 |
| 327 | Walter | Brooks | R | 16-Jan-89 | 16-Jan-89 |
| 328 | John | Fortna | L | 03-Feb-89 | 03-Feb-89 |
| 329 | James | Baker | R | 19-Feb-89 | 19-Feb-89 |
| 330 | Kendall | Pierson | R | 19-Feb-89 | 19-Feb-89 |
| 331 | James | Moody | R | 19-Feb-89 | 19-Feb-89 |
| 332 | James | Thornton | R | 19-Feb-89 | 19-Feb-89 |
| 333 | Warren | Cyrus | R | 19-Feb-89 | 19-Feb-89 |
| 334 | Harold | Cole | R | 19-Feb-89 | 19-Feb-89 |
| 335 | Nathaniel | Herbert | R | 19-Feb-89 | 19-Feb-89 |
| 336 | Frederick | Sipe | R | 19-Feb-89 | 19-Feb-89 |
| 337 | Todd | Stiely | L | 24-Feb-89 | 24-Feb-89 |
| 338 | Mike | Hahn | L | 24-Feb-89 | 24-Feb-89 |
| 339 | Richard | Miller | R | 25-Feb-89 | 25-Feb-89 |
| 340 | Raymond | Aleman | L | 05-Mar-89 | 05-Mar-89 |
| 341 | Allen | Lucas | L | 02-Apr-89 | 02-Apr-89 |
| 342 | Roy | Camasta | L | 02-Apr-89 | 02-Apr-89 |
| 343 | Dave | Kissinger | L | 02-Apr-89 | 02-Apr-89 |
| 344 | Dave | Reckner | L | 02-Apr-89 | 02-Apr-89 |
| 345 | Chester | Lerch | L | 02-Apr-89 | 02-Apr-89 |
| 346 | John | Barbee | R | 03-Apr-89 | 03-Apr-89 |
| 347 | Paul | Lamantia | R | 03-Apr-89 | 03-Apr-89 |
| 348 | Grady | Patterson | R | 03-Apr-89 | 03-Apr-89 |
| 349 | Robert | Mallon | R | 03-Apr-89 | 03-Apr-89 |
| 350 | William | Hyland | R | 04-Apr-89 | 04-Apr-89 |
| 351 | Richard | Bibb | R | 05-Apr-89 | 05-Apr-89 |
| 352 | Peter | Boele | R | 31-Jul-89 | 31-Jul-89 |
| 353 | Jack C. | Leach | L | 03-Dec-89 | 03-Dec-89 |
| 354 | Mike | Miller | L | 03-Dec-89 | 03-Dec-89 |
| 355 | Ray | Hammaker | L | 03-Dec-89 | 03-Dec-89 |
| 356 | Mark | Wilt | L | 05-Dec-89 | 05-Dec-89 |
| 357 | Chris | Fortenbaugh | L | 11-Dec-89 | 11-Dec-89 |
| 358 | Jeffrey K. | Pechart | L | 13-Dec-89 | 13-Dec-89 |
| 359 | Robert A. | Johnson | L | 17-Dec-89 | 17-Dec-89 |
| 360 | Thomas P. | Warcholak | L | 17-Dec-89 | 17-Dec-89 |
| 361 | James G. | Matolyak | L | 07-Jan-90 | 07-Jan-90 |
| 362 | Charles R. | McDermott | L | 07-Jan-90 | 07-Jan-90 |
| 363 | Ronald D. | Wilde | L | 21-Jan-90 | 21-Jan-90 |
| 364 | James | Hunter | R | 03-Feb-90 | 03-Feb-90 |
| 365 | Frank | Weiser | L | 03-Feb-90 | 03-Feb-90 |

ROSTERS.XLS combined list

| S/N | First Name | Last Name | Class | Ter Sen Date | Co Sen Date |
|-----|-----------|-----------|-------|--------------|-------------|
| 366 | Ronald | Fitch | R | 04-Feb-90 | 04-Feb-90 |
| 367 | Ralph A. | Lovern | R | 09-Feb-90 | 09-Feb-90 |
| 368 | Eric C. | Simmons | L | 18-Feb-90 | 18-Feb-90 |
| 369 | John | Roney | R | 20-Feb-90 | 20-Feb-90 |
| 370 | Samuel S. | Reider | R | 24-Feb-90 | 24-Feb-90 |
| 371 | Michael T. | Rosini | L | 24-Feb-90 | 24-Feb-90 |
| 372 | Richard | Quigley | L | 25-Feb-90 | 25-Feb-90 |
| 373 | James | Fanning | R | 03-Mar-90 | 03-Mar-90 |
| 374 | Philip | Bollman | R | 17-Mar-90 | 17-Mar-90 |
| 375 | Charles | Copeland | R | 18-Mar-90 | 18-Mar-90 |
| 376 | Bob | Haller | L | 01-Apr-90 | 01-Apr-90 |
| 377 | Robert | Laubenstein | L | 01-Apr-90 | 01-Apr-90 |
| 378 | Marc | Abrahams | L | 02-Apr-90 | 02-Apr-90 |
| 379 | Vincent | Johnson | L | 03-Apr-90 | 03-Apr-90 |
| 380 | Carl | Ford | R | 04-Apr-90 | 04-Apr-90 |
| 381 | Carl | Boltz | R | 13-Apr-90 | 13-Apr-90 |
| 382 | Mark | Keiter | L | 24-Apr-90 | 24-Apr-90 |
| 383 | Barry | Murphy | L | 29-Apr-90 | 29-Apr-90 |
| 384 | Eugene | Kennedy | L | 29-Apr-90 | 29-Apr-90 |
| 385 | Larry | Snyder | L | 01-May-90 | 01-May-90 |
| 386 | Terry | Gramm | L | 01-May-90 | 01-May-90 |
| 387 | Joseph | Yontz | R | 01-May-90 | 01-May-90 |
| 388 | Vern | Vandevender | L | 01-May-90 | 01-May-90 |
| 389 | John | Purdue | R | 01-May-90 | 01-May-90 |
| 390 | Donald | Markle | L | 01-May-90 | 01-May-90 |
| 391 | William | Savage | L | 01-May-90 | 01-May-90 |
| 392 | George | Poleshock | L | 01-May-90 | 01-May-90 |
| 393 | James | Carpenter | L | 08-May-90 | 08-May-90 |
| 394 | Darryl | Tait | L | 08-May-90 | 08-May-90 |
| 395 | Ray | Diehl | R | 08-May-90 | 08-May-90 |
| 396 | Nick | Chennault | R | 12-May-90 | 12-May-90 |
| 397 | Roy | Hess | L | 12-May-90 | 12-May-90 |
| 398 | Peter | Kovaschetz | R | 17-May-90 | 17-May-90 |
| 399 | Berlin | Hutson | R | 22-May-90 | 22-May-90 |
| 400 | Al | Rhodes | R | 02-Jun-90 | 02-Jun-90 |
| 401 | Robert | Harbaugh | R | 04-Jun-90 | 04-Jun-90 |
| 402 | Dan | Jones | R | 22-Jun-90 | 22-Jun-90 |
| 403 | Gerald | Fogelsanger | R | 26-Jun-90 | 26-Jun-90 |
| 404 | Kenneth | Springfield | L | 26-Jun-90 | 26-Jun-90 |
| 405 | Blaine | Morrison | L | 26-Jun-90 | 26-Jun-90 |
| 406 | Frank | Dozier | L | 04-Jul-90 | 04-Jul-90 |
| 407 | Charles | Goers | R | 11-Jul-90 | 11-Jul-90 |
| 408 | Harry | Hoover | R | 06-Aug-90 | 06-Aug-90 |
| 409 | Donald | Huss | L | 14-Aug-90 | 14-Aug-90 |
| 410 | Randy | May | L | 14-Aug-90 | 14-Aug-90 |
| 411 | Donald | Wert | R | 20-Aug-90 | 20-Aug-90 |

34

| S/N | First Name | Last Name | Class | Ter Sen Date | Co Sen Date |
|-----|-----------|-----------|-------|--------------|-------------|
| 412 | John | McKeehan | R | 20-Aug-90 | 20-Aug-90 |
| 413 | Larry | Greenawalt | R | 20-Aug-90 | 20-Aug-90 |
| 414 | Cecil | Tolley | R | 20-Aug-90 | 20-Aug-90 |
| 415 | Danny | Edwards | R | 20-Aug-90 | 20-Aug-90 |
| 416 | Roland | Williams | L | 21-Aug-90 | 21-Aug-90 |
| 417 | Stephen | Michael | L | 21-Aug-90 | 21-Aug-90 |
| 418 | Carl | Shippey | L | 21-Aug-90 | 21-Aug-90 |
| 419 | Bryan | Jarrett | L | 21-Aug-90 | 21-Aug-90 |
| 420 | Clinton | Bishop | L | 21-Aug-90 | 21-Aug-90 |
| 421 | James | Wagner | L | 27-Aug-90 | 27-Aug-90 |
| 422 | Boyd | Welker | L | 28-Aug-90 | 28-Aug-90 |
| 423 | Maynard | Bertolet II | L | 28-Aug-90 | 28-Aug-90 |
| 424 | Garland | Mauck | R | 29-Aug-90 | 29-Aug-90 |
| 425 | Richard | Nagle | R | 07-Sep-90 | 07-Sep-90 |
| 426 | Michael | Bircher | L | 07-Sep-90 | 07-Sep-90 |
| 427 | Scott | Hahn | L | 07-Sep-90 | 07-Sep-90 |
| 428 | Gregory | Harris | L | 18-Sep-90 | 18-Sep-90 |
| 429 | Daniel | Straub | R | 23-Sep-90 | 23-Sep-90 |
| 430 | Paul | Force | L | 23-Sep-90 | 23-Sep-90 |
| 431 | Herman | Kinter | R | 23-Sep-90 | 23-Sep-90 |
| 432 | Garrett | Rager | R | 29-Sep-90 | 29-Sep-90 |
| 433 | Roy | Hicks Jr. | R | 02-Oct-90 | 02-Oct-90 |
| 434 | Ronald | Romanoski | L | 07-Oct-90 | 07-Oct-90 |
| 435 | Brian | Deibler | L | 19-Oct-90 | 19-Oct-90 |
| 436 | Steven | Sanders | L | 19-Oct-90 | 19-Oct-90 |
| 437 | Edward | Fekette | L | 28-Oct-90 | 28-Oct-90 |
| 438 | Dave | Fox | L | 28-Oct-90 | 28-Oct-90 |
| 439 | Doug | Kohr | L | 28-Oct-90 | 28-Oct-90 |
| 440 | Edward | Beard | L | 02-Apr-91 | 02-Apr-91 |
| 441 | Larry | Yohn | L | 02-Apr-91 | 02-Apr-91 |
| 442 | Richard | Hoffman | L | 02-Apr-91 | 02-Apr-91 |
| 443 | Walter T. | Lynch | L | 02-Apr-91 | 02-Apr-91 |
| 444 | Daniel | Linn | R | 02-Apr-91 | 02-Apr-91 |
| 445 | Robert | Burton | L | 02-Apr-91 | 02-Apr-91 |
| 446 | Roland | Ricker | L | 02-Apr-91 | 02-Apr-91 |
| 447 | James | Tracey | L | 02-Apr-91 | 02-Apr-91 |
| 448 | Ronald | Weaver | L | 02-Apr-91 | 02-Apr-91 |
| 449 | Charles | Burk | L | 02-Apr-91 | 02-Apr-91 |
| 450 | Gary | Wagaman | R | 02-Apr-91 | 02-Apr-91 |
| 451 | Gene | Creager | L | 02-Apr-91 | 02-Apr-91 |
| 452 | Michael | Burleson | L | 02-Apr-91 | 02-Apr-91 |
| 453 | Vito | Renno | L | 07-Apr-91 | 07-Apr-91 |
| 454 | Ted | Sechler | R | 26-Jun-91 | 26-Jun-91 |
| 455 | Jack | Worley | R | 26-Jun-91 | 26-Jun-91 |
| 456 | Paul | Whitfield | R | 27-Jun-91 | 27-Jun-91 |
| 457 | Harold | James | R | 28-Jun-91 | 28-Jun-91 |

35

| S/N | First Name | Last Name | Class | Ter Sen Date | Co Sen Date |
|-----|-----------|-----------|-------|--------------|-------------|
| 458 | Wayne | Gray | R | 28-Jun-91 | 28-Jun-91 |
| 459 | James | Stutzman | R | 02-Jul-91 | 02-Jul-91 |
| 460 | Orville | See, Jr | R | 16-Aug-91 | 16-Aug-91 |
| 461 | Jerell | Crowder | R | 16-Aug-91 | 16-Aug-91 |
| 462 | Richard | Lipps | R | 16-Aug-91 | 16-Aug-91 |
| 463 | John | Heitsenrether | R | 16-Aug-91 | 16-Aug-91 |
| 464 | Cloyd | Myers | R | 30-Aug-91 | 30-Aug-91 |
| 465 | Chester | Grove | R | 30-Aug-91 | 30-Aug-91 |
| 466 | A. G. | Rollman | R | 30-Aug-91 | 30-Aug-91 |
| 467 | Rickey | Baumert | L | 08-Sep-91 | 08-Sep-91 |
| 468 | Dave | Pogue | L | 08-Sep-91 | 08-Sep-91 |
| 469 | Jeff | Kost | L | 08-Sep-91 | 09-Aug-91 |
| 470 | Terry | Starner Sr | R | 21-Sep-91 | 21-Sep-91 |
| 471 | Donald | Yost | R | 21-Sep-91 | 21-Sep-91 |
| 472 | Ronald | Patrick | L | 27-Sep-91 | 27-Sep-91 |
| 473 | Anthony | King | L | 27-Sep-91 | 27-Sep-91 |
| 474 | John | Pellman | L | 27-Sep-91 | 27-Sep-91 |
| 475 | Jari | Whitesel | L | 27-Sep-91 | 27-Sep-91 |
| 476 | John | Hafner | L | 27-Sep-91 | 27-Sep-91 |
| 477 | Brady | Carbaugh | L | 27-Sep-91 | 27-Sep-91 |
| 478 | Charles | Heimbaugh | L | 27-Sep-91 | 27-Sep-91 |
| 479 | David | Bowser | L | 27-Sep-91 | 27-Sep-91 |
| 480 | Michael | Ferry | R | 03-Oct-91 | 03-Oct-91 |
| 481 | Allen | Dixon | R | 03-Oct-91 | 03-Oct-91 |
| 482 | Glenn | Laverty | R | 06-Oct-91 | 06-Oct-91 |
| 483 | Chris | Martin | L | 19-Apr-92 | 19-Apr-92 |
| 484 | Robert | Clouser | L | 24-Apr-92 | 24-Apr-92 |
| 485 | Gerald | Wagaman | L | 24-Apr-92 | 24-Apr-92 |
| 486 | James | Clymer | L | 24-Apr-92 | 24-Apr-92 |
| 487 | Richard | Yost | R | 24-Apr-92 | 24-Apr-92 |
| 488 | Ronald | Fisher | L | 24-Apr-92 | 24-Apr-92 |
| 489 | Paul | Sharp | L | 24-Apr-92 | 24-Apr-92 |
| 490 | Bryan | Copenhaver | L | 16-Jun-92 | 16-Jun-92 |
| 491 | Daniel | Hammaker | R | 28-Jul-92 | 28-Jul-92 |
| 492 | Barry | Theurer | L | 28-Jul-92 | 28-Jul-92 |
| 493 | Donald | Izer | R | 28-Jul-92 | 28-Jul-92 |
| 494 | Jeffrey | Baker | L | 28-Jul-92 | 28-Jul-92 |
| 495 | Dennis | Darr | L | 28-Jul-92 | 28-Jul-92 |
| 496 | William | Cook | L | 04-Aug-92 | 04-Aug-92 |
| 497 | Roger | Mooney | L | 11-Aug-92 | 11-Aug-92 |
| 498 | James | Metzker | R | 15-Aug-92 | 15-Aug-92 |
| 499 | Edwin | Hoch | R | 15-Aug-92 | 15-Aug-92 |
| 500 | Edward | Jones | R | 15-Aug-92 | 15-Aug-92 |
| 501 | Douglas | Harshman | R | 15-Aug-92 | 15-Aug-92 |
| 502 | James | Goodyear | R | 15-Aug-92 | 15-Aug-92 |
| 503 | Jackie | Shanahan | R | 16-Aug-92 | 16-Aug-92 |

| S/N | First Name | Last Name | Class | Ter Sen Date | Co Sen Date |
|---|---|---|---|---|---|
| 504 | William | Gross | L | 18-Aug-92 | 18-Aug-92 |
| 505 | Robert | Kessler | L | 28-Aug-92 | 28-Aug-92 |
| 506 | Bryan | Miracle | L | 01-Sep-92 | 01-Sep-92 |
| 507 | Lee | Burgett | L | 01-Sep-92 | 01-Sep-92 |
| 508 | Larry | Smith | L | 01-Sep-92 | 01-Sep-92 |
| 509 | Charles | Tranum | R | 11-Sep-92 | 12-Sep-92 |
| 510 | Keith | Miller | L | 13-Oct-92 | 13-Oct-92 |
| 511 | Tom | Priar | L | 13-Oct-92 | 13-Oct-92 |
| 512 | Thomas | Apple | L | 20-Oct-92 | 20-Oct-92 |
| 513 | Brian | Stellar | R | 20-Oct-92 | 20-Oct-92 |
| 514 | Carl | Johnston | L | 27-Oct-92 | 27-Oct-92 |
| 515 | Daniel | Kilheffer | L | 03-Nov-92 | 03-Nov-92 |
| 516 | Kenley | House | L | 26-Apr-93 | 26-Apr-93 |
| 517 | Taft | Hoffman | L | 18-Jun-93 | 18-Jun-93 |
| 518 | Samuel | Reed | R | 16-Jul-93 | 16-Jul-93 |
| 519 | Blain | David | L | 18-Jul-93 | 18-Jul-93 |
| 520 | Quinn | McLaughlin | L | 18-Jul-93 | 18-Jul-93 |
| 521 | Jennifer | Squire | L | 29-Jul-93 | 29-Jul-93 |
| 522 | Wayne | Kline | L | 14-Sep-93 | 14-Sep-93 |
| 523 | Andrew | Kepner | L | 19-Oct-93 | 19-Oct-93 |
| 524 | Jamie | Martin | L | 19-Oct-93 | 19-Oct-93 |
| 525 | Jeff | Keller | R | 20-Oct-93 | 20-Oct-93 |
| 526 | Michael | Sewalk | L | 20-Oct-93 | 20-Oct-93 |
| 527 | Eric | Wise | L | 02-Nov-93 | 02-Nov-93 |
| 528 | Harry | Lingenfelter | L | 02-Nov-93 | 02-Nov-93 |
| 529 | Ronald | Klacik | L | 02-Nov-93 | 02-Nov-93 |
| 530 | Mark | Sayres | R | 02-Nov-93 | 02-Nov-93 |
| 531 | Eugene | Snyder | L | 02-Nov-93 | 02-Nov-93 |
| 532 | Daniel | Daisley | L | 16-Nov-93 | 16-Nov-93 |
| 533 | Robert | Allen | R | 16-Nov-93 | 16-Nov-93 |
| 534 | Joseph | Kenepp | L | 16-Nov-93 | 16-Nov-93 |
| 535 | Douglas | Hechler | L | 16-Nov-93 | 16-Nov-93 |
| 536 | Keith | Johnston | L | 16-Nov-93 | 16-Nov-93 |
| 537 | John | Garland | L | 17-Dec-93 | 17-Dec-93 |
| 538 | Sid | Secrist | L | 19-Dec-93 | 19-Dec-93 |
| 539 | Marlin | Ritter | L | 20-Dec-93 | 20-Dec-93 |
| 540 | Robert | Curran | R | 06-Jan-94 | 23-Aug-93 |
| 541 | Joseph | Gaiski | L | 25-Jan-94 | 25-Jan-94 |
| 542 | Robert | Bansemer | R | 01-Mar-94 | 01-Mar-94 |
| 543 | Donald | Failor | R | 01-Mar-94 | 01-Mar-94 |
| 544 | Henry | Tomkosky | R | 01-Mar-94 | 01-Mar-94 |
| 545 | Donald | Wivell | R | 01-Mar-94 | 01-Mar-94 |
| 546 | George | Prates | L | 22-Mar-94 | 22-Mar-94 |
| 547 | Edward | Margraff | R | 07-May-94 | 07-May-94 |
| 548 | Thomas | Wright | R | 07-May-94 | 07-May-94 |
| 549 | Charles | Craig | R | 07-May-94 | 07-May-94 |

37

| S/N | First Name | Last Name | Class | Ter Sen Date | Co Sen Date |
|-----|-----------|-----------|-------|--------------|-------------|
| 550 | John | Lauver | R | 07-May-94 | 07-May-94 |
| 551 | Howlen | Pottorff, Sr. | R | 07-May-94 | 07-May-94 |
| 552 | Harvey | Hissner | R | 10-May-94 | 10-May-94 |
| 553 | Chester | Taylor | R | 13-May-94 | 13-May-94 |
| 554 | John | Eisley | L | 20-May-94 | 20-May-94 |
| 555 | John | Alleman III | R | 26-May-94 | 26-May-94 |
| 556 | Frederick | Payne | R | 26-May-94 | 26-May-94 |
| 557 | Edward | Waidley | R | 26-May-94 | 26-May-94 |
| 558 | Gerald | Jones | R | 26-May-94 | 26-May-94 |
| 559 | Jay | Crane | L | 09-Jun-94 | 09-Jun-94 |
| 560 | Paula | Klinger | R | 22-Jun-94 | 22-Jun-94 |
| 561 | Peter | Supsic | R | 09-Jul-94 | 09-Jul-94 |
| 562 | John | Drey | L | 24-Jul-94 | 24-Jul-94 |
| 563 | Westley | Lippy | L | 24-Jul-94 | 24-Jul-94 |
| 564 | Howard | Bullock | L | 24-Jul-94 | 24-Jul-94 |
| 565 | John | Estes | L | 26-Jul-94 | 26-Jul-94 |
| 566 | Cindy | Horvath | L | 26-Jul-94 | 26-Jul-94 |
| 567 | Thomas | Daugherty | R | 30-Jul-94 | 30-Jul-94 |
| 568 | Michelle | Neumeister | L | 31-Jul-94 | 31-Jul-94 |
| 569 | Gary | Whitfield | R | 03-Aug-94 | 03-Aug-94 |
| 570 | Sheldon | Pennington | R | 14-Aug-94 | 14-Aug-94 |
| 571 | Charles | Alleman | L | 14-Aug-94 | 14-Aug-94 |
| 572 | Gregory | Hartman | R | 18-Aug-94 | 18-Aug-94 |
| 573 | Dean | Shuman | L | 23-Aug-94 | 23-Aug-94 |
| 574 | Timothy | Wert | R | 26-Aug-94 | 26-Aug-94 |
| 575 | William | Blair | R | 26-Aug-94 | 26-Aug-94 |
| 576 | Robert | Reichert | R | 02-Sep-94 | 02-Sep-94 |
| 577 | Leroy | Negley | R | 02-Sep-94 | 02-Sep-94 |
| 578 | Daniel | Ocker | R | 02-Sep-94 | 02-Sep-94 |
| 579 | Al | Kruger | R | 16-Sep-94 | 16-Sep-94 |
| 580 | Robert | Conroy | R | 16-Sep-94 | 16-Sep-94 |
| 581 | Michael | Seabrooks | R | 19-Sep-94 | 19-Sep-94 |
| 582 | James | Ford | R | 30-Sep-94 | 30-Sep-94 |
| 583 | Daniel | Bowers | R | 30-Sep-94 | 30-Sep-94 |
| 584 | Richard | Stine | L | 05-Oct-94 | 05-Oct-94 |
| 585 | Douglas | Mengle | L | 13-Oct-94 | 13-Oct-94 |
| 586 | Travis | McCulloch | L | 13-Oct-94 | 13-Oct-94 |
| 587 | Michael | Hickey | L | 14-Oct-94 | 14-Oct-94 |
| 588 | John | Yarina | L | 14-Oct-94 | 14-Oct-94 |
| 589 | Ruben | Russell Jr | L | 14-Oct-94 | 14-Oct-94 |
| 590 | Colleen | Finn | L | 14-Oct-94 | 14-Oct-94 |
| 591 | Donald | Long | L | 27-Oct-94 | 27-Oct-94 |
| 592 | Brian | Gerber | L | 27-Oct-94 | 27-Oct-94 |
| 593 | Kenneth | Wynn | L | 27-Oct-94 | 27-Oct-94 |
| 594 | Stephen | Lucas | L | 27-Oct-94 | 27-Oct-94 |
| 595 | Ralph | Rehm | R | 12-Nov-94 | 12-Nov-94 |

38

| S/N | First Name | Last Name | Class | Ter Sen Date | Co Sen Date |
|-----|-----------|-----------|-------|--------------|-------------|
| 596 | Mark | Vallie | R | 12-Nov-94 | 12-Nov-94 |
| 597 | David | Magaro | R | 18-Nov-94 | 18-Nov-94 |
| 598 | Howard | Gouse | L | 22-Nov-94 | 22-Nov-94 |
| 599 | Dorman | Godlove, Jr. | R | 27-Nov-94 | 27-Nov-94 |
| 600 | Larry | Bechtel | L | 20-Jan-95 | 20-Jan-95 |
| 601 | Jo-Ann | Lauffer | L | 21-Jan-95 | 21-Jan-95 |
| 602 | George | Amsbaugh | L | 09-Apr-95 | 09-Apr-95 |
| 603 | Paul | Vandergrift | L | 09-Apr-95 | 09-Apr-95 |
| 604 | Ronald | Snowberger | L | 09-Apr-95 | 09-Apr-95 |
| 605 | Rex | Bragg | L | 09-Apr-95 | 09-Apr-95 |
| 606 | Robert | Yost Jr | L | 09-Apr-95 | 09-Apr-95 |
| 607 | Stephen | Gaiski Jr | L | 09-Apr-95 | 09-Apr-95 |
| 608 | William | Mielke | L | 09-Apr-95 | 09-Apr-95 |
| 609 | Paul | Hall | L | 09-Apr-95 | 09-Apr-95 |
| 610 | Irv | Nelson | L | 09-Apr-95 | 09-Apr-95 |
| 611 | Ronald | Frombaugh | R | 12-Nov-98 | 27-Feb-72 |
| 612 | Gary | Dietz | R | 20-Nov-98 | 25-Aug-75 |
| 613 | Larry | Trollinger | R | 20-Nov-98 | 28-Jul-83 |
| 614 | Michael | Fritz | R | 21-Nov-98 | 22-May-84 |
| 615 | Lawrence | Welker | R | 27-Nov-98 | 20-Sep-73 |
| 616 | Ray | Snyder | R | 27-Nov-98 | 04-Sep-85 |
| 617 | Vincent | Ramirez | R | 27-Nov-98 | 24-May-86 |
| 618 | Carl | Murphy | R | 30-Nov-98 | 20-Apr-83 |
| 619 | Keith | Sgrignoli | R | 05-Dec-98 | 03-Apr-78 |
| 620 | Douglas | Kerstetter | R | 06-Dec-98 | 30-Oct-81 |
| 621 | Ralph | Harris | L | 07-Dec-98 | 09-Sep-84 |
| 622 | Norman | Runk | R | 11-Dec-98 | 24-Apr-84 |
| 623 | Walter | Minich | R | 13-Dec-98 | 07-Jul-75 |
| 624 | Jeffrey | Albright | R | 14-Dec-98 | 09-Apr-88 |
| 625 | Roy | Keck | & R | 20-Dec-98 | 02-Mar-88 |
| 626 | Norman | Boire | R | 08-Jan-99 | 26-Aug-85 |
| 627 | Allen | Landis | R | 15-Jan-99 | 03-Nov-75 |
| 628 | Charles | Albright | R | 10-Feb-99 | 18-May-84 |
| 629 | Raymond | Nevins | R | 10-Feb-99 | 02-Nov-87 |
| 630 | Lowell | McGuire | R | 11-Feb-99 | 12-Feb-84 |
| 631 | William | Erdman | R | 11-Feb-99 | 09-Apr-90 |
| 632 | Stanley | Nye | R | 27-Feb-99 | 30-Oct-83 |
| 633 | Roger | Wiles | R | 27-Apr-99 | 27-Apr-99 |
| 634 | Donald | Bixler | R | 27-Apr-99 | 27-Apr-99 |
| 635 | Phillip | Frazer | R | 27-Apr-99 | 27-Apr-99 |
| 636 | Ronald | Mangus | R | 27-Apr-99 | 27-Apr-99 |
| 637 | John | Bosley | R | 27-Apr-99 | 27-Apr-99 |
| 638 | Randall | Hartz | R | 27-Apr-99 | 04-Mar-83 |
| 639 | Roger | Hockensmith | L | 21-May-99 | 21-May-99 |
| 640 | James | Rutter | R | 22-Jun-99 | 22-Jun-99 |
| 641 | David | Albertson | R | 22-Jun-99 | 22-Jun-99 |

39

| S/N | First Name | Last Name | Class | Ter Sen Date | Co Sen Date |
|-----|-----------|-----------|-------|-------------|-------------|
| 642 | David | Jackson | R | 23-Jun-99 | 23-Jun-99 |
| 643 | Floyd C. | Smith | R | 23-Jun-99 | 23-Jun-99 |
| 644 | Carl | Shoup | R | 23-Jun-99 | 23-Jun-99 |
| 645 | George | Grubbs | R | 23-Jun-99 | 23-Jun-99 |
| 646 | Thomas | Myers | R | 23-Jun-99 | 23-Jun-99 |
| 647 | Terry | Irvin | R | 29-Jul-99 | 29-Jul-99 |
| 648 | Raymond | Hoover | R | 29-Jul-99 | 29-Jul-99 |
| 649 | Ronald | Conrad | R | 29-Jul-99 | 29-Jul-99 |
| 650 | Russell | Reinoehl | R | 05-Aug-99 | 16-Nov-87 |
| 651 | James | Downs | R | 06-Aug-99 | 06-Aug-99 |
| 652 | Stephen | McGinnis | R | 06-Aug-99 | 06-Aug-99 |
| 653 | Dennis | Robinson | R | 06-Aug-99 | 06-Aug-99 |
| 654 | Thurman | Lewis | R | 06-Aug-99 | 06-Aug-99 |
| 655 | William | Noel | R | 06-Aug-99 | 06-Aug-99 |
| 656 | Gordon | Kline | L | 10-Aug-99 | 10-Aug-99 |
| 657 | Nathan | Dravk | L | 17-Aug-99 | 17-Aug-99 |
| 658 | Scott | Fekette | L | 17-Aug-99 | 17-Aug-99 |
| 659 | Irvin | Snyder | R | 18-Aug-99 | 18-Aug-99 |
| 660 | Leo | Weller | R | 18-Aug-99 | 18-Aug-99 |
| 661 | Charles | Zufall | R | 18-Aug-99 | 18-Aug-99 |
| 662 | Duane | Grove | R | 25-Aug-99 | 25-Aug-99 |
| 663 | Keith | McKeever | R | 31-Aug-99 | 31-Aug-99 |
| 664 | Mikel | Sherbo | L | 31-Aug-99 | 31-Aug-99 |
| 665 | Spencer | Lomison | L | 31-Aug-99 | 31-Aug-99 |
| 666 | Howard | Leonti | L | 31-Aug-99 | 31-Aug-99 |
| 667 | Terry | Runshaw | L | 31-Aug-99 | 31-Aug-99 |
| 668 | Chalmer | Edgin | L | 31-Aug-99 | 31-Aug-99 |
| 669 | William | Bowen | L | 31-Aug-99 | 31-Aug-99 |
| 670 | Ronald | Decker | L | 31-Aug-99 | 31-Aug-99 |
| 671 | Curt | Mills | L | 01-Sep-99 | 01-Sep-99 |
| 672 | Douglas | Ebur | R | 08-Sep-99 | 08-Sep-99 |
| 673 | Roderick | Campbell | L | 08-Sep-99 | 08-Sep-99 |
| 674 | Mark J. | Anderson | L | 14-Sep-99 | 14-Sep-99 |
| 675 | Terry | Beaver | R | 26-Sep-99 | 26-Sep-99 |
| 676 | Troy E. | Snyder | R | 28-Sep-99 | 28-Sep-99 |
| 677 | Leon W. | Deihl | L | 28-Sep-99 | 28-Sep-99 |
| 678 | Gary | Kissinger | R | 29-Sep-99 | 09-Aug-87 |
| 679 | Richard | Vrabel | R | 29-Sep-99 | 29-Sep-99 |
| 680 | Michael G. | Hamman | L | 05-Oct-99 | 05-Oct-99 |
| 681 | Clifford | Jones | L | 05-Oct-99 | 05-Oct-99 |
| 682 | Timothy | Miess | R | 07-Oct-99 | 07-Oct-99 |
| 683 | Robert | Reichert, Jr. | R | 27-Oct-99 | 27-Oct-99 |
| 684 | Joel | Sharp | L | 09-Nov-99 | 09-Nov-99 |
| 685 | James | Crone | L | 09-Nov-99 | 09-Nov-99 |
| 686 | Robert | Mallette | R | 16-Nov-99 | 16-Nov-99 |
| 687 | Bengamin | Witmer | R | 17-Nov-99 | 17-Nov-99 |

40

| S/N | First Name | Last Name | Class | Ter Sen Date | Co Sen Date |
|---|---|---|---|---|---|
| 688 | Laramie | Cahoj | L | 23-Nov-99 | 23-Nov-99 |
| 689 | Rodney D. | Maus | L | 23-Nov-99 | 23-Nov-99 |
| 690 | Steven | Najdek | L | 14-Dec-99 | 14-Dec-99 |
| 691 | Keith | McPherson | L | 14-Dec-99 | 14-Dec-99 |
| 692 | Bradley | Miller | L | 14-Dec-99 | 14-Dec-99 |
| 693 | Eric | Costella | L | 14-Dec-99 | 14-Dec-99 |
| 694 | Larry | Shultz | R | 29-Dec-99 | 29-Dec-99 |
| 695 | Dallis | Laudenslager | R | 14-Jan-00 | 14-Jan-00 |
| 696 | Mark | Notbohm | R | 14-Jan-00 | 14-Jan-00 |
| 697 | Michael | Irvin | R | 08-Feb-00 | 08-Feb-00 |
| 698 | Charles | Lindeman | R | 01-Mar-00 | 01-Mar-00 |
| 699 | Bruce | Wiker | R | 01-Mar-00 | 01-Mar-00 |
| 700 | John | Moore | R | 01-Mar-00 | 01-Mar-00 |
| 701 | Cecil | Davis | R | 03-Mar-00 | 03-Mar-00 |
| 702 | Larry | Palmer | R | 03-Mar-00 | 03-Mar-00 |
| 703 | Bruce | Groff | R | 07-Mar-00 | 07-Mar-00 |
| 704 | Ronald | Reber | R | 07-Mar-00 | 07-Mar-00 |
| 705 | Robert | Chappel | R | 07-Mar-00 | 07-Mar-00 |
| 706 | Wayne | Tamkin | R | 17-Mar-00 | 15-Mar-00 |
| 707 | Randall | Whitehouse | R | 25-Mar-00 | 25-Mar-00 |
| 708 | Lonnie | Holtzapple | R | 25-Mar-00 | 25-Mar-00 |
| 709 | Duane | Taylor | R | 28-Mar-00 | 28-Mar-00 |
| 710 | Jack | Henry | R | 28-Mar-00 | 28-Mar-00 |
| 711 | Nathan | Kuhns | R | 29-Mar-00 | 29-Mar-00 |
| 712 | Michael | Pitzi | R | 29-Mar-00 | 29-Mar-00 |
| 713 | Glen | Roush | R | 08-Apr-00 | 08-Apr-00 |
| 714 | Dean | Sarver | L | 14-Apr-00 | 14-Apr-00 |
| 715 | Michael | Malosky | L | 14-Apr-00 | 14-Apr-00 |
| 716 | Stuart | Stough | R | 21-Apr-00 | 21-Apr-00 |
| 717 | Kenneth | Davenport | R | 21-Apr-00 | 21-Apr-00 |
| 718 | Edward | Kauffman | L | 01-Jun-00 | 01-Jun-00 |
| 719 | David | Varner | L | 01-Jun-00 | 01-Jun-00 |
| 720 | | | | | |
| 721 | | | | | |
| 722 | | | | | |
| 723 | | | | | |
| 724 | | | | | |
| 725 | | | | | |
| 726 | | | | | |
| 727 | | | | | |
| 728 | | | | | |
| 729 | | | | | |
| 730 | | | | | |
| 731 | | | | | |
| 732 | | | | | |
| 733 | | | | | |

41

PHIL FERRANTE
VICE PRESIDENT

BRAD LINDSAY
RECORDING SECRETARY

HARVEY WHITE
TRUSTEE

MIKE HORD
TRUSTEE

THOMAS VINSON
TRUSTEE

BUSINESS AGENTS

CARLOS N. RAMOS, II
CHARLES SHUGHART
ROBERT J. SNYDER, JR.
RUSSELL A. STEPP
DANIEL A. VIRTUE

# CHAUFFEURS, TEAMSTERS AND HELPERS
## LOCAL UNION NO. 776



*"AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS"*

2552 JEFFERSON STREET, HARRISBURG, PA 17110-2505

THOMAS B. GRIFFITH
PRESIDENT AND BUSINESS AGENT

JOHN L. FOGLE, II
SECRETARY TREASURER AND BUSINESS AGENT



May 24, 2000

Andy Upchurch
ABF Freight Systems
P.O. Box 1925
New Kingstown, PA 17072

Ref:   Grievance 94530 (Rickey Bechtel)

Dear Andy:

Enclosed is a copy of a letter received from Mr. Bechtel. As you can see, he is requesting an updated seniority list indicating hire date and classification. I would appreciate you providing me such as list as soon as possible.

Please contact me if you have any questions.

Sincerely,

Charles Shughart
Business Agent



PHIL FERRANTE
VICE PRESIDENT
BRAD LINDSAY
RECORDING SECRETARY
HARVEY WHITE
TRUSTEE
MIKE HORD
TRUSTEE
THOMAS VINSON
TRUSTEE

BUSINESS AGENTS

CARLOS N. RAMOS, II
CHARLES SHUGHART
ROBERT J. SNYDER, JR.
RUSSELL A. STEPP
DANIEL A. VIRTUE

# CHAUFFEURS, TEAMSTERS AND HELPERS
## LOCAL UNION NO. 776

"AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS"

2552 JEFFERSON STREET, HARRISBURG, PA 17110-2505

THOMAS B. GRIFFITH
PRESIDENT AND BUSINESS AGENT

JOHN L. FOGLE, II
SECRETARY TREASURER AND BUSINESS AGENT

June 15, 2000

Rickey Bechtel
2072 Locust Lane
Hummelstown, PA 17036

Ref:    Your Grievance 94530

Dear Rickey:

Be advised, your above referenced grievance is scheduled to be presented at the Eastern Region Grievance Committee during the week of July 24th - 27th. You are welcome and invited to attend.

Whether or not you plan to attend the hearing, I must prepare a written brief to present to the grievance panel. Please contact me to schedule a date that you will be available to review your case and prepare a brief.

At this time, I'm available on the following dates:

June 21st - pm
June 22nd - pm
June 23rd - am
June 27th - all day

Please advise me as soon as possible at 233-8766. If I'm not available, please leave a message.

Enclosed is a copy of the seniority list you requested. I still have not found what would normally be considered a layoff list, but I did find a list that was submitted to the IBT by Carolina to comply with the WARN Act. If it's what you're looking for, you are welcome to a copy.

Sincerely,

Charles Shughart
Business Agent

43

TELEPHONE (717) 233-8766
(800) 692-6280

PHIL FERRANTE
VICE PRESIDENT
BRAD LINDSAY
RECORDING SECRETARY
HARVEY WHITE
TRUSTEE
MIKE HORD
TRUSTEE
THOMAS VINSON
TRUSTEE

BUSINESS AGENTS

CARLOS N. RAMOS, II
CHARLES SHUGHART
ROBERT J. SNYDER, JR.
RUSSELL
DANIEL A.

# CHAUFFEURS, TEAMSTERS AND HELPERS
## LOCAL UNION NO. 776

"AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS"

2552 JEFFERSON STREET, HARRISBURG, PA 17110-2505

THOMAS B. GRIFFITH
PRESIDENT AND BUSINESS AGENT

JOHN L. FOGLE, II
SECRETARY TREASURER AND BUSINESS AGENT

July 18, 2000

Rickey Bechtel
2072 Locust Lane
Hummelstown, PA 17036

Ref:    Your Grievance 94530

Dear Rickey:

Enclosed is a copy of the brief for the above referenced grievance.  I think all the revisions you requested have been accomplished.  Please review it and advise me if it is correct or if additional changes are necessary.  Since time is short, a prompt response would be appreciated.  If I am not available, please leave a message with the office staff.

Sincerely,

Charles Shughart
Business Agent

44

23

**TEAMSTERS LOCAL 776**

**VS**

**ABF FREIGHT SYSTEMS**

**Grievance 94530
(Rickey A Bechtel)**

Gentlemen of the Committee:

Grievance number 94530 reads as follows:

*I am filing this grievance due to the fact that I am a laid off ABF employee at Carlisle, PA (see attached letter marked Exhibit 1). It has come to my attention that ABF is hiring at the Carlisle, PA terminal and I am filing this because I have not been contacted for any available work opportunities. Under the National Master Freight Agreement that was in effect in 1995 when I was laid off, Article # 5, Section # 2 states that "If additional employees are required after the active list is exhausted, they shall be recalled from such inactive seniority roster and after recall, such employees shall be "dovetailed" into the active seniority roster with their continuous classification (road or city) seniority dates they are currently exercising which shall then be exercised for all purposes".* (Exhibit 1)

Note: The grievant amended the grievance at Company level grievance discussions on April 5, 2000 to include a claim for "all monies due" (Exhibit 2).

The grievant was a full-time dock / jockey employee with Carolina Freight at the Carlisle, Pennsylvania breakbulk terminal. His seniority date was February 1, 1986.

45

In May, 1995, Carolina Freight Carriers terminated their breakbulk operations at the Carlisle, Pennsylvania terminal. All remaining employees not previously laid-off were placed on layoff status (Exhibit 3).

On July 10, 1995, it was announced that ABF Freight Systems, Inc would acquire Carolina Freight Carriers and Red Arrow Freight Lines. On September 14 and 15, 1995, the issues concerning the change of operations were presented at a meeting held in Chicago. At the change of operations, Local 776 addressed concerns about the previously laid off employees at the Carolina terminal at Carlisle (Exhibit 4).

On December 29, 1998, the Fourth Circuit Court of Appeals issued its decision that Carolina employees be dovetailed with the ABF employees, not entailed and this should finally bring to an end this seniority dispute (Exhibit 5).

Mr. Bechtel has filed this grievance, claiming that ABF is violating the term of Article 5, Section 2 (c) (2) (of the 94 - 98 NMFA). That language reads as follows:

> In addition, the inactive seniority rosters (employees who are on letter of layoff) shall be similarly "dovetailed" by appropriate classification. If additional employees are required after the active list is exhausted, they shall be recalled from such inactive seniority roster and after recall such employees shall be "dovetailed" into the active seniority roster with their continuous classification (road or city) seniority dates they are currently exercising which shall then be exercised for all purposes. Seniority rosters previously combining job classifications shall be continued unless otherwise agreed.

Obviously, Mr. Bechtel was on a letter of layoff from Carolina Freight at the time the ABF merger / acquisition took place. When that occurred, it would seem that ABF assumed the debts, liabilities and contractual obligations previously held by Carolina Freight. One aspect of those contractual obligations is the recall rights of Carolina employees who were previously placed in layoff status by Carolina. As such, Mr. Bechtel should by entitled to recall rights under Article 5, Section 2.

Should there be any question that Mr. Bechtel was on layoff from ABF, the attached letter clearly indicates his layoff status (Exhibit 6). It reads in part:

> *This letter is to confirm that you elected to decline the job offer and to remain in **layoff** status at Carlisle, PA*

Attached is a copy of a seniority list from the ABF terminal at Carlisle, Pennsylvania (Exhibit 7). As can be determined from the list, ABF has hired 108 employees who have a seniority date of November, 1998 or later. Approximately 31 of those individuals currently work in the dock / local classification.

In view of the clear and undisputable facts related to this grievance, we respectfully request that the Committee uphold the claim of the grievant, placing him on the seniority roster with a date of February 1, 1986. He should be compensated for lost wages and benefits from November 12, 1998.

Respectfully Submitted

Charles Shughart
Business Agent

47

**1**

# NMFA GRIEVANCE — Teamsters Local 776          94530

Name _Rickey A. Bechtel_          Home Phone _717-566-06___  Date of Hire _2-85_

ress _2072 Locust Lane_          City _Hummelstown_  State _PA_  Zip _17036_

Employer _ABF_

Employer's Address _____ _Carlisle_

Road ☑   Dock ☑   Jockey ☑   City ☑   Iron and Steel ☐   Mechanic-Office ☐   Miscellaneous ☐

FEB 24

**IMPORTANT:** It is the responsibility of the member filing this grievance to issue the proper copies to all parties in a timely manner, as per your contract.

Date: _Feb 20, 2000_  8 58

NATURE OF GRIEVANCE: _I am filing this grievance due to the fact that I am a laid off ABF employee at Carlisle, Pa. (see attached letter marked exhibit # 1). It has come to my attention that ABF is hiring at Carlisle, Pa terminal and I am filing this because I have not been contacted for any available work opportunities. Under the NMFA that was in effect in 1995 when I was laid off Article # 5 section states that "If additional employees are required after the active list is exhausted, they shall be recalled from such inactive seniority roster and after recall such employees shall be "dovetailed" into the active seniority roster with their continuous classification (Road or city) seniority dates they are currently exercising which shall then be_

STEWARD'S COMMENTS: _exercised for all purposes._

_Attachments: 1 grievance, 1 exhibit letter, 1 letter requesting written decision from Local 776_

**In accordance with the Grievant's Bill of Rights, I am requesting, in writing, copies of all disciplinary letters, photos and any other documentation pertaining to this grievance.**

_Rickey A Bechtel_
Signature of Member Filing Grievance

Shop Steward

☑ **YOU must check this box if you want to attend the grievance hearings. If you request to be in attendance, YOU WILL NOT be paid for this time.**

ACTION TAKEN BY BUSINESS AGENT _____

_____

_____

_____

Date: _____

Signature of Business Agent

1—WHITE—UNION COPY
2—PINK—EMPLOYER
3—BLUE—EMPLOYEE REPORTING GRIEVANCE
4—YELLOW—STEWARD

Exhibit (4)

**INSTRUCTIONS ON BACK OF YELLOW SHEET**

2

PHIL FERRANTE
VICE PRESIDENT
BRAD LINDSAY
RECORDING SECRETARY
HARVEY WHITE
TRUSTEE
MIKE HOERD
TRUSTEE
THOMAS VINSON
TRUSTEE

# CHAUFFEURS, TEAMSTERS AND HELPERS
## LOCAL UNION NO. 776

*AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS*

2552 JEFFERSON STREET, HARRISBURG, PA 17110-2505

THOMAS B. GRIFFITH
PRESIDENT AND BUSINESS AGENT

JOHN L. FOGLE, II
SECRETARY TREASURER AND BUSINESS AGENT

BUSINESS AGENTS

CARLOS N. RAMOS, II
CHARLES SHUGHART
ROBERT J. SNYDER, JR.
RUSSELL A. STEPP
DANIEL A. VIRTUE

April 5, 2000

Andy Upchurch
ABF Freight Systems
P.O. Box 1925
New Kingstown, PA 17072

Ref:   Meeting of April 5, 2000

Dear Andy:

On April 5, 2000, a meeting was held at the Carlisle terminal to discuss grievances 94530 (R. Bechtel) and 94532 (Thomas Schildt). In attendance was David Quidort, both grievants you and me. The following was discussed:

The grievants are claiming recall rights from layoff under Article 5, Section 2 of the NMFA. Mr. Bechtel amended his grievance at the table to include compensation for lost earnings and benefits. The same request was not made by Mr. Schildt. It was the position of the Company that the timeliness of the grievances could be an issue. We were not able to determine the date of layoff for either grievant, but Mr. Schildt provided a pay stub, indicating that he was paid for work performed in the pay period ending 3/18/95. The parties will search for records that will clarify the dates of layoff. It was also the position of the Company that they had no obligation to recall Carolina employees who were in layoff status prior to the merger/purchase by ABF Freight Systems. The provisions of Article 5, Section 5 were discussed. No resolution was reached on either grievance.

The grievances remain pending and will be placed on the docket for the next ERJAGC, unless resolved prior to that date.

Sincerely,

Charles Shughart
Business Agent

cc:
Grievants

TELEPHONE (717) 233-8766
(800) 692-6280
FAX (717) 233-6023

Exhibit (23)1

**3**

# INTERNATIONAL
# BROTHERHOOD OF TEAMSTERS
### AFL-CIO



LEGAL DEPARTMENT

OFFICE: (202) 624-6945
FAX: (202) 624-6884

March 27, 1995

Thomas Griffith, President
Teamsters Local Union No. 776
2552 Jefferson Street
Harrisburg, Pennsylvania  17110

RE:    Carolina Freight Carriers Corporation

Dear Mr. Griffith:

Enclosed you will find a Notice provided by Carolina Freight Carriers Corporation pursuant to the Workers Adjustment and Retraining Notification Act.  Carolina Freight Carriers Corporation has developed tentative plans to permanently discontinue the Company's freight transportation operation at its facility located at One Carolina Drive, Carlisle, Pennsylvania 17013.  Employment separations are expected to commence on or about May 21, 1995 affecting the entire Carlisle facility.

This letter is being forwarded to you so that you can monitor the employer's actions to assure that they are in compliance with the WARN Act.  Please contact the undersigned if you have any questions with regard to the enclosed notice.

Sincerely,

Paula J. Caira

PJC/mk

Enclosure

cc:    Dennis Skelton, Director, Freight Division

Exhibit (3)
53

ABF
25

## EASTERN REGION JOINT AREA COMMITTEE

Established in accordance with the terms and conditions of the National Master Freight Agreement and the CENT. PA Supplemental Agreement, entered into by and between the Local Union and carriers engaged in City Pickup and Delivery and/or Over-the-Road Freight Operations.

DOCKET NO.  C-149-00

ABF# 042-040-MR-00

IN THE MATTER OF THE DISPUTE BETWEEN

TEAMSTERS  LOCAL NO. 776
HARRISBURG, PA

and                                                SUBMISSION FORM

ABF FREIGHT SYSTEM, INC.

We, the undersigned, parties to the National Master Freight Agreement and the CENT. PA  Supplemental Agreement, hereby agree to submit the dispute to arbitration under the Rules of Procedure prescribed by the Eastern Region Joint Area Committee, by virtue of its authority, as set forth in Article 43 and      of the  CENT. PA   Supplemental Agreement, the following:

On behalf of Rickey Bechtel, Union alleges violation of Article 5; requesting grievant be returned to proper seniority with all lost wages, benefits.

The undersigned further agree that a majority decision of the Eastern Region Joint Area Committee in the above dispute will be final, conclusive and binding with no appeal and, further, that neither party will attempt through any overt acts, to void the decision rendered.

The undersigned also agree that failure to comply with the decision of a majority of the Committee within ten (10) days of the date of the decision will result in the loss of all contract rights, privileges and benefits due them under Article 43 of the  CENT. PA   Supplemental Agreement.

| | | | |
|---|---|---|---|
| Date | July 25, 2000 | | |
| Employer | ABF FREIGHT SYSTEM, INC. | Local Union | 776 |
| Signed by | Steven J. Froias, Labor Rels. | Signed by | Charles Shughart, B. A. |

## DECISION

The Panel, in executive session, motion made, seconded and carried that this case is referred to the National Multi-Region Change of Operations Violations Committee. Cost split.

R. L. SCHAEFFER                             NICHOLAS PICARELLO
Employer Co-Secretary                      Union Co-Secretary

JULY 25, 2000                                JULY 25, 2000
Date                                         Date

54

PHIL FERRANTE
VICE PRESIDENT
BRAD LINDSAY
RECORDING SECRETARY
HARVEY WHITE
TRUSTEE
MIKE HORD
TRUSTEE
THOMAS VINSON
TRUSTEE

# CHAUFFEURS, TEAMSTERS AND HELPERS
## LOCAL UNION NO. 776

"AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS"

2552 JEFFERSON STREET, HARRISBURG, PA 17110-2505

THOMAS B. GRIFFITH                    JOHN L. FOGLE, II
PRESIDENT AND BUSINESS AGENT          SECRETARY TREASURER AND BUSINESS AGENT

BUSINESS AGENTS

CARLOS N. RAMOS, II
CHARLES SHUGHART
ROBERT J. SNYDER, JR.
RUSSELL A. STEPP
DANIEL A. VIRTUE

September 26, 2000

Rickey Bechtel
2072 Locust Lane
Hummelstown, PA 17036

Ref:   Your Grievance 94530

Dear Rickey:

Please advise that your above referenced grievance will be presented at the Change of Operations Committee on October 26 / 27, 2000 at the Embassy Suites Deerfield Beach Resort, 950 Southeast 20th Avenue, Deerfield Beach, Florida, 33441.

You are welcome and invited to attend.

Sincerely,

Charles Shughart
Business Agent

55

TELEPHONE (717) 233-8766
(800) 692-6080

PHIL FERRANTE
VICE PRESIDENT
BRAD LINDSAY
RECORDING SECRETARY
HARVEY WHITE
TRUSTEE
MIKE HORD
TRUSTEE
THOMAS VINSON
TRUSTEE

BUSINESS AGENTS

CARLOS N. RAMOS, II
CHARLES SHUGHART
ROBERT J. SNYDER, JR.
RUSSELL A. STEPP
DANIEL A. VIRTUE

# CHAUFFEURS, TEAMSTERS AND HELPERS
## LOCAL UNION NO. 776

"AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS"

2552 JEFFERSON STREET, HARRISBURG, PA 17110-2505

THOMAS B. GRIFFITH
PRESIDENT AND BUSINESS AGENT

JOHN L. FOGLE, II
SECRETARY TREASURER AND BUSINESS AGENT

November 8, 2000

*28*

Rickey Bechtel
2072 Locust Lane
Hummelstown, PA 17036

Ref:   Your Grievance 94530

Dear Rickey:

Your above referenced grievance was presented at the Change of Operations Committee on October 27, 2000.  It was the decision of that Committee that your grievance be denied.

Sincerely,

Charles Shughart
Business Agent

TELEPHONE (717) 233-8766
(800) 692-6280
FAX (717) 233-6023

PHIL FERRANTE
VICE PRESIDENT
BRAD LINDSAY
RECORDING SECRETARY
HARVEY WHITE
TRUSTEE
MIKE HORD
TRUSTEE
THOMAS VINSON
TRUSTEE

BUSINESS AGENTS

CARLOS N. RAMOS, II
CHARLES SHUGHART
ROBERT J. SNYDER, JR.
RUSSELL A. STEPP
DANIEL A. VIRTUE

# CHAUFFEURS, TEAMSTERS AND HELPERS
## LOCAL UNION NO. 776

*"AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS"*

2552 JEFFERSON STREET, HARRISBURG, PA 17110-2505

THOMAS B. GRIFFITH
PRESIDENT AND BUSINESS AGENT

JOHN L. FOGLE, II
SECRETARY TREASURER AND BUSINESS AGENT

December 28, 2000

Rickey Bechtel
2072 Locust Lane
Hummelstown, PA 17036

Ref:    Grievance 94530

Dear Rickey:

In reply to your letter dated December 6, 2000, it is my understanding that the decision issued by the Change of Operations Committee is final. The grievance procedure does not provide for the appeal of a decision that is issued by a majority of the Committee members.

I have enclosed the papers presented by the Company at the hearing.

Please contact me if you have any questions.

Sincerely,

Charles Shughart
Business Agent

57

TELEPHONE (717) 233-8766
(800) 692-6280
FAX (717) 233-6023

ABF
EMPLOYER BRIEF

MRC COMMITTEE
CASE NO. ERJAC C-149-00
ABF CASE NO. 042-040-MR-00
LOCAL UNION 776 VS ABF  (RICKEY BETCHEL)

The Union is claiming a violation of Article 5, Section 2 of the NMFA.
They have not provided the Company with a date for this alleged violation.

I have attached a copy of the article in question. This article deals with
"MERGERS OF COMPANIES-GENERAL". Specifically Section 2 ©
reads in part "IN THE APPLICATION OF THIS SECTION, WHEN
TERMINALS OR OPERATIONS OF TWO OR MORE COMPANIES
ARE COMBINED. AS REFERRED TO ABOVE. THE FOLLOWING
GENERAL RULES SHALL BE APPLIED BY THE EMPLOYER AND
LOCAL UNIONS".

In this case there was no merger of terminals in the Carlisle, PA area.
Carolina had closed their terminal 5 months before the ABF, Carolina, Red
Arrow, Change of Operations.  This fact is not in dispute.

Attached is a copy of that Change decision (MR-CO-38-9/95).  I would like
to review Item #1A with the Committee.  As you can see it is very specific
about combining terminals and seniority lists affected by the Change.  It
further reads "EVERY FACILITY WHOSE WORK HAS BEEN MERGED
WITH THE WORK OF ANOTHER FACILITY".

Also attached are copies of pages V and -2- of that Change.  There is no
reference to any Carolina facility in Carlisle, PA because none existed at the
time of the Change.

On October 12, 1995 the Union sent the attached letter to all Carolina
employees layed off when Carolina closed the Carlisle, PA terminal.  This
letter reviews the rights of these employees concerning the ABF, Carolina,
Red Arrow Change decision.  In the Change decision all employees from all
three Companies were afforded Article5, Section 5 rights, this included road,

city, mechanics and clerical employees.  The former Carolina employees were not afforded Article5, Section 2 rights.

There was no merger of terminals in Carlisle, PA, and Article 5, Section 2 has no application.  We respectfully request the claim of the Union be denied.

# ARTICLE 5.

## Section 1. Seniority Rights

(a) The application of seniority which has been accrued herein shall be established in the Supplemental Agreements.

(b) Seniority shall be broken only by discharge, voluntary quit, retirement, or more than a five (5) - year layoff.

(c) This Section shall apply to all Supplemental Agreements.

## Section 2. Mergers of Companies-General

(a) In the event the Employer is a party to a merger of lines, seniority of the employees who are affected thereby shall be determined by mutual agreement between the Employer and the Local Unions involved.

In the application of this Section, it is immaterial whether the transaction is called a merger, purchase, acquisition, sale, etc. Further, it is also immaterial whether the transaction involves merely the purchase of stock of one (1) corporation by another, with two (2) separate corporations continuing in existence.

(b) If such merger of companies results in the combination of terminals or over-the-road operations, a change of operations shall be submitted to the Co-Chairmen of the National Grievance Committee for assignment to an appropriate Change of Operations Committee established pursuant to Article 8, Section 6. The Change of Operations Committee shall retain jurisdiction for one (1) year after the effective date of the Committee decision and shall have the authority to amend its decision in the event of a substantial change in the amount of work to be performed at the terminals or over-the-road operations which were combined.

## Combining of Terminals or Operations as a Result of Merger of Companies

(c) In the application of this Section, when terminals or operations of two (2) or more companies are combined, as referred to above, the following general rules shall be applied by the Employer and the Local Unions, which general rules are subject to modification pursuant to the provisions of Section 4 of this Article:

21

TITAN ELECTRONIC MAIL

```
E. 09/19/95
E. 15.37 EST
   LCL/TERM-ID 373
M. LCL/TERM-ID TPI              TPI1
.  PRINCIPAL OFFICER
E  001    MSG NMBR 431
```

THE PRINCIPAL OFFICERS OF THE FOLLOWING LOCAL UNIONS:

7, 20, 24, 26, 40, 41, 43, 50, 75, 89, 92, 100, 116, 120, 135,
147, 160, 164, 200, 215, 236  238, 245, 279, 299, 301, 325, 332,
339, 346, 364, 371, 377, 406, 407, 413, 414, 460, 534, 544, 554, 563,
574, 580, 600, 614, 627, 637, 651, 662, 673, 688, 695, 696, 697, 705,
710, 722, 749, 795, 823, 833, 908, 916, & 957 OF THE CENTRAL REGION

22, 25, 28, 29, 30, 42, 59, 61, 71, 107, 110, 118, 170, 171,
175, 182, 191, 229, 249, 251, 294, 312, 317, 340, 355, 375,
384, 391, 397, 401, 404, 429, 430, 437, 443, 445, 449, 470,
493, 500, 509, 529, 538, 557, 560, 592, 597, 633, 639, 649,
653, 671, 676, 677, 687, 693, 701, 707, 764, 771, 773, 776,
789, 822, & 992 OF THE EASTERN REGION

5, 79, 217, 270, 373, 385, 390, 402, 480, 512, 515, 519, 523,
528, 549, 568, 577, 612, 657, 667, 728, 745, 878, 886, 891,
920, 960, 988, & 991 OF THE SOUTHERN REGION

961 OF THE WESTERN REGION

ABF FREIGHT SYSTEM, INC. – MULTI-REGION CHANGE OF OPERATIONS
DECISION IN CASE NO. MR-CO-38-9/95

R SISTERS AND BROTHERS:

FOLLOWING IS THE DECISION RENDERED BY THE MULTI-REGION CHANGE OF
RATIONS COMMITTEE IN THE ABOVE REFERENCED CASE.  UPON RECEIPT OF THIS
ISION PLEASE COPY AND DISTRIBUTE TO ALL ABF AND CAROLINA FREIGHT
< SITES FOR IMMEDIATE POSTING:

MULTI-REGION CHANGE OF OPERATIONS COMMITTEE ADOPTED A MOTION THAT
COMPANY'S PROPOSED CHANGE OF OPERATIONS BE APPROVED AS MODIFIED
CLARIFIED BY THE COMPANY ON THE RECORD WITH THE FOLLOWING PROVISOS:

THIS CHANGE OF OPERATIONS INVOLVES A TRANSACTION WITHIN THE
MEANING OF ARTICLE 5, SECTION 2(A)-(C) OF THE NMFA:

A.   THE COMMITTEE DIRECTS THAT, IN ACCORDANCE WITH THE PROVISIONS
     OF ARTICLE 5, SECTION 2(A)-(C), ARTICLE 5, SECTION 3, AND
     ARTICLE 8, SECTION 6(G) OF THE NMFA, THE SENIORITY LISTS AT
     DOMICILES AND TERMINALS AFFECTED BY THIS CHANGE OF OPERATIONS
     SHALL BE GROUPED FOR DOVETAILING AS REFLECTED ON THE EXHIBITS
     CONTAINED IN THE PROPOSED CHANGE OF OPERATIONS, (AS CLARIFIED
     OR CORRECTED ON THE RECORD), AND AS PROVIDED IN ARTICLE 5,
     SECTION 2(C) OF THE NMFA.  DOVETAILING APPLIES TO ALL
     BARGAINING UNIT EMPLOYEES AFFECTED BY COMBINING OR ELIMINATING

TITAN ELECTRONIC MAIL

ATE. 09/19/95
IME. 15.37 EST
J.     LCL/TERM-ID 373
ROM.  LCL/TERM-ID TPI                    TPI1
JR.   PRINCIPAL OFFICER
AGE  002     MSG NMBR 431

ABF AND CAROLINA FREIGHT CARRIERS/RED ARROW FACILITIES AND INCLUDES ALL MAINTENANCE AND OFFICE EMPLOYEES. EVERY FACILITY WHOSE WORK HAS BEEN MERGED WITH THE WORK OF ANOTHER FACILITY MUST BE GROUPED WITH THAT FACILITY. THIS PARAGRAPH DOES NOT APPLY TO LOCAL UNIONS 673, 705 AND 710 (DOCK AND OFFICE), WHICH ARE NOT SIGNATORY TO THE NMFA.

B.  DOVETAILING SHALL BE ACTIVE TO ACTIVE, INACTIVE TO INACTIVE, BY CLASSIFICATION. THOSE EMPLOYEES WHO WERE ON LETTER OF LAYOFF (OR THE EQUIVALENT THEREOF UNDER THOSE SUPPLEMENTS WHERE LETTERS OF LAYOFF ARE NOT UTILIZED) ON AUGUST 11, 1995, SHALL BE CONSIDERED AS INACTIVE FOR THE PURPOSES OF THIS DECISION, EVEN IF THEY HAVE BEEN USED FOR TEMPORARY WORK OR RECALLED PRIOR TO THE EFFECTIVE DATE OF THE CHANGE OF OPERATIONS. ANY EMPLOYEES LAID OFF AFTER AUGUST 11, 1995, BUT BEFORE THE EFFECTIVE DATE OF THE CHANGE OF OPERATIONS SHALL BE CONSIDERED TO BE ACTIVE AND SHALL RETAIN THEIR RESPECTIVE POSITIONS ON THE DOVETAILED ACTIVE LISTS. ANY EMPLOYEE ON LONG TERM DISABILITY SHALL BE CONSIDERED AS ACTIVE IF HIS SENIORITY DATE WOULD HAVE PUT HIM/HER ON THE ACTIVE LIST.

C.  A MASTER ACTIVE/LAID OFF POOL SHALL BE CREATED AND SHALL CONSIST OF THOSE OVER-THE-ROAD DRIVERS WHO WERE ACTIVE ON AUGUST 11, 1995, AT EITHER ABF, CAROLINA OR RED ARROW AND WHO WERE LAID OFF AS A DIRECT RESULT OF IMPLEMENTATION OF THIS CHANGE OF OPERATIONS.

A MASTER INACTIVE/LAID OFF POOL SHALL BE CREATED AND SHALL CONSIST OF THOSE OVER-THE-ROAD DRIVERS WHO WERE IN LAYOFF STATUS ON AUGUST 11, 1995, AT EITHER ABF, CAROLINA OR RED ARROW, REGARDLESS OF WHY THEY WERE LAID OFF.

AFTER IMPLEMENTATION, ANY ADDITIONAL JOB OPENINGS AT A ROAD DOMICILE WHERE EMPLOYEES IN EITHER POOL ARE ON LAYOFF SHALL BE OFFERED IN LINE OF SENIORITY TO SUCH EMPLOYEES FROM THAT DOMICILE, FIRST TO EMPLOYEES ON THE MASTER ACTIVE/LAID OFF POOL AND THEM TO EMPLOYEES ON THE MASTER INACTIVE/LAID OFF POOL.

JOB OPENINGS AT ANY DOMICILE OTHER THAN WHERE EMPLOYEES ARE PRESENTLY LAID OFF SHALL BE OFFERED FIRST, DURING THE WINDOW PERIOD, IN LINE OF SENIORITY TO THOSE EMPLOYEES ON THE MASTER ACTIVE/LAID OFF POOL AND THEN, IF NOT FILLED, IN LINE OF SENIORITY TO THOSE EMPLOYEES ON THE MASTER INACTIVE/LAID OFF POOL.

SUCCESSFUL BIDDERS SHALL RELINQUISH THEIR SENIORITY AT THEIR PRESENT ROAD DOMICILE UNDER THIS PROVISION AND SHALL BE DOVETAILED WITH THEIR CURRENT BIDLINE SENIORITY DATE AT THE ROAD DOMICILE THEY BID. ALL OF THE PROVISIONS OF ARTICLE 8

TE.: 09/19/95
ME. 15.37 EST
.   LCL/TERM-ID 373
OM. LCL/TERM-ID TPI                    TPI1
R.  PRINCIPAL OFFICER
GE   003      MSG NMBR 431

SECTION 6 SHALL APPLY TO SUCH TRANSFER.

ANY EMPLOYEE IN EITHER POOL WHO REFUSES THE OFFER OF A WORK
OPPORTUNITY UNDER THIS PROVISION SHALL NOT BE OFFERED A SECOND
OPPORTUNITY TO TRANSFER BUT SHALL REMAIN ON THE LIST ONLY FOR
RECALL TO HIS PRESENT ROAD DOMICILE.

THE WINDOW PERIOD SHALL BE FOR ONE (1) YEAR.  THE COMMITTEE SHALL
RETAIN JURISDICTION TO EXTEND THE WINDOW PERIOD IF CIRCUMSTANCES
WARRANT.  AS STATED BY ABF ON THE RECORD, THE WINDOW PERIOD SHALL
ALSO APPLY TO FULL LOCAL CARTAGE POSITIONS THAT BECOME AVAILABLE
AT LOCATIONS WHERE INSUFFICIENT WORK FOR A FULL POSITION WAS
ORIGINALLY TRANSFERRED AT THE TIME OF IMPLEMENTATION OF THIS
DECISION.  ONLY LOCAL CARTAGE EMPLOYEES FROM THE LOCATION FROM
WHICH THE WORK WAS ORIGINALLY TRANSFERRED SHALL BE ELIGIBLE TO FILL
SUCH POSITIONS.  THE PROVISIONS OF ARTICLE 8, SECTION 6 SHALL
APPLY.

PENSION AND HEALTH & WELFARE CONTRIBUTIONS PAID ON BEHALF OF
AN EMPLOYEE TRANSFERRING UNDER THIS DECISION SHALL BE PAID TO THE
FUNDS TO WHICH THE CONTRIBUTIONS WERE MADE PRIOR TO THE
EMPLOYEE'S CHANGE OF DOMICILE.

ANY REBIDDING SHALL BE HANDLED BY THE LOCAL UNION AND ABF.

SOUTHERN MODIFIED SENIORITY SHALL BE EXCERCISED UPON IMPLEMENTATION
OF THE CHANGE OF OPERATIONS.

AN EMPLOYEE REDOMICILING TO AN EASTERN REGION AREA DOMICILE POINT
THAT MAINTAINS A SINGLE SENIORITY BOARD (I.E. COMBINATION ROAD
AND LOCAL) SHALL REMAIN IN THAT JOB CLASSIFICATION WITH WHICH
HE REDOMICILED FOR A PERIOD OF (1) ONE YEAR, UNLESS THE ANNUAL
JOB BID AT THAT DOMICILE TAKES PLACE AT LEAST NINE (9) MONTHS
AFTER REDOMICILE.

THE FOLLOWING PROVISIONS WILL APPLY TO ANY EMPLOYEE LAID-OFF AS
A RESULT OF THIS CHANGE OF OPERATIONS AND TO ANY OTHER EMPLOYEE
CURRENTLY LAID-OFF, AND TO ANY EMPLOYEE LAID OFF AFTER THIS CHANGE
OF OPERATIONS, FOR THE LIFE OF THE 1994-1998 NMFA:

A.  ABF AGREES TO EXTEND THE PROVISIONS OF ARTICLE 5, SECTION 5
    OF THE NMFA TO ANY BARGAINING UNIT EMPLOYEE.  ABF ALSO AGREES
    TO EXTEND THE RIGHT TO TRANSFER UNDER ARTICLE 5, SECTION 5
    OF THE NMFA TO ANY ABF LOCATION IN THE CENTRAL, EASTERN AND
    SOUTHERN REGIONS, AS OPPOSED TO WITHIN THE REGIONAL AREA.
    TRANSFERS SHALL BE OFFERED ON THE BASIS OF BIDDING SENIORITY,
    BY CLASSIFICATION.  THE COMMITTEE APPROVES THESE EXTENSIONS
    OF THE PROVISIONS OF ARTICLE 5, SECTION 5, AND AGREES THAT
    SUCH EXTENSIONS ARE LIMITED SOLELY TO THIS CHANGE OF
    OPERATIONS AND HAVE NO PRECEDENTIAL EFFECT.

63

TITAN ELECTRONIC MAIL

DATE. 09/19/95
TIME. 15.37 EST
TO.   LCL/TERM-ID 373
FROM. LCL/TERM-ID TPI            TPI1
FOR.  PRINCIPAL OFFICER
PAGE  004    MSG NMBR 431

B.  PENSION AND HEALTH & WELFARE CONTRIBUTIONS PAID ON BEHALF
    OF AN EMPLOYEE TRANSFERRING UNDER THIS PARAGRAPH SHALL BE
    PAID TO THE FUNDS TO WHICH THE CONTRIBUTIONS WERE MADE PRIOR
    TO THE EMPLOYEE'S CHANGE OF DOMICILE.

8.  QUALIFIED BIDDERS ON LONG TERM DISABILITY (LTD) AT THE TIME OF ANY
    BID SHALL BE ALLOWED TO BID.  IF SUCCESSFUL LTD BIDDERS ARE UNABLE
    TO CLAIM THEIR BID ON THE DATE OF IMPLEMENTATION, A HOLD-DOWN BID
    WILL BE ALLOWED.  THIS HOLD-DOWN BID WILL BE OFFERED TO THE
    REMAINING ACTIVE EMPLOYEES AT THE LTD'S CURRENT LOCATION AND
    CLASSIFICATION.  THE SUCCESSFUL HOLD-DOWN BIDDER SHALL BE
    DOVETAILED.  WHEN THE LTD RETURNS TO WORK AND CLAIMS HIS BID,
    THE "HOLD-DOWN" EMPLOYEE MAY EITHER REMAIN AT THE HOLD-DOWN
    LOCATION UNDER PROVISIONS OF ARTICLE 5, SECTION 5 WITH A BIDDING
    SENIORITY DATE CONSISTENT WITH THE DATE OF IMPLEMENTATION OF THIS
    CHANGE OF OPERATIONS OR RETURN TO HIS ORIGINAL LOCATION WITH HIS
    ORIGINAL BIDDING SENIORITY DATE.  THE "HOLD-DOWN" EMPLOYEE MAY
    NOT RETURN TO A LOCATION WHERE THE CLASSIFICATION FROM WHICH HE
    BID HAS BEEN ELIMINATED.

    ABF SHALL NOT BE RESPONSIBLE FOR THE MOVING EXPENSES OF THE
    EMPLOYEE FILLING THE HOLD-DOWN BID UNLESS AND UNTIL SUCH TIME
    AS IT IS DETERMINED THAT THE EMPLOYEE ON LTD WILL NEVER BE ABLE
    TO CLAIM HIS BID AND THE HOLD-DOWN BIDDER BECOMES A REGULAR
    PERMANENT EMPLOYEE AT THE HOLD-DOWN LOCATION.

9.  IN RESPONSE TO THE QUESTION RAISED BY LOCAL UNION 41 ON THE
    RECORD, THE COMMITTEE SPECIFICALLY FINDS THAT ARTICLE 43, SECTION 1
    OF THE CENTRAL STATES OVER-THE-ROAD AND LOCAL CARTAGE SUPPLEMENTS
    SHALL APPLY IN DETERMINING THE RECALL RIGHTS OF LAID-OFF EMPLOYEES.
10. INTERLINING SHALL BE HANDLED AS FOLLOWS:

    A.  WHERE BOTH ABF AND CAROLINA FREIGHT CARRIERS/RED ARROW ARE
        INTERLINING TO SERVICE AN AREA, ABF MAY CONTINUE TO INTERLINE.

    B.  WHERE ABF IS PRESENTLY SERVICING AN AREA WITH ITS OWN
        EMPLOYEES AND CAROLINA FREIGHT CARRIERS/RED ARROW ARE
        INTERLINING INTO THAT AREA, ABF SHALL CONTINUE TO SERVICE
        THE AREA WITH ITS OWN EMPLOYEES.

    C.  WHERE ABF IS PRESENTLY INTERLINING TO SERVICE AN AREA, AND
        CAROLINA FREIGHT CARRIERS/RED ARROW ARE SERVICING THAT AREA
        WITH THEIR OWN EMPLOYEES, ABF SHALL SERVICE THE AREA WITH
        ITS OWN EMPLOYEES.

    D.  ABF AND THE LOCAL UNIONS SHALL MEET TO RESOLVE ANY DISPUTES
        ABOUT WHETHER INTERLINING IS JUSTIFIED IN THE SITUATIONS
        OUTLINED ABOVE.  IF THE PARTIES FAIL TO RESOLVE THEIR
        DIFFERENCES, THE DISPUTE WILL BE RESOLVED THROUGH THE
        GRIEVANCE PROCEDURE.  UNTIL THERE IS A FINAL DISPOSITION OF

TITAN ELECTRONIC MAIL

```
DATE.  09/19/95
TIME.  15.37 EST
TO.    LCL/TERM-ID 373
FROM.  LCL/TERM-ID TPI                TPI1
FOR.   PRINCIPAL OFFICER
PAGE   005     MSG NMBR 431
```

THE GRIEVANCE, INTERLINING SHALL CONTINUE IN SITUATIONS OUTLINED IN SUB-PARAGRAPH A, ABOVE, AND SHALL BE PROHIBITED IN SITUATIONS OUTLINED IN SUBPARAGRAPHS B AND C, ABOVE.

E.  WHERE ABF PROVIDED LOCAL CARTAGE SERVICE WITHIN A CITY WITH LOCAL CARTAGE/DRAYAGE SUBCONTRACTORS, AND CAROLINA FREIGHT CARRIERS/RED ARROW SERVICED THAT CITY WITH THEIR OWN EMPLOYEES, ABF SHALL SERVICE THE AREA SOLELY WITH ITS OWN EMPLOYEES, INCLUDING BUT NOT LIMITED TO THE AREA CURRENTLY SERVICED BY LOCAL UNION 707.

11.  THE COMMITTEE FINDS WITH REGARD TO THE CINCINNATI, FLORENCE, AND DAYTON TERMINALS, THE FOLLOWING SHALL APPLY:

THE CAROLINA, FLORENCE, AND CINCINNATI TERMINAL SENIORITY LISTS SHALL BE DOVETAILED IN ACCORDANCE WITH CURRENT BIDDING SENIORITY.

DURING THE WINDOW PERIOD, THE FIRST THIRTEEN (13) POSITIONS ADDED TO THE DAYTON SENIORITY LIST SHALL BE OFFERED IN LINE OF SENIORITY TO THE CINCINNATI TERMINAL SENIORITY LIST AND THE SUCCESSFUL BIDDERS SHALL BE DOVETAILED.

12.  THE COMMITTEE FINDS THAT THE ABF INTERMODAL DECISION IN CASE NO. MR-ICO-1-6/95 WAS BASED ON ABF'S PRESENT AND PROPOSED INTERMODAL OPERATIONS AT THE TIME OF THE INTERMODAL HEARING, WHICH OCCURRED BEFORE THE MERGER INVOLVED IN THIS CHANGE OF OPERATIONS.  THEREFORE, THE COMMITTEE REFERS TO THE NATIONAL INTERMODAL COMMITTEE THE QUESTION OF WHETHER THE CHANGE OF OPERATIONS APPROVED BY THE COMMITTEE IN THIS DECISION AFFECTS THE TERMS OF THE INTERMODAL DECISION IN CASE NO. MR-ICO-1-6/95, AND IF SO, WHAT MODIFICATIONS SHOULD BE MADE.

AS LONG AS ANY DISPLACED ROAD DRIVER IS ON INVOLUNTARY LAYOFF STATUS AT DALLAS, TX, THE RESTRICTIONS OF ARTICLE 29, SECTION 1 OF THE NMFA (CLEAN AND DIRTY RULE) SHALL REPLACE THE RAILING AUTHORITY OF ARTICLE 29, SECTION 3 OF THE NMFA.

THE PROVISIONS OF ARTICLE 29, SECTION 1 SHALL APPLY TO ABF'S NEW CHICAGO ROAD DOMICILE.

13.  THE COMMITTEE EXPRESSLY DISAPPROVES ABF'S PROPOSAL TO USE VENDORS TO PERFORM MAINTENANCE WORK WITH MAINTENANCE BARGAINING UNIT EMPLOYEES ON INVOLUNTARY LAYOFF STATUS.  THE APPLICABLE COLLECTIVE BARGAINING AGREEMENT OPERATIVE AT THE TIME OF THE CHANGE OF OPERATIONS SHALL CONTINUE IN EFFECT, INCLUDING THE CONTRACT'S SUBCONTRACTING PROVISIONS.

14.  ABF SHALL PROTECT THE CAROTRANS WORK OPPORTUNITY PRESENTLY PERFORMED BY CAROLINA AT JACKSONVILLE, MIAMI, AND HOUSTON WITH ABF BARGAINING UNIT EMPLOYEES.

15.  AS LONG AS ANY DISPLACED OVER-THE-ROAD DRIVER IS ON INVOLUNTARY

TITAN ELECTRONIC MAIL

DATE. 09/19/95
TIME. 15.37 EST
TO.   LCL/TERM-ID 373
FROM. LCL/TERM-ID TPI                    TPI1
FOR.  PRINCIPAL OFFICER
PAGE  006   MSG NMBR 431

LAYOFF STATUS AS A RESULT OF THIS CHANGE OF OPERATIONS, THE
COMPANY, ONLY TO THE EXTENT ALLOWED BY AN APPLICABLE SUPPLEMENTAL
AGREEMENT, MAY USE CITY DRIVERS TO RUN THE ROAD, BUT ONLY AT
ESTABLISHED ROAD DOMICILES.  THIS PRACTICE SHALL NOT VIOLATE THE
ESTABLISHED ORDER OF CALL AT THE APPLICABLE ROAD DOMICILE.

16.  EMPLOYEES WHO HAVE BEEN DISCHARGED, AND WHOSE DISCHARGE IS PENDING
     ADJUDICATION UNDER THE GRIEVANCE PROCEDURE, SHALL BE OFFERED
     THE OPPORTUNITY TO BID.

17.  UNION AND NON-UNION OFFICE EMPLOYEES SHALL BE DOVETAILED AS SET
     OUT IN PARAGRAPH 1 OF THIS DECISION.  THE UNION EMPLOYEES SHALL
     CONTINUE TO BE COVERED BY ALL PROVISIONS OF THEIR RESPECTIVE
     COLLECTIVE BARGAINING AGREEMENTS, INCLUDING BUT NOT LIMITED TO,
     WAGES AND BENEFITS.  IN ANY CASE WHERE A FUND WILL NOT ACCEPT
     CONTRIBUTIONS FROM ABF FOR UNION EMPLOYEES, THE COMMITTEE WILL
     DETERMINE THE STEPS NECESSARY TO ASSURE THAT ABF PROVIDES BENEFITS
     EQUIVALENT TO THOSE PROVIDED TO SUCH EMPLOYEES BEFORE TRANSFER.

18.  DOCK EMPLOYEES WHO ARE ADVERSELY AFFECTED BY THIS CHANGE OF
     OPERATIONS AND MUST BE CDL QUALIFIED IN ORDER TO TRANSFER AND
     ELECT TO BID, SHALL BE PROVIDED A 60-DAY PERIOD, COMMENCING
     SEPTEMBER 19, 1995, DURING WHICH PERIOD SUCH EMPLOYEES WILL
     EITHER BECOME CDL QUALIFIED OR FORFEIT ANY RIGHTS TO FILL THE BID
     UNDER THIS DECISION.  DURING THIS PERIOD, ABF IS INSTRUCTED TO
     PROVIDE ADEQUATE EQUIPMENT AND TRAINING PERSONNEL TO COMPLY WITH
     THIS PARAGRAPH.

19.  AS A RESULT OF LOCAL 25'S HAVING ATTAINED BARGAINING UNIT
     JURISDICTION AT THE BURLINGTON, MASSACHUSETTS FACILITY, WHICH
     RESULTS IN TWO FACILITIES BEING UNDER LOCAL UNION 25'S
     JURISDICTION, THE PROVISIONS OF ARTICLE 43, SECTION 1(A) OF THE
     CURRENT NEW ENGLAND SUPPLEMENTAL FREIGHT AGREEMENT SHALL APPLY.

20.  THE COMMITTEE DIRECTS ABF TO GIVE THE LOCAL UNIONS FULL DETAILS
     CONCERNING ANY 401(K) PLAN COVERING CAROLINA FREIGHT CARRIERS OR
     RED ARROW EMPLOYEES AND TO KEEP IN EFFECT ANY SUCH PLAN, UNTIL
     ABF ESTABLISHES AN EQUIVALENT PLAN.  THE COMMITTEE ALSO DIRECTS
     ABF TO PROVIDE THE LOCAL UNIONS FULL DETAILS REGARDING THE
     PRIOR PENSION PLAN FOR RED ARROW EMPLOYEES.

21.  THE REQUEST OF LOCAL UNION 200 TO ALLOW A MEMBER TO EXERCISE
     COMPANY SENIORITY IS DENIED.

22.  THE ISSUED RAISED BY LOCAL UNION 61 REGARDING THE APPLICABLE
     PEDDLE RADIUS FOR CITY DRIVERS (50 OR 75 MILES) IS REFERRED TO
     THE PARTIES FOR RESOLUTION.  ANY DIFFERENCES WILL BE RESOLVED
     THROUGH THE GRIEVANCE PROCEDURE.

23.  ABF'S REQUEST FOR A TRIAL PERIOD TO DETERMINE FREIGHT FLOW FOR
     BIDDING PURPOSES IS REFERRED BACK TO THE LOCAL UNIONS AND ABF

TITAN ELECTRONIC MAIL

DATE. 09/19/95
TIME. 15.37 EST
TO. LCL/TERM-ID 373
FROM. LCL/TERM-ID TPI                    TPI1
FOR. PRINCIPAL OFFICER
PAGE  007     MSG NMBR 431

FOR RESOLUTION, WITH BIDS TO BE POSTED WITHIN 60 DAYS OF
IMPLEMENTATION, OR SOONER WHEREVER POSSIBLE.

24.  THE COMMITTEE FINDS THAT THERE ARE NO CIRCUMSTANCES THAT WOULD
     ALLOW ANY EMPLOYEE WHO HAD RELOCATED UNDER A PREVIOUS CHANGE OF
     OPERATIONS DECISION OR UNDER THE PROVISIONS OF ARTICLE 5,
     SECTION 5 OF THE NMFA TO RETREAT TO THE EMPLOYEE'S FORMER
     TERMINAL/DOMICILE.  ACCORDINGLY, THE REQUESTS BY THE VARIOUS
     LOCAL UNIONS TO ALLOW EMPLOYEES TO RETREAT ARE SPECIFICALLY
     DENIED.

25.  THIS CHANGE OF OPERATIONS MAY BE IMPLEMENTED NO SOONER THAN
     SEPTEMBER 25, 1995.

26.  THIS MULTI-REGION CHANGE OF OPERATIONS COMMITTEE SHALL RETAIN
     JURISDICTION ON ALL ISSUES THAT MAY ARISE UNDER THIS DECISION
     DURING THE TERM OF THE CONTRACT.  ALL GRIEVANCES SHALL BE FILED
     WITH THE APPROPRIATE REGIONAL JOINT AREA COMMITTEE, TO BE HEARD
     BY THE MULTI-REGION CHANGE OF OPERATIONS COMMITTEE.

PLEASE SEND ACKNOWLEDGMENT OF THIS MESSAGE BY TITAN (TITAN TERMINAL
ADDRESS:  IUFI: OR FACSIMILE ....  202/624-8722).

FRATERNALLY,

DENNIS C. SKELTON, DIRECTOR
NATIONAL FREIGHT DIVISION
CC: - RON CAREY, CHAIRMAN, TNFINC
     - CHUCK PISCITELLO, ASSISTANT DIRECTOR, NATIONAL FREIGHT DIVISION
     - FRANK BUSALACCHI, ACTING REGIONAL FREIGHT COORDINATOR
       CENTRAL REGION OF TEAMSTERS, C/O TEAMSTERS LOCAL UNION NO. 200
     - DANIEL W. SCHMIDT, REPRESENTATIVE, EASTERN REGION OF TEAMSTERS
     - FRANK HOPKINS, REGIONAL FREIGHT DIVISION COORDINATOR,
       SOUTHERN REGION OF TEAMSTERS, C/O ANNIE HOPKINS, SECRETARY, LOCAL
       UNION NO. 519
     - JIM ROBERTS, REGIONAL FREIGHT DIVISION COORDINATOR
       WESTERN REGION OF TEAMSTERS
     - BOB KNOX, THE GENERAL PRESIDENT'S PERSONAL REPRESENTATIVE
       CENTRAL REGION OF TEAMSTERS
     - JAMES A. MCCALL, IBT LEGAL DEPT.
     - RICK BANK, SPECIAL COUNSEL TO THE GENERAL PRESIDENT

## PROPOSED SENIORITY APPLICATION

The following proposal is based on the general principle that employees who are dovetailed on the date of implementation are those who are bringing work load to follow, so that the list into which they dovetail should not be adversely affected based on the current economic levels.

At common terminal points for local cartage operations, the company will ascertain the work load that ABF can reasonably expect to retain at the time of combining employees. ABF will prepare a Master Active List of its employees and will then prepare a Master Active List of the Carolina employees and the Red Arrow employees, and all three lists will be based on the date this change is implemented. The Company will then offer job opportunity at ABF in numbers equivalent to the work load coming to ABF, by seniority, to the applicable Carolina or Red Arrow Master Active List and they shall be dovetailed into the ABF Master Active List. Those employees on the Carolina or Red Arrow Master Active List who are not offered job opportunity due to insufficient work load to transfer shall remain on such Master Active Seniority List and shall be offered work opportunity as it arises and when permanent job opportunity arises they shall be recalled and dovetailed.

The Company will also establish a Master Inactive List comprised of all employees on lay-off at ABF and Carolina or ABF and Red Arrow on the date this change is implemented. After the Master Active List set forth above has been exhausted, all future job opportunities shall be offered, in line of seniority, to the employees on the Master Inactive List and, upon proper recall, they shall be dovetailed into the Master Active List.

At all other ABF locations which involve Carolina or Red Arrow employees, the same general principle shall apply, i.e., only the number of Carolina or Red Arrow employees equivalent to actual work load transferred will be offered to the Carolina or Red Arrow Master Active List on the first day of the combined operations.

The same principle as outlined above shall apply to combining over-the-road seniority lists, office and/or maintenance groups, where appropriate, as well as to transfer opportunity involving any of those respective classifications.

Therefore, as a general rule:

    Where only one (1) of the three (3) companies has a terminal location, the employees at that location will remain as they are. (See Exhibit "A" in the section on local cartage operations.)

    Where there are dual facilities in any one location or area, the aforementioned seniority application will prevail. (See Exhibit "B" in the section on local cartage operations.)

    Where there are apparent exceptions to the general rule, these will be resolved in Exhibit "C" in the section on local cartage operations.

68

8/24/95

## Exhibit "A"
### Employee Analysis (Single)
### Local Cartage

| Terminal | | ABF Freight Active | L/O | Total | Carolina/Red Arrow Active | L/O | Total | Empl. Rqmts. |
|---|---|---|---|---|---|---|---|---|
| ABILENE | TX | 2 | 0 | 2 | | | | 2 |
| AKRON | OH | 19̶8̶ | 0 | 19̶8̶ | | | | 19̶8̶ |
| ALEXANDRIA | LA | 3 | 0 | 3 | | | | 3 |
| AMARILLO | TX | 5 | 0 | 5 | | | | 5 |
| ASHTABULA | OH | 3 | 1 | 4 | | | | 4 |
| BEAUMONT | TX | 5 | 0 | 5 | | | | 5 |
| BENTON HARBOR | MI | 3 | 0 | 3 | | | | 3 |
| BILOXI | MS | 4 | 0 | 4 | | | | 4 |
| BINGHAMPTON | NY | 7 | 0 | 7 | | | | 7 |
| BOWLING GREEN | KY | 3 | 0 | 3 | | | | 3 |
| BROOKLYN PARK | MN | 13 | 0 | 13 | | | | 13 |
| BROWNSVILLE | TX | 4 | 0 | 4 | | | | 4 |
| BRYAN | OH | 3 | 0 | 3 | | | | 3 |
| BUTLER | PA | 4 | 0 | 4 | | | | 4 |
| CADILLAC | MI | 3 | 0 | 3 | | | | 3 |
| CAMP HILL | PA | 96 | 0 | 96 | | | | 62 |
| CANTON | OH | 11 | 2 | 13 | 4 | 0 | 4 | 12 |
| CAPE GIRARDEAU | MO | 8̶5̶ 8 | 0̶ 3 | 8 | | | | 8̶ 5 |
| CARLISLE | PA | 328 | 0 | 328 | | | | 296 |
| CARLLS CORNER | NJ | 1 | 0 | 1 | | | | 1 |
| CEDAR RAPIDS | IA | 8 | 0 | 8 | | | | 8 |
| CHAMPAIGN | IL | 4 | 0 | 4 | | | | 4 |
| CHARLESTON | SC | 5 | 0 | 5 | | | | 5 |
| CHESTER | PA | 21 | 0 | 21 | | | | 21 |
| COLUMBUS | NE | 2 | 0 | 2 | | | | 2 |
| CORPUS CHRISTI | TX | 2 | 0 | 2 | | | | 2 |
| DAYTON | OH | 227 | 0 | 227 | | | | 227 |
| DECATUR | IL | | | | 4 | 2 | 6 | 0 |
| DUBOIS | PA | 4 | 0 | 4 | | | | 4 |
| DULUTH | MN | 2 | 0 | 2 | | | | 2 |
| EAGAN | MN | 20 | 0 | 20 | | | | 20 |
| EAU CLAIRE | WI | 3 | 0 | 3 | | | | 3 |
| EFFINGHAM | IL | 2 | 0 | 2 | | | | 2 |
| EL DORADO | AR | 3 | 0 | 3 | | | | 3 |
| EL PASO | TX | 15 | 0 | 15 | | | | 15 |
| ELGIN | IL | 11 | 0 | 11 | | | | 1̶0̶ 11 |
| ELMIRA | NY | 5 | 0 | 5 | | | | 5 |
| FAIRFIELD | IA | 3 | 1 | 4 | | | | 3 |
| FAIRMONT | WV | 4 | 0 | 4 | | | | 4 |
| FARGO | ND | 3 | 0 | 3 | | | | 3 |
| FAYETTEVILLE | AR | 8 | 0 | 8 | | | | 8 |
| FEDERALSBURG | MD | 5 | 0 | 5 | 5 | 0 | 5 | 5 |
| FLORENCE | KY | | | | 5 | 0 | 5 | 0 |
| FT. SMITH | AR | 11 | 0 | 11 | | | | 11 |
| GRAND ISLAND | NE | 4 | 0 | 4 | | | | 4 |

69

THOMAS VINSON
VICE PRESIDENT

ANDREW C. REILEY
RECORDING SECRETARY

MELVIN HARRIS
TRUSTEE

TERRY L. KING
TRUSTEE

JEANETTE WATERS
TRUSTEE

Local Union No. 776

AFFILIATED WITH THE
International Brotherhood of Teamsters
2552 JEFFERSON STREET
HARRISBURG, PA 17110-2505

THOMAS B. GRIFFITH
PRESIDENT AND BUSINESS AGENT

DALE H. CRUM
SECRETARY TREASURER AND BUSINESS AGENT

BUSINESS AGENTS

JOHN L. FOGLE
CARLOS N. RAMOS, II
CHARLES SHUGHART
GEORGE F. SMART, SR.
RUSSELL A. STEPP
DANIEL A. VIRTUE

October 12, 1995

Dear Carolina Employee:

This letter is important. Please take the time to read it.

Surely you're aware that ABF and Carolina Freight recently merged their operations. Because of that merger, a change of operations was held on September 14/15, 1995.

As a result of the decision from the change of operations committee, the Carolina employees who are laid off at Carlisle, Pa will have certain rights to future work opportunities with ABF. Article 5, Section 5 of the NMFA addresses those rights. Those work opportunities will be offered to laid off Carolina employees in seniority order. However, it is necessary that you notify ABF in writing of your desire to be offered available work.

Enclosed is a form letter and an envelope. If you desire to be offered available work, you must complete the letter and mail it to ABF **as soon as possible.** If you desire, you may also draft your own letter instead of using the form letter. It is your choice to send the letter via regular mail or certified mail. In either case, I suggest that you keep a copy of the letter as your file copy.

You should mail the letter to ABF today. On October 16, 1995, the Company will begin compiling the list of employees who desire available work.

If you have any questions, please feel welcome to contact us.

Sincerely,

Charles Shughart
Business Agent

TELEPHONE (717) 233-8766
(800) 692-6280

BOIRE    NORMAN    T
(last)    (first)    (m.i.)

7/0 CHARLES RD
street /P.O. Box

DAUPHIN    PA    17018
(city)    (state)    (zip)

717.921.8605    106.32.7194
(home phone)    (social security #)

10/19/95
(date)

Steve Walters, Terminal Manager
ABF Freight Systems
P.O. Box 1925
New Kingstown, Pa 17072

Ref:    Employment opportunities under Article 5, Section 5 of the NMFA

Dear Mr. Walters:

I am interested in available work at the below areas:  (Mark only one block).

    [X]    Carlisle/Camp Hill, Pa only
    [ ]    All terminals in ABF's system

I am a qualified:    [X]    Road Driver
                [ ]    Jockey
                [ ]    Dockworker

Sincerely,

(Signature)

(Mail to ABF at above address.)

71



## EASTERN REGION JOINT AREA COMMITTEE

Established in accordance with the terms and conditions of the National Master Freight Agreement and the CENT. PA Supplemental Agreement, entered into by and between the Local Union and carriers engaged in City Pickup and Delivery and/or Over-the-Road Freight Operations.

DOCKET NO. C-149-00

IN THE MATTER OF THE DISPUTE BETWEEN

TEAMSTERS LOCAL NO. 776
HARRISBURG, PA

SUBMISSION FORM

and

ABF FREIGHT SYSTEM, INC.

We, the undersigned, parties to the National Master Freight Agreement and the CENT. PA Supplemental Agreement, hereby agree to submit the dispute to arbitration under the Rules of Procedure prescribed by the Eastern Region Joint Area Committee, by virtue of its authority, as set forth in Article 43 and     of the CENT. PA Supplemental Agreement, the following:

On behalf of Rickey Bechtel, Union alleges violation of Article 5; requesting grievant be returned to proper seniority with all lost wages, benefits.

The undersigned further agree that a majority decision of the Eastern Region Joint Area Committee in the above dispute will be final, conclusive and binding with no appeal and, further, that neither party will attempt through any overt acts, to void the decision rendered.

The undersigned also agree that failure to comply with the decision of a majority of the Committee within ten (10) days of the date of the decision will result in the loss of all contract rights, privileges and benefits due them under Article 43 of the CENT. PA Supplemental Agreement.

Date          July 25, 2000

Employer     ABF FREIGHT SYSTEM, INC.          Local Union   776

Signed by    Steven J. Froias, Labor Rels.          Signed by      Charles Shughart, B. A.

## DECISION

The Panel, in executive session, motion made, seconded and carried that this case is referred to the National Multi-Region Change of Operations Violations Committee. Cost split.

R. L. SCHAEFFER                          NICHOLAS PICARELLO
Employer Co-Secretary                    Union Co-Secretary

JULY 25, 2000                            JULY 25, 2000
Date                                     Date

72

Gentlemen,

In review of the facts, which were presented here, I would like to summarize what we have discussed. First of all, I have a paper from ABF stating that I declined work elsewhere and would remain laid off a Carlisle, PA ~~[illegible]~~ Second, contractually, I have recall rights for 5 years from date of lay off which was still in effect when I addressed this situation. I was made aware of this situation on February 18, 2000 and immediately proceeded to file this grievance. When the grievance was heard at the local level, it was at that point that I was made aware that ABF had hired employees on the local side as far back as 1998 so then I proceeded to send a letter to Mr. Schugart and requested a copy of the April, 2000 seniority list from ABF Freight at the Carlisle, Pa terminal. ~~This is a copy of the seniority list that makes the list up.~~ There is something else that is very important in rendering a decision on this case and that is this document ~~[illegible]~~ which states that the United States court of appeals for the Fourth District heard this case involving this same situation on seniority where the ABF employees had filed against the Carolina Employees claiming the employees from Carolina should not "DOVETAIL", however the Fourth District Court argued the case on October 28, 1998 and rendered a decision on the case on December 29, 1999. It was docketed under the title of George, it al v Ron Carey. The judges who heard the case were Wilkinson, Chief Judge, and Luttig and Motz, Circuit Judges. These judges made the decision that the Carolina Employees will be DOVETAILED into their seniority positions.

In closing, gentlemen, I ask that you review all the facts present here and make a decision in favor of me the grievant and I be placed back to work on the local side at ABF Freight at Carlisle, PA with my original seniority date of February 01, 1986 and for any money due me.

Thank you for your time.



73

RICKEY A BECHTEL
2072 LOCUST LANE
HUMMELSTOWN    PA 17036

# Earnings Statement

CAROLINA FREIGHT CARRIERS CORPORAT
1201 EAST CHURCH STREET
CHERRYVILLE, NC 28021-0697

| | Period End | Pay Date | Check Number |
|---|---|---|---|
| | 05/27/95 | 06/08/95 | 9149533 |

| | Federal | State | Local | Location |
|---|---|---|---|---|
| Social Security Number | Taxable Marital Status: | S | S | S | CF1039 |
| 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 | Number of Exemptions: | 0 | 0 | 0 | |

| Earnings | Rate | Hours | This Period | Year to Date |
|---|---|---|---|---|
| ADV VACATIO | 17.7200 | 135.00 | 2,392.20 | 2,392.20 |
| BIRTHDAY | | | | 139.36 |
| CHRSTMAS DA | | | | 278.72 |
| JURY DUTY | | | | 696.80 |
| NEW YEAR DA | | | | 139.36 |
| PERSONAL DA | 17.7200 | 24.00 | 425.28 | 425.28 |
| WORK | | | | 7,525.44 |

| Deductions | This Period | Year to Date |
|---|---|---|
| CARLISLE | 28.17 | 115.9 |
| FIT | 516.40 | 2,168.5 |
| MEDCARE | 40.85 | 168.1 |
| OASDI | 174.68 | 719.0 |
| SDI42 | 3.10 | 12.7 |
| SIT42 | 78.88 | 324.6 |
| CARL. TAX | | 10.0 |
| NATIONAL DR | 1.00 | 15.0 |
| UNION DUES | | 144.0 |

| Totals | Gross Pay | Taxable Wages | Taxes | Deductions | Net Pa |
|---|---|---|---|---|---|
| This Period | $2,817.48 | $2,817.48 | $842.08 | $1.00 | $1,974.4 |
| Year to Date | $11,597.16 | $11,597.16 | $3,509.10 | $169.00 | $7,919.0 |

CF1039
RICKEY A BECHTEL
2072 LOCUST LANE
HUMMELSTOWN    PA 17036

74

TEAMSTERS LOCAL 776

VS

ABF FREIGHT SYSTEMS

Grievance 94532
(Thomas Schildt)

Gentlemen of the Committee:

Grievance number 94532 reads as follows:

*I am filing this grievance due to the fact that I am a laid off ABF employee at Carlisle, PA (see attached letter marked Exhibit A). It has come to my attention that ABF is hiring at the Carlisle, PA terminal and I am filing this because I have not been contacted for any available work opportunities. Under the National Master Freight Agreement that was in effect in 1995 when I was laid off, Article # 5, Section # 2 states that "If additional employees are required after the active list is exhausted, they shall be recalled from such inactive seniority roster and after recall, such employees shall be "dovetailed" into the active seniority roster with their continuous classification (road or city) seniority dates they are currently exercising which shall then be exercised for all purposes".* (Exhibit 1)

Note: The grievant amended the grievance by letter dated April 10, 2000 to include a claim for "all monies due" (Exhibit 2).

The grievant was a full-time dock employee with Carolina Freight at the Carlisle, Pennsylvania breakbulk terminal.  His seniority date was January 11, 1988.  In May, 1995, Carolina Freight Carriers terminated their breakbulk operations at the Carlisle, Pennsylvania terminal.  All remaining employees not previously laid-off were placed on layoff status.

On July 10, 1995, it was announced that ABF Freight Carriers, Inc would acquire Carolina Freight Carriers and Red Arrow Freight Lines.  On September 14 and 15, 1995, the issues concerning the change of operations were presented at a meeting held in Chicago.  At the change of operations, Local 776 addressed concerns about the previously laid off employees at the Carolina terminal at Carlisle (Exhibit 3).

Mr. Schildt has filed this grievance, claiming that ABF is violating the term of Article 5, Section 2 (of the 94 - 98 NMFA).  That language reads as follows:

> *In addition, the inactive seniority rosters (employees who are on letter of layoff) shall be similarly "dovetailed" by appropriate classification.  If additional employees are required after the active list is exhausted, they shall be recalled from such inactive seniority roster and after recall such employees shall be "dovetailed" into the active seniority roster with their continuous classification (road or city) seniority dates they are currently exercising which shall then be exercised for all purposes.  Seniority rosters previously combining job classifications shall be continued unless otherwise agreed.*

Obviously, Mr. Schildt was on a letter of layoff from Carolina Freight at the time the ABF merger / acquisition took place. When that occurred, it would seem that ABF assumed the debts, liabilities and contractual obligations previously held by Carolina Freight. One aspect of those contractual obligations is the recall rights of Carolina employees who were previously placed in layoff status by Carolina. As such, Mr. Schildt should by entitled to recall rights under Article 5, Section 2.

Should there be any question that Mr. Schildt was on layoff from ABF, the attached letter (Exhibit 4) clearly indicates his layoff status. It reads in part:

> *This letter is to confirm that you elected to decline the job offer and to remain in **layoff** status at Carlisle, PA*

Attached is a copy of a seniority list from the ABF at Carlisle, Pennsylvania (Exhibit 5). As can be determined from the list, ABF has hired 84 employees who have a seniority date of April, 1999 or later. Approximately 30 of those individuals work in the dock / local classification.

In view of the clear and undisputable facts related to this grievance, we respectfully request that the Committee uphold the claim of the grievant.

Respectfully Submitted

Charles Shughart
Business Agent

# EXHIBIT #4

THOMAS M SCHILDT
5486 BEAGLE ROAD
ELIZABETHTOWN    PA 17022

## Earnings Statement

| Period End | Pay Date | Check Number |
| --- | --- | --- |
| 03/18/95 | 03/30/95 | 9085846 |

CAROLINA FREIGHT CARRIERS CORPORAT
1201 EAST CHURCH STREET
CHERRYVILLE, NC 28021-0697

| Social Security Number | Taxable Marital Status: | Federal | State | Local | Location |
| --- | --- | --- | --- | --- | --- |
| 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 | Number of Exemptions: | M | M | M | CF1039 |
| | | 3 | 3 | 3 | |

| Earnings | Rate | Hours | This Period | Year to Date |
| --- | --- | --- | --- | --- |
| BIRTHDAY | | | | 139.36 |
| CHRSTMAS DA | | | | 278.72 |
| NEW YEAR DA | | | | 139.36 |
| SICK | | | | 278.72 |
| WORK | 17.4200 | 7.00 | 121.94 | 4,442.10 |

| Deductions | This Period | Year to Date |
| --- | --- | --- |
| CARLISLE | | 52.79 |
| FIT | 1.22 | 452.66 |
| MEDCARE | 1.76 | 76.53 |
| OASDI | 7.56 | 327.25 |
| SDI42 | 0.14 | 5.81 |
| SIT42 | 3.41 | 147.78 |
| CARL. TAX | | 10.00 |
| NATIONAL DR | 1.00 | 9.00 |
| UNION DUES | | 72.00 |

| Totals | Gross Pay | Taxable Wages | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| This Period | $121.94 | $121.94 | $14.09 | $1.00 | $106.85 |
| Year to Date | $5,278.26 | $5,278.26 | $1,062.82 | $91.00 | $4,124.44 |

CF1039
THOMAS M SCHILDT
5486 BEAGLE ROAD
ELIZABETHTOWN    PA 17022

78

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICKEY A. BECHTEL,                          :
                                            :
                          Plaintiff,        :
                                            :
        vs.                                 :
                                            :        No. 1:01-CV-789
DANIEL VIRTUE, Business Agent of the        :
International Brotherhood of Teamsters;      :        Judge Sylvia H. Rambo
INTERNATIONAL BROTHERHOOD OF                 :
TEAMSTERS; LOCAL 776,                        :
INTERNATIONAL BROTHERHOOD OF                 :
TEAMSTERS; and ABF FREIGHT                   :
SYSTEM, INCORPORATED,                        :
                                            :
                        Defendants.  :

## AFFIDAVIT OF CHARLES W. SHUGHART

COMMONWEALTH OF PENNSYLVANIA          )
                                      )        ss:
COUNTY OF DAUPHIN                     )

Before me, the undersigned authority, personally appeared Charles W.

Shughart, who, being first duly sworn by me according to law, did depose and state

as follows:

1.    I am, and have been at all times relevant to the issues raised in Plaintiff's Complaint, the Business Agent for Teamsters Local Union No. 776.

2.    Mr. Bechtel worked at Carolina Freight's Carlisle facility through the date of Plaintiff's layoff, which date was on or about May 21, 1995.

3.    On or about May 21, 1995, Carolina Freight closed its Carlisle facility, but remained in operation at other Carolina Freight facilities but not in Carlisle.

4.    The employees covered by the National Master Freight Agreement (hereinafter NMFA), including Mr. Bechtel, at Carolina Freight's Carlisle facility were either laid off, or were offered employment at one of Carolina Freight's other facilities.

5.    ABF's parent company purchased Carolina Freight on September 25, 1995 and merged its operations with other companies owned by ABF's parent company.

6.    Mr. Bechtel was a member of Teamsters Local Union No. 776 when he worked at Carolina Freight.

7.    Teamsters Local Union No. 776 represented certain employees of Carolina Freight, including Plaintiff, during their employment at Carolina Freight.

8.    The International Brotherhood of Teamsters (hereinafter IBT) and Daniel Virtue are not parties to the NMFA.  Article 1, Section 2 of the NMFA

2

80

provides, in relevant part: "The Union consists of any Local Union which may become a party to this Agreement and any Supplemental Agreement as hereinafter set forth." A true and accurate copy of Article 1, Section 2 of the NMFA is attached hereto as Exhibit "A".

9.    On October 12, 1995, I wrote a letter to all Carolina Freight employees, including Mr. Bechtel, advising said employees as follows: "As a result of the decision from the Change of Operations Committee, the Carolina employees who are laid off at Carlisle, PA will have certain rights to future work opportunities at ABF. Article 5, Section 5 of the NMFA addresses those rights. Those work opportunities will be offered to laid off Carolina employees in seniority order. However, it is necessary that you notify ABF in writing of your desire to be offered available work." A true and accurate copy of Business Agent Shughart's October 12, 1995 letter and Article 5, Section 5 of the NMFA are attached hereto as Exhibits "B" and "C".

10.    The Change of Operation Committee's decision was circulated on or about September 19, 1995. This decision sets forth how all employment issues involving Carolina employees were to be handled including Mr. Bechtel  A true and accurate copy of the decision is attached hereto as Exhibit "D".

11. On February 20, 2000, Mr. Bechtel filed a grievance grieving that he had not been contacted for any available work opportunities at ABF. A true and accurate copy of Mr. Bechtel's Grievance is attached hereto as Exhibit "E".

12. By letter dated February 29, 2000, I notified Mr. Bechtel that Mr. Bechtel's grievance had been received and forwarded to ABF. A true and accurate copy of Business Agent Shughart's February 29, 2000 letter is attached hereto as Exhibit "F".

13. Grievances falling under Article 1 through 39 of the NMFA follow the following grievance procedure: Traditionally, the Union Representative or Steward meets with the Employer in an attempt to resolve the grievance. If the Employer and the Union Representative or Steward, fail to resolve the matter, the grievance is submitted to the Eastern Region Joint Area Committee. The Eastern Region Joint Area Committee will hear the grievance and either decide the matter or refer such grievances to the Change of Operations Committee when the issue involves such an issue.

Article 8, Section 6 of the NMFA for the period of April 1, 1998 through March 31, 2003 provides in relevant part: The Change of Operations Committee shall have the authority to determine the seniority of the employees affected and such determination shall be final and binding. A

4

true and accurate copy of the relevant provisions of the NMFA is attached hereto as Exhibit "G".

14. On March 29, 2000, I sent correspondence to Mr. Bechtel confirming that Mr. Bechtel's grievance would be discussed at the company level on Wednesday, April 5, 2000 at 9:00 a.m. Mr. Bechtel attended this meeting. A true and accurate copy of Business Agent Shughart's March 29, 2000 letter is attached hereto as Exhibit "H".

15. Mr. Bechtel's grievance was not resolved at the company level and I notified Mr. Bechtel by sending him a carbon copy of my letter to ABF of such in a detailed letter dated April 5, 2000. A true and accurate copy of Business Agent Shughart's April 5, 2000 letter is attached hereto as Exhibit "I".

16. I complied with all of Plaintiff's requests in regard to the instant matter. For instance, on May 17, 2000, Mr. Bechtel addressed a letter to me requesting a seniority list of union employees at ABF in Carlisle and a layoff list of the Carolina Freight employees. A true and accurate copy of Business Agent Shughart's April 5, 2000 letter and Mr. Bechtel's May 17, 2000 letter is attached hereto as Exhibit No. "I" and "J".

17. I responded to the above letter on May 24, 2000 and stated that, although a Carolina Freight list was not likely to be found, the ABF list would be

forwarded to Mr. Bechtel upon my receipt of said list. A true and accurate copy of Business Agent Shughart's May 24, 2000 letter is attached hereto as Exhibit "K".

18.    I requested the seniority list from ABF on May 24, 2000. A true and accurate copy of Business Agent Shughart's May 24, 2000 letter is attached hereto as Exhibit "K".

19.    I received the seniority list on June 5, 2000 and forwarded the list to Mr. Bechtel on June 15, 2000. A true and accurate copy of Business Agent Shughart's June 15, 2000 letter is attached hereto as Exhibit "L".

20.    On June 15, 2000, I notified Mr. Bechtel that Mr. Bechtel's grievance was scheduled to be presented at the Eastern Region Grievance Committee (hereinafter ERGC) during the week of July 24 – 27, 2000. A true and accurate copy of Business Agent Shughart's June 15, 2000 letter is attached hereto as Exhibit "L".

21.    In preparation for this hearing, I met with Mr. Bechtel on two separate occasions to review the brief that was to be presented to the ERGC. Mr. Bechtel provided input and changes were made to my brief with Mr. Bechtel's approval.

22.   I also sent Mr. Bechtel a copy of my ERGC brief on July 18, 2000 for any final revisions by Mr. Bechtel.  A true and accurate copy of Business Agent Shughart's July 18, 2000 letter is attached hereto as Exhibit "M".

23.   Mr. Bechtel approved the brief and indicated that he was pleased with the brief.

24.   Mr. Bechtel's case was heard before the ERGC on July 25, 2000, at which time, the ERGC referred Mr. Bechtel's case to the Change of Operations Committee.  Mr. Bechtel attended the Change of Operations Committee hearing.

25.   On September 26, 2000, I advised Mr. Bechtel that Mr. Bechtel's grievance would be presented to the Change of Operations Committee on October 26 – 27, 2000.   A true and accurate copy of Business Agent Shughart's September 26, 2000 letter is attached hereto as Exhibit "N".

26.   On October 27, 2000, I presented Mr. Bechtel's grievance to the Change of Operations Committee.  Mr. Bechtel was present and testified on his own behalf.

27.   Thereafter, the Change of Operations Committee denied Mr. Bechtel's grievance.

28.   Mr. Bechtel attended each hearing and Mr. Bechtel was given a full opportunity to be heard at each hearing.

29.   In reply to Mr. Bechtel's request of December 6, 2000 to appeal the Change of Operations Committee's decision, I notified Mr. Bechtel by letter dated December 28, 2000 that the decision issued by the Change of Operations Committee was final and that the grievance procedure does not provide for the appeal of a decision that is issued by a majority of the Committee member.  A true and accurate copy of Business Agent Shughart's December 28, 2000 letter is attached hereto as Exhibit "O".

30.   Each of the averments contained in this Affidavit are based upon my direct personal knowledge of the events in questions.


_____
CHARLES SHUGHART


SWORN and Subscribed to
and before me this 15th
day of April, 2002.


_____
Notary Public

```
NOTARIAL SEAL
LINDA WITMER, Notary Public
Harrisburg, Dauphin County, PA
My Commission Expires 03-20-2004
```

8                                     86



# ARTICLE 1.
## PARTIES TO THE AGREEMENT

### Section 1. Employers Covered

The Employer consists of Associations, members of Associations who have given authorization to the Associations to represent them in the negotiation and/or execution of this Agreement and Supplemental Agreements, and individual Employers who become signator to this Agreement and Supplemental Agreements as hereinafter set forth. The signator Associations enter into this Agreement and Supplemental Agreements as hereinafter set forth. The signator Associations represent that they are duly authorized to enter into this Agreement and Supplemental Agreements on behalf of their members under and as limited by their authorizations as submitted prior to negotiations.

### Section 2. Unions Covered

The Union consists of any Local Union which may become a party to this Agreement and any Supplemental Agreement as hereinafter set forth. Such Local Unions are hereinafter designated as "Local Union." In addition to such Local Unions, the Teamsters National Freight Industry Negotiating Committee representing Local Unions affiliated with the International Brotherhood of Teamsters, hereinafter referred to as the "National Union Committee," is also a party to this Agreement and the agreements supplemental hereto.

### Section 3. Transfer of Company Title or Interest

The Employer's obligations under this Agreement including Supplements shall be binding upon its successors, administrators, executors and assigns. The Employer agrees that the obligations of this Agreement shall be included in the agreement of sale, transfer or assignment of the business. In the event an entire active or inactive operation, or a portion thereof, or rights only, are sold, leased, transferred or taken over by sale, transfer, lease, assignment, receivership or bankruptcy proceedings, such operation or use of rights shall continue to be subject to the terms and conditions of this Agreement for the life thereof. Transactions covered by this provision include stock sales or exchanges, mergers, consolidations, spin-offs or any other method by which a business is transferred.

2

EXHIBIT
"A"



2

**CHAUFFEURS, TEAMSTERS AND HELPERS**
Local Union No. 776

THOMAS VINSON
VICE PRESIDENT

ANDREW C. REILEY
RECORDING SECRETARY

MELVIN HARRIS
TRUSTEE

TERRY L. KING
TRUSTEE

JEANETTE WATERS
TRUSTEE

AFFILIATED WITH THE

International Brotherhood of Teamsters
2552 JEFFERSON STREET
HARRISBURG, PA 17110-2505

THOMAS B. GRIFFITH
PRESIDENT AND BUSINESS AGENT

DALE H. CRUM
SECRETARY TREASURER AND BUSINESS AGENT

BUSINESS AGENTS

JOHN L. FOGLE
CARLOS N. RAMOS, II
CHARLES SHUGHART
GEORGE F. SMADT, SR.
RUSSELL A. STEPP
DANIEL A. VIRTUE

October 12, 1995

Dear Carolina Employee:

This letter is important. Please take the time to read it.

Surely you're aware that ABF and Carolina Freight recently merged their operations. Because of that merger, a change of operations was held on September 14/15, 1995.

As a result of the decision from the change of operations committee, the Carolina employees who are laid off at Carlisle, Pa will have certain rights to future work opportunities with ABF. Article 5, Section 5 of the NMFA addresses those rights. Those work opportunities will be offered to laid off Carolina employees in seniority order. However, it is necessary that you notify ABF in writing of your desire to be offered available work.

Enclosed is a form letter and an envelope. If you desire to be offered available work, you must complete the letter and mail it to ABF **as soon as possible.** If you desire, you may also draft your own letter instead of using the form letter. It is your choice to send the letter via regular mail or certified mail. In either case, I suggest that you keep a copy of the letter as your file copy.

You should mail the letter to ABF today. On October 16, 1995, the Company will begin compiling the list of employees who desire available work.

If you have any questions, please feel welcome to contact us.

Sincerely,

Charles Shughart
Business Agent

88

**EXHIBIT**
**"B"**

TELEPHONE (717) 233-8765

### Article 5, Section 4

### Posting Seniority List

(d) The Employer shall give the Local Union a seniority list at least every six (6) months. The Employer shall also post a seniority list at least once every six (6) months and shall maintain a current seniority roster at the terminal. Protest of any employee's seniority date or position on such list must be made in writing to the Employer within thirty (30) days after such seniority date or position first appears, and if no protests are timely made, the dates and positions posted shall be deemed correct. Any such protest which is timely made may be submitted to the grievance procedure.

## Section 5. Work Opportunity

Over-the-road employees, who are on letter of layoff, shall be given an opportunity to transfer to permanent over-the-road employment (prior to the employment of new hires) occurring at other over-the-road domiciles of the Employer located within the Regional area provided they notify the Employer in writing of their interest in a transfer opportunity. The offer of transfer will be made in the order of continuous over-the-road seniority of the laid-off drivers domiciled within the Regional area. The Employer shall be required to make additional offers of transfer to an employee who has previously rejected a transfer opportunity provided the employee again notifies the Employer in writing of his/her continued interest in additional transfer opportunities. However, the Employer will only be required to make one transfer offer in any six (6) calendar month period. Any employee accepting such offer shall be paid at the employee's applicable rate of pay and shall be placed at the bottom of the seniority board for bidding and layoff purposes, but shall retain company seniority for fringe benefits only. A transferring employee shall pay his/her own moving expenses and shall, upon reporting to such new domicile, be deemed to have relinquished his/her right to return with seniority to the domicile from which he/she transferred. The provisions of this Section shall not supersede an established order of call/hiring in the Supplemental Agreement.

26

EXHIBIT
"C"

TITAN ELECTRONIC MAIL



ATE. 09/19/95
IME. 15.37 EST
O.   LCL/TERM-ID 373
ROM. LCL/TERM-ID TPI              TPI1
OR.  PRINCIPAL OFFICER
AGE  001     MSG NMBR 431


O:  THE PRINCIPAL OFFICERS OF THE FOLLOWING LOCAL UNIONS:

    7, 20, 24, 26, 40, 41, 43, 50, 75, 89, 92, 100, 116, 120, 135,
    147, 160, 164, 200, 215, 236  238, 245, 279, 299, 301, 325, 332,
    339, 346, 364, 371, 377, 406, 407, 413, 414, 460, 534, 544, 554, 563,
    574, 580, 600, 614, 627, 637, 651, 662, 673, 688, 695, 696, 697, 705,
    710, 722, 749, 795, 823, 833, 908, 916, & 957 OF THE CENTRAL REGION

    22, 25, 28, 29, 30, 42, 59, 61, 71, 107, 110, 118, 170, 171,
    175, 182, 191, 229, 249, 251, 294, 312, 317, 340, 355, 375,
    384, 391, 397, 401, 404, 429, 430, 437, 443, 445, 449, 470,
    493, 500, 509, 529, 538, 557, 560, 592, 597, 633, 639, 649,
    653, 671, 676, 677, 687, 693, 701, 707, 764, 771, 773, 776,
    789, 822, & 992 OF THE EASTERN REGION

    5, 79, 217, 270, 373, 385, 390, 402, 480, 512, 515, 519, 523,
    528, 549, 568, 577, 612, 657, 667, 728, 745, 878, 886, 891,
    920, 969, 988, & 991 OF THE SOUTHERN REGION

    961 OF THE WESTERN REGION


E:  ABF FREIGHT SYSTEM, INC. — MULTI-REGION CHANGE OF OPERATIONS
    DECISION IN CASE NO. MR-CO-38-9/95

EAR SISTERS AND BROTHERS:

    FOLLOWING IS THE DECISION RENDERED BY THE MULTI-REGION CHANGE OF
PERATIONS COMMITTEE IN THE ABOVE REFERENCED CASE.  UPON RECEIPT OF THIS
ECISION PLEASE COPY AND DISTRIBUTE TO ALL ABF AND CAROLINA FREIGHT
ORK SITES FOR IMMEDIATE POSTING:

HE MULTI-REGION CHANGE OF OPERATIONS COMMITTEE ADOPTED A MOTION THAT
HE COMPANY'S PROPOSED CHANGE OF OPERATIONS BE APPROVED AS MODIFIED
ND CLARIFIED BY THE COMPANY ON THE RECORD WITH THE FOLLOWING PROVISOS:

-   THIS CHANGE OF OPERATIONS INVOLVES A TRANSACTION WITHIN THE
    MEANING OF ARTICLE 5, SECTION 2(A)-(C) OF THE NMFA:

    A.  THE COMMITTEE DIRECTS THAT, IN ACCORDANCE WITH THE PROVISIONS
        OF ARTICLE 5, SECTION 2(A)-(C), ARTICLE 3, SECTION 3, AND
        ARTICLE 8, SECTION 6(G) OF THE NMFA, THE SENIORITY LISTS AT
        DOMICILES AND TERMINALS AFFECTED BY THIS CHANGE OF OPERATIONS
        SHALL BE GROUPED FOR DOVETAILING AS REFLECTED ON THE EXHIBITS
        CONTAINED IN THE PROPOSED CHANGE OF OPERATIONS, (AS CLARIFIED
        OR CORRECTED ON THE RECORD), AND AS PROVIDED IN ARTICLE 5,
        SECTION 2(C) OF THE NMFA.  DOVETAILING APPLIES TO ALL
        BARGAINING UNIT EMPLOYEES AF[           ] COMBINING OR ELIMINATING

EXHIBIT
"D"

TITA ELECTRONIC MAIL

DATE. Ø9/19/95
TIME. 15.37 EST
TO.  LCL/TERM-ID 373
FROM. LCL/TERM-ID TPI              TPI1
FOR. PRINCIPAL OFFICER
PAGE  ØØ2      MSG NMBR 431

ABF AND CAROLINA FREIGHT CARRIERS/RED ARROW FACILITIES AND
INCLUDES ALL MAINTENANCE AND OFFICE EMPLOYEES. EVERY FACILITY
WHOSE WORK HAS BEEN MERGED WITH THE WORK OF ANOTHER FACILITY
MUST BE GROUPED WITH THAT FACILITY.  THIS PARAGRAPH DOES NOT
APPLY TO LOCAL UNIONS 673, 7Ø5 AND 71Ø (DOCK AND OFFICE),
WHICH ARE NOT SIGNATORY TO THE NMFA.

B.  DOVETAILING SHALL BE ACTIVE TO ACTIVE, INACTIVE TO INACTIVE, BY
CLASSIFICATION.  THOSE EMPLOYEES WHO WERE ON LETTER OF LAYOFF
(OR THE EQUIVALENT THEREOF UNDER THOSE SUPPLEMENTS WHERE
LETTERS OF LAYOFF ARE NOT UTILIZED) ON AUGUST 11, 1995, SHALL
BE CONSIDERED AS INACTIVE FOR THE PURPOSES OF THIS DECISION,
EVEN IF THEY HAVE BEEN USED FOR TEMPORARY WORK OR RECALLED
PRIOR TO THE EFFECTIVE DATE OF THE CHANGE OF OPERATIONS.  ANY
EMPLOYEES LAID OFF AFTER AUGUST 11, 1995, BUT BEFORE THE
EFFECTIVE DATE OF THE CHANGE OF OPERATIONS SHALL BE CONSIDERED
TO BE ACTIVE AND SHALL RETAIN THEIR RESPECTIVE POSITIONS ON
THE DOVETAILED ACTIVE LISTS.  ANY EMPLOYEE ON LONG TERM
DISABILITY SHALL BE CONSIDERED AS ACTIVE IF HIS SENIORITY
DATE WOULD HAVE PUT HIM/HER ON THE ACTIVE LIST.

C.  A MASTER ACTIVE/LAID OFF POOL SHALL BE CREATED AND SHALL
CONSIST OF THOSE OVER-THE-ROAD DRIVERS WHO WERE ACTIVE ON
AUGUST 11, 1995, AT EITHER ABF, CAROLINA OR RED ARROW AND
WHO WERE LAID OFF AS A DIRECT RESULT OF IMPLEMENTATION OF
THIS CHANGE OF OPERATIONS.

A MASTER INACTIVE/LAID OFF POOL SHALL BE CREATED AND SHALL
CONSIST OF THOSE OVER-THE-ROAD DRIVERS WHO WERE IN LAYOFF
STATUS ON AUGUST 11, 1995, AT EITHER ABF, CAROLINA OR RED
ARROW, REGARDLESS OF WHY THEY WERE LAID OFF.

AFTER IMPLEMENTATION, ANY ADDITIONAL JOB OPENINGS AT A ROAD
DOMICILE WHERE EMPLOYEES IN EITHER POOL ARE ON LAYOFF SHALL
BE OFFERED IN LINE OF SENIORITY TO SUCH EMPLOYEES FROM THAT
DOMICILE, FIRST TO EMPLOYEES ON THE MASTER ACTIVE/LAID OFF
POOL AND THEM TO EMPLOYEES ON THE MASTER INACTIVE/LAID OFF
POOL.

JOB OPENINGS AT ANY DOMICILE OTHER THAN WHERE EMPLOYEES ARE
PRESENTLY LAID OFF SHALL BE OFFERED FIRST, DURING THE WINDOW
PERIOD, IN LINE OF SENIORITY TO THOSE EMPLOYEES ON THE MASTER
ACTIVE/LAID OFF POOL AND THEN, IF NOT FILLED, IN LINE OF
SENIORITY TO THOSE EMPLOYEES ON THE MASTER INACTIVE/LAID OFF
POOL.

SUCCESSFUL BIDDERS SHALL RELINQUISH THEIR SENIORITY AT THEIR
PRESENT ROAD DOMICILE UNDER THIS PROVISION AND SHALL BE
DOVETAILED WITH THEIR CURRENT BIDDING SENIORITY DATE AT THE
ROAD DOMICILE THEY BID.  ALL OF THE PROVISIONS OF ARTICLE 8,[91]

TITAN ELECTRONIC MAIL

DATE. 09/19/95
TIME. 15.37 EST
TO.   LCL/TERM-ID 373
FROM. LCL/TERM-ID TPI                    TPI1
FOR.  PRINCIPAL OFFICER
PAGE  003    MSG NMBR 431

SECTION 6 SHALL APPLY TO SUCH TRANSFER.

ANY EMPLOYEE IN EITHER POOL WHO REFUSES THE OFFER OF A WORK
OPPORTUNITY UNDER THIS PROVISION SHALL NOT BE OFFERED A SECOND
OPPORTUNITY TO TRANSFER BUT SHALL REMAIN ON THE LIST ONLY FOR
RECALL TO HIS PRESENT ROAD DOMICILE.

2.  THE WINDOW PERIOD SHALL BE FOR ONE (1) YEAR.  THE COMMITTEE SHALL
RETAIN JURISDICTION TO EXTEND THE WINDOW PERIOD IF CIRCUMSTANCES
WARRANT.  AS STATED BY ABF ON THE RECORD, THE WINDOW PERIOD SHALL
ALSO APPLY TO FULL LOCAL CARTAGE POSITIONS THAT BECOME AVAILABLE
AT LOCATIONS WHERE INSUFFICIENT WORK FOR A FULL POSITION WAS
ORIGINALLY TRANSFERRED AT THE TIME OF IMPLEMENTATION OF THIS
DECISION.  ONLY LOCAL CARTAGE EMPLOYEES FROM THE LOCATION FROM
WHICH THE WORK WAS ORIGINALLY TRANSFERRED SHALL BE ELIGIBLE TO FILL
SUCH POSITIONS.  THE PROVISIONS OF ARTICLE 8, SECTION 6 SHALL
APPLY.

.  PENSION AND HEALTH & WELFARE CONTRIBUTIONS PAID ON BEHALF OF
AN EMPLOYEE TRANSFERRING UNDER THIS DECISION SHALL BE PAID TO THE
FUNDS TO WHICH THE CONTRIBUTIONS WERE MADE PRIOR TO THE
EMPLOYEE'S CHANGE OF DOMICILE.

.  ANY REBIDDING SHALL BE HANDLED BY THE LOCAL UNION AND ABF.

.  SOUTHERN MODIFIED SENIORITY SHALL BE EXCERCISED UPON IMPLEMENTATION
OF THE CHANGE OF OPERATIONS.

.  AN EMPLOYEE REDOMICILING TO AN EASTERN REGION AREA DOMICILE POINT
THAT MAINTAINS A SINGLE SENIORITY BOARD (I.E. COMBINATION ROAD
AND LOCAL) SHALL REMAIN IN THAT JOB CLASSIFICATION WITH WHICH
HE REDOMICILED FOR A PERIOD OF (1) ONE YEAR, UNLESS THE ANNUAL
JOB BID AT THAT DOMICILE TAKES PLACE AT LEAST NINE (9) MONTHS
AFTER REDOMICILE.

7.  THE FOLLOWING PROVISIONS WILL APPLY TO ANY EMPLOYEE LAID-OFF AS
A RESULT OF THIS CHANGE OF OPERATIONS AND TO ANY OTHER EMPLOYEE
CURRENTLY LAID-OFF, AND TO ANY EMPLOYEE LAID OFF AFTER THIS CHANGE
OF OPERATIONS, FOR THE LIFE OF THE 1994-1998 NMFA:

A.  ABF AGREES TO EXTEND THE PROVISIONS OF ARTICLE 5, SECTION 5
OF THE NMFA TO ANY BARGAINING UNIT EMPLOYEE.  ABF ALSO AGREES
TO EXTEND THE RIGHT TO TRANSFER UNDER ARTICLE 5, SECTION 5
OF THE NMFA TO ANY ABF LOCATION IN THE CENTRAL, EASTERN AND
SOUTHERN REGIONS, AS OPPOSED TO WITHIN THE REGIONAL AREA.
TRANSFERS SHALL BE OFFERED ON THE BASIS OF BIDDING SENIORITY,
BY CLASSIFICATION.  THE COMMITTEE APPROVES THESE EXTENSIONS
OF THE PROVISIONS OF ARTICLE 5, SECTION 5, AND AGREES THAT
SUCH EXTENSIONS ARE LIMITED SOLELY TO THIS CHANGE OF
OPERATIONS AND HAVE NO PRECEDENTIAL EFFECT.

92

VIA ELECTRONIC MAIL

```
DATE. 09/19/95
TIME. 15.37 EST
TO.   LCL/TERM-ID 373
FROM. LCL/TERM-ID TPI              TPI1
FOR.  PRINCIPAL OFFICER
PAGE  004      MSG NMBR 431
```

B.  PENSION AND HEALTH & WELFARE CONTRIBUTIONS PAID ON BEHALF
    OF AN EMPLOYEE TRANSFERRING UNDER THIS PARAGRAPH SHALL BE
    PAID TO THE FUNDS TO WHICH THE CONTRIBUTIONS WERE MADE PRIOR
    TO THE EMPLOYEE'S CHANGE OF DOMICILE.

8.  QUALIFIED BIDDERS ON LONG TERM DISABILITY (LTD) AT THE TIME OF ANY
    BID SHALL BE ALLOWED TO BID.  IF SUCCESSFUL LTD BIDDERS ARE UNABLE
    TO CLAIM THEIR BID ON THE DATE OF IMPLEMENTATION, A HOLD-DOWN BID
    WILL BE ALLOWED.  THIS HOLD-DOWN BID WILL BE OFFERED TO THE
    REMAINING ACTIVE EMPLOYEES AT THE LTD'S CURRENT LOCATION AND
    CLASSIFICATION.  THE SUCCESSFUL HOLD-DOWN BIDDER SHALL BE
    DOVETAILED.  WHEN THE LTD RETURNS TO WORK AND CLAIMS HIS BID,
    THE "HOLD-DOWN" EMPLOYEE MAY EITHER REMAIN AT THE HOLD-DOWN
    LOCATION UNDER PROVISIONS OF ARTICLE 5, SECTION 5 WITH A BIDDING
    SENIORITY DATE CONSISTENT WITH THE DATE OF IMPLEMENTATION OF THIS
    CHANGE OF OPERATIONS OR RETURN TO HIS ORIGINAL LOCATION WITH HIS
    ORIGINAL BIDDING SENIORITY DATE.  THE "HOLD-DOWN" EMPLOYEE MAY
    NOT RETURN TO A LOCATION WHERE THE CLASSIFICATION FROM WHICH HE
    BID HAS BEEN ELIMINATED.

    ABF SHALL NOT BE RESPONSIBLE FOR THE MOVING EXPENSES OF THE
    EMPLOYEE FILLING THE HOLD-DOWN BID UNLESS AND UNTIL SUCH TIME
    AS IT IS DETERMINED THAT THE EMPLOYEE ON LTD WILL NEVER BE ABLE
    TO CLAIM HIS BID AND THE HOLD-DOWN BIDDER BECOMES A REGULAR
    PERMANENT EMPLOYEE AT THE HOLD-DOWN LOCATION.

9.  IN RESPONSE TO THE QUESTION RAISED BY LOCAL UNION 41 ON THE
    RECORD, THE COMMITTEE SPECIFICALLY FINDS THAT ARTICLE 43, SECTION 1
    OF THE CENTRAL STATES OVER-THE-ROAD AND LOCAL CARTAGE SUPPLEMENTS
    SHALL APPLY IN DETERMINING THE RECALL RIGHTS OF LAID-OFF EMPLOYEES.

10. INTERLINING SHALL BE HANDLED AS FOLLOWS:

A.  WHERE BOTH ABF AND CAROLINA FREIGHT CARRIERS/RED ARROW ARE
    INTERLINING TO SERVICE AN AREA, ABF MAY CONTINUE TO INTERLINE.

B.  WHERE ABF IS PRESENTLY SERVICING AN AREA WITH ITS OWN
    EMPLOYEES AND CAROLINA FREIGHT CARRIERS/RED ARROW ARE
    INTERLINING INTO THAT AREA, ABF SHALL CONTINUE TO SERVICE
    THE AREA WITH ITS OWN EMPLOYEES.

C.  WHERE ABF IS PRESENTLY INTERLINING TO SERVICE AN AREA, AND
    CAROLINA FREIGHT CARRIERS/RED ARROW ARE SERVICING THAT AREA
    WITH THEIR OWN EMPLOYEES, ABF SHALL SERVICE THE AREA WITH
    ITS OWN EMPLOYEES.

D.  ABF AND THE LOCAL UNIONS SHALL MEET TO RESOLVE ANY DISPUTES
    ABOUT WHETHER INTERLINING IS JUSTIFIED IN THE SITUATIONS
    OUTLINED ABOVE.  IF THE PARTIES FAIL TO RESOLVE THEIR
    DIFFERENCES, THE DISPUTE WILL BE RESOLVED THROUGH THE
    GRIEVANCE PROCEDURE.  UNTIL THERE IS A FINAL DISPOSITION OF

TIT... ELECTRONIC MAIL

```
DATE. 09/19/95
TIME. 15.37 EST
TO.   LCL/TERM-ID 373
FROM. LCL/TERM-ID TPI                    TPI1
FOR.  PRINCIPAL OFFICER
PAGE  005      MSG NMBR 431
```

THE GRIEVANCE, INTERLINING SHALL CONTINUE IN SITUATIONS OUTLINED IN SUB-PARAGRAPH A, ABOVE, AND SHALL BE PROHIBITED IN SITUATIONS OUTLINED IN SUBPARAGRAPHS B AND C, ABOVE.

E.  WHERE ABF PROVIDED LOCAL CARTAGE SERVICE WITHIN A CITY WITH LOCAL CARTAGE/DRAYAGE SUBCONTRACTORS, AND CAROLINA FREIGHT CARRIERS/RED ARROW SERVICED THAT CITY WITH THEIR OWN EMPLOYEES, ABF SHALL SERVICE THE AREA SOLELY WITH ITS OWN EMPLOYEES, INCLUDING BUT NOT LIMITED TO THE AREA CURRENTLY SERVICED BY LOCAL UNION 707.

11.  THE COMMITTEE FINDS WITH REGARD TO THE CINCINNATI, FLORENCE, AND DAYTON TERMINALS, THE FOLLOWING SHALL APPLY:

THE CAROLINA, FLORENCE, AND CINCINNATI TERMINAL SENIORITY LISTS SHALL BE DOVETAILED IN ACCORDANCE WITH CURRENT BIDDING SENIORITY.

DURING THE WINDOW PERIOD, THE FIRST THIRTEEN (13) POSITIONS ADDED TO THE DAYTON SENIORITY LIST SHALL BE OFFERED IN LINE OF SENIORITY TO THE CINCINNATI TERMINAL SENIORITY LIST AND THE SUCCESSFUL BIDDERS SHALL BE DOVETAILED.

12.  THE COMMITTEE FINDS THAT THE ABF INTERMODAL DECISION IN CASE NO. MR-ICO-1-6/95 WAS BASED ON ABF'S PRESENT AND PROPOSED INTERMODAL OPERATIONS AT THE TIME OF THE INTERMODAL HEARING, WHICH OCCURRED BEFORE THE MERGER INVOLVED IN THIS CHANGE OF OPERATIONS. THEREFORE, THE COMMITTEE REFERS TO THE NATIONAL INTERMODAL COMMITTEE THE QUESTION OF WHETHER THE CHANGE OF OPERATIONS APPROVED BY THE COMMITTEE IN THIS DECISION AFFECTS THE TERMS OF THE INTERMODAL DECISION IN CASE NO. MR-ICO-1-6/95, AND IF SO, WHAT MODIFICATIONS SHOULD BE MADE.

AS LONG AS ANY DISPLACED ROAD DRIVER IS ON INVOLUNTARY LAYOFF STATUS AT DALLAS, TX, THE RESTRICTIONS OF ARTICLE 29, SECTION 1 OF THE NMFA (CLEAN AND DIRTY RULE) SHALL REPLACE THE RAILING AUTHORITY OF ARTICLE 29, SECTION 3 OF THE NMFA.

THE PROVISIONS OF ARTICLE 29, SECTION 1 SHALL APPLY TO ABF'S NEW CHICAGO ROAD DOMICILE.

13.  THE COMMITTEE EXPRESSLY DISAPPROVES ABF'S PROPOSAL TO USE VENDORS TO PERFORM MAINTENANCE WORK WITH MAINTENANCE BARGAINING UNIT EMPLOYEES ON INVOLUNTARY LAYOFF STATUS. THE APPLICABLE COLLECTIVE BARGAINING AGREEMENT OPERATIVE AT THE TIME OF THE CHANGE OF OPERATIONS SHALL CONTINUE IN EFFECT, INCLUDING THE CONTRACT'S SUBCONTRACTING PROVISIONS.

14.  ABF SHALL PROTECT THE CAROTRANS WORK OPPORTUNITY PRESENTLY PERFORMED BY CAROLINA AT JACKSONVILLE, MIAMI, AND HOUSTON WITH ABF BARGAINING UNIT EMPLOYEES.

15.  AS LONG AS ANY DISPLACED OVER-THE-ROAD DRIVER IS ON INVOLUNTARY

94

AN ELECTRONIC MAIL

DATE. 09/19/95
TIME. 15.37 EST
TO.    LCL/TERM-ID 373
FROM. LCL/TERM-ID TPI                     TPI1
FOR.   PRINCIPAL OFFICER
PAGE   006    MSG NMBR 431

LAYOFF STATUS AS A RESULT OF THIS CHANGE OF OPERATIONS, THE
COMPANY, ONLY TO THE EXTENT ALLOWED BY AN APPLICABLE SUPPLEMENTAL
AGREEMENT, MAY USE CITY DRIVERS TO RUN THE ROAD, BUT ONLY AT
ESTABLISHED ROAD DOMICILES.  THIS PRACTICE SHALL NOT VIOLATE THE
ESTABLISHED ORDER OF CALL AT THE APPLICABLE ROAD DOMICILE.

16.    EMPLOYEES WHO HAVE BEEN DISCHARGED, AND WHOSE DISCHARGE IS PENDING
       ADJUDICATION UNDER THE GRIEVANCE PROCEDURE, SHALL BE OFFERED
       THE OPPORTUNITY TO BID.

17.    UNION AND NON-UNION OFFICE EMPLOYEES SHALL BE DOVETAILED AS SET
       OUT IN PARAGRAPH 1 OF THIS DECISION.  THE UNION EMPLOYEES SHALL
       CONTINUE TO BE COVERED BY ALL PROVISIONS OF THEIR RESPECTIVE
       COLLECTIVE BARGAINING AGREEMENTS, INCLUDING BUT NOT LIMITED TO,
       WAGES AND BENEFITS.  IN ANY CASE WHERE A FUND WILL NOT ACCEPT
       CONTRIBUTIONS FROM ABF FOR UNION EMPLOYEES, THE COMMITTEE WILL
       DETERMINE THE STEPS NECESSARY TO ASSURE THAT ABF PROVIDES BENEFITS
       EQUIVALENT TO THOSE PROVIDED TO SUCH EMPLOYEES BEFORE TRANSFER.

18.    DOCK EMPLOYEES WHO ARE ADVERSELY AFFECTED BY THIS CHANGE OF
       OPERATIONS AND MUST BE CDL QUALIFIED IN ORDER TO TRANSFER AND
       ELECT TO BID, SHALL BE PROVIDED A 60-DAY PERIOD, COMMENCING
       SEPTEMBER 19. 1995, DURING WHICH PERIOD SUCH EMPLOYEES WILL
       EITHER BECOME CDL QUALIFIED OR FORFEIT ANY RIGHTS TO FILL THE BID
       UNDER THIS DECISION.  DURING THIS PERIOD, ABF IS INSTRUCTED TO
       PROVIDE ADEQUATE EQUIPMENT AND TRAINING PERSONNEL TO COMPLY WITH
       THIS PARAGRAPH.

19.    AS A RESULT OF LOCAL 25'S HAVING ATTAINED BARGAINING UNIT
       JURISDICTION AT THE BURLINGTON, MASSACHUSETTS FACILITY, WHICH
       RESULTS IN TWO FACILITIES BEING UNDER LOCAL UNION 25'S
       JURISDICTION, THE PROVISIONS OF ARTICLE 43, SECTION 1(A) OF THE
       CURRENT NEW ENGLAND SUPPLEMENTAL FREIGHT AGREEMENT SHALL APPLY.

20.    THE COMMITTEE DIRECTS ABF TO GIVE THE LOCAL UNIONS FULL DETAILS
       CONCERNING ANY 401(K) PLAN COVERING CAROLINA FREIGHT CARRIERS OR
       RED ARROW EMPLOYEES AND TO KEEP IN EFFECT ANY SUCH PLAN, UNTIL
       ABF ESTABLISHES AN EQUIVALENT PLAN.  THE COMMITTEE ALSO DIRECTS
       ABF TO PROVIDE THE LOCAL UNIONS FULL DETAILS REGARDING THE
       PRIOR PENSION PLAN FOR RED ARROW EMPLOYEES.

21.    THE REQUEST OF LOCAL UNION 200 TO ALLOW A MEMBER TO EXERCISE
       COMPANY SENIORITY IS DENIED.

22.    THE ISSUED RAISED BY LOCAL UNION 61 REGARDING THE APPLICABLE
       PEDDLE RADIUS FOR CITY DRIVERS (50 OR 75 MILES) IS REFERRED TO
       THE PARTIES FOR RESOLUTION.  ANY DIFFERENCES WILL BE RESOLVED
       THROUGH THE GRIEVANCE PROCEDURE.

23.    ABF'S REQUEST FOR A TRIAL PERIOD TO DETERMINE FREIGHT FLOW FOR
       BIDDING PURPOSES IS REFERRED BACK TO THE LOCAL UNIONS AND ABF

TITAN ELECTRONIC MAIL

DATE. 09/19/95
TIME. 15.37 EST
TO.   LCL/TERM-ID 373
FROM. LCL/TERM-ID TPI              TPI1
FOR.  PRINCIPAL OFFICER
PAGE  007    MSG NMBR 431

FOR RESOLUTION, WITH BIDS TO BE POSTED WITHIN 60 DAYS OF IMPLEMENTATION, OR SOONER WHEREVER POSSIBLE.

24. THE COMMITTEE FINDS THAT THERE ARE NO CIRCUMSTANCES THAT WOULD ALLOW ANY EMPLOYEE WHO HAD RELOCATED UNDER A PREVIOUS CHANGE OF OPERATIONS DECISION OR UNDER THE PROVISIONS OF ARTICLE 5, SECTION 5 OF THE NMFA TO RETREAT TO THE EMPLOYEE'S FORMER TERMINAL/DOMICILE. ACCORDINGLY, THE REQUESTS BY THE VARIOUS LOCAL UNIONS TO ALLOW EMPLOYEES TO RETREAT ARE SPECIFICALLY DENIED.

25. THIS CHANGE OF OPERATIONS MAY BE IMPLEMENTED NO SOONER THAN SEPTEMBER 25, 1995.

26. THIS MULTI-REGION CHANGE OF OPERATIONS COMMITTEE SHALL RETAIN JURISDICTION ON ALL ISSUES THAT MAY ARISE UNDER THIS DECISION DURING THE TERM OF THE CONTRACT. ALL GRIEVANCES SHALL BE FILED WITH THE APPROPRIATE REGIONAL JOINT AREA COMMITTEE, TO BE HEARD BY THE MULTI-REGION CHANGE OF OPERATIONS COMMITTEE.

PLEASE SEND ACKNOWLEDGMENT OF THIS MESSAGE BY TITAN (TITAN TERMINAL ADDRESS: IUFD) OR FACSIMILE (TEL. 202/624-8722).

FRATERNALLY,

DENNIS C. SKELTON, DIRECTOR
NATIONAL FREIGHT DIVISION
CC: - RON CAREY, CHAIRMAN, TNFINC
    - CHUCK PISCITELLO, ASSISTANT DIRECTOR, NATIONAL FREIGHT DIVISION
    - FRANK BUSALACCHI, ACTING REGIONAL FREIGHT COORDINATOR
      CENTRAL REGION OF TEAMSTERS, C/O TEAMSTERS LOCAL UNION NO. 200
    - DANIEL W. SCHMIDT, REPRESENTATIVE, EASTERN REGION OF TEAMSTERS
    - FRANK HOPKINS, REGIONAL FREIGHT DIVISION COORDINATOR,
      SOUTHERN REGION OF TEAMSTERS, C/O ANNIE HOPKINS, SECRETARY, LOCAL
      UNION NO. 519
    - JIM ROBERTS, REGIONAL FREIGHT DIVISION COORDINATOR
      WESTERN REGION OF TEAMSTERS
    - BOB KNOX, THE GENERAL PRESIDENT'S PERSONAL REPRESENTATIVE
      CENTRAL REGION OF TEAMSTERS
    - JAMES A. MCCALL, IBT LEGAL DEPT.
    - RICK BANK, SPECIAL COUNSEL TO THE GENERAL PRESIDENT

## PROPOSED SENIORITY APPLICATION

The following proposal is based on the general principle that employees who are dovetailed on the date of implementation are those who are bringing work load to follow, so that the list into which they dovetail should not be adversely affected based on the current economic levels.

At common terminal points for local cartage operations, the company will ascertain the work load that ABF can reasonably expect to retain at the time of combining employees. ABF will prepare a Master Active List of its employees and will then prepare a Master Active List of the Carolina employees and the Red Arrow employees, and all three lists will be based on the date this change is implemented. The Company will then offer job opportunity at ABF in numbers equivalent to the work load coming to ABF, by seniority, to the applicable Carolina or Red Arrow Master Active List and they shall be dovetailed into the ABF Master Active List. Those employees on the Carolina or Red Arrow Master Active List who are not offered job opportunity due to insufficient work load to transfer shall remain on such Master Active Seniority List and shall be offered work opportunity as it arises and when permanent job opportunity arises they shall be recalled and dovetailed.

The Company will also establish a Master Inactive List comprised of all employees on lay-off at ABF and Carolina or ABF and Red Arrow on the date this change is implemented. After the Master Active List set forth above has been exhausted, all future job opportunities shall be offered, in line of seniority, to the employees on the Master Inactive List and, upon proper recall, they shall be dovetailed into the Master Active List.

At all other ABF locations which involve Carolina or Red Arrow employees, the same general principle shall apply, i.e., only the number of Carolina or Red Arrow employees equivalent to actual work load transferred will be offered to the Carolina or Red Arrow Master Active List on the first day of the combined operations.

The same principle as outlined above shall apply to combining over-the-road seniority lists, office and/or maintenance groups, where appropriate, as well as to transfer opportunity involving any of those respective classifications.

Therefore, as a general rule:

Where only one (1) of the three (3) companies has a terminal location, the employees at that location will remain as they are. (See Exhibit "A" in the section on local cartage operations.)

Where there are dual facilities in any one location or area, the aforementioned seniority application will prevail. (See Exhibit "B" in the section on local cartage operations.)

Where there are apparent exceptions to the general rule, these will be resolved in Exhibit "C" in the section on local cartage operations. 97

8/24/95

## Exhibit "A"
### Employee Analysis (Single)
### Local Cartage

| Terminal | | ABF Freight Active | L/O | Total | Carolina/Red Arrow Active | L/O | Total | Empl. Rqmts. |
|---|---|---|---|---|---|---|---|---|
| ABILENE | TX | 2 | 0 | 2 | | | | 2 |
| AKRON | OH | 19\8 | 0 | 19\8 | | | | 19\8 |
| ALEXANDRIA | LA | 3 | 0 | 3 | | | | 3 |
| AMARILLO | TX | 5 | 0 | 5 | | | | 5 |
| ASHTABULA | OH | 3 | 1 | 4 | | | | 4 |
| BEAUMONT | TX | 5 | 0 | 5 | | | | 5 |
| BENTON HARBOR | MI | 3 | 0 | 3 | | | | 3 |
| BILOXI | MS | 4 | 0 | 4 | | | | 4 |
| BINGHAMPTON | NY | 7 | 0 | 7 | | | | 7 |
| BOWLING GREEN | KY | 3 | 0 | 3 | | | | 3 |
| BROOKLYN PARK | MN | 13 | 0 | 13 | | | | 13 |
| BROWNSVILLE | TX | 4 | 0 | 4 | | | | 4 |
| BRYAN | OH | 3 | 0 | 3 | | | | 3 |
| BUTLER | PA | 4 | 0 | 4 | | | | 4 |
| CADILLAC | MI | 3 | 0 | 3 | | | | 3 |
| CAMP HILL | PA | 96 | 0 | 96 | | | | 62 — EX B |
| CANTON | OH | 11 | 2 | 13 | 4 | 0 | 4 | 12 |
| CAPE GIRARDEAU | MO | 8 6 | 0 3 | 8 | | | | 8 5 |
| CARLISLE | PA | 328 | 0 | 328 | | | | 296 |
| CARLLS CORNER | NJ | 1 | 0 | 1 | | | | 1 |
| CEDAR RAPIDS | IA | 8 | 0 | 8 | | | | 8 |
| CHAMPAIGN | IL | 4 | 0 | 4 | | | | 4 |
| CHARLESTON | SC | 5 | 0 | 5 | | | | 5 |
| CHESTER | PA | 21 | 0 | 21 | | | | 21 |
| COLUMBUS | NE | 2 | 0 | 2 | | | | 2 |
| CORPUS CHRISTI | TX | 2 | 0 | 2 | | | | 2 |
| DAYTON | OH | 227 | 0 | 227 | | | | 227 |
| DECATUR | IL | | | | 4 | 2 | 6 | 0 |
| DUBOIS | PA | 4 | 0 | 4 | | | | 4 |
| DULUTH | MN | 2 | 0 | 2 | | | | 2 |
| EAGAN | MN | 20 | 0 | 20 | | | | 20 |
| EAU CLAIRE | WI | 3 | 0 | 3 | | | | 3 |
| EFFINGHAM | IL | 2 | 0 | 2 | | | | 2 |
| EL DORADO | AR | 3 | 0 | 3 | | | | 3 |
| EL PASO | TX | 15 | 0 | 15 | | | | 15 |
| ELGIN | IL | 11 | 0 | 11 | | | | 10 11 |
| ELMIRA | NY | 5 | 0 | 5 | | | | 5 |
| FAIRFIELD | IA | 3 | 1 | 4 | | | | 3 |
| FAIRMONT | WV | 4 | 0 | 4 | | | | 4 |
| FARGO | ND | 3 | 0 | 3 | | | | 3 |
| FAYETTEVILLE | AR | 8 | 0 | 8 | | | | 8 |
| FEDERALSBURG | MD | 5 | 0 | 5 | 5 | 0 | 5 | 5 — EX B |
| FLORENCE | KY | | | | 5 | 0 | 5 | 0 |
| FT. SMITH | AR | 11 | 0 | 11 | | | | 11 |
| GRAND ISLAND | NE | 4 | 0 | 4 | | | | 4 |

98

# NMFA GRIEVANCE — Teamsters Local 776

94530

Name **Rickey A. Bechtel**    Home Phone 717-566-06  Date of Hire **2-85**

Address **2072 Locust Lane**    City **Hummelstown**  State **PA**  Zip **17036**

Employer **ABF**

Employer's Address _____ **Carlisle**

Road ☑    Dock ☑    Jockey ☑    City ☐    Iron and Steel ☐    Mechanic-Office ☐    Miscellaneous ☐

**IMPORTANT:** It is the responsibility of the member filing this grievance to issue the proper copies to all parties in a timely manner, as per your contract.

Date: **Feb 20, 2000**  8 59

**NATURE OF GRIEVANCE:** I am filing this grievance due to the fact that I am a laid-off ABF employee at Carlisle, Pa. (see attached letter marked exhibit #1). It has come to my attention that ABF is hiring at Carlisle, Pa terminal and I am filing this because I have not been contacted for any available work opportunities. Under the NMFA that was in affect in 1995 when I was laid off Article #5 sectio 2 states that "If additional employees are required after the active list is exhausted, they shall be recalled from such inactive seniority roster and after recall such employees shall be "dovetailed" into the active seniority roster with their continuous classification (Road or city) seniority dates they are currently exercising which shall then be

**STEWARD'S COMMENTS:** ~~currently~~ exercised for all purposes.

Attachments: 1 grievance, 1 exhibit letter, 1 letter requesting written decision from Local 776.

**In accordance with the Grievant's Bill of Rights, I am requesting, in writing, copies of all disciplinary letters, photos and any other documentation pertaining to this grievance.**

*Rickey A Bechtel*
Signature of Member Filing Grievance

Shop Steward

☑ **YOU must check this box if you want to attend the grievance hearings. If you request to be in attendance, YOU WILL NOT be paid for this time.**

**ACTION TAKEN BY BUSINESS AGENT** _____

_____

_____

_____

Date: _____

Signature of Business Agent

1—WHITE—UNION COPY
2—PINK—EMPLOYER
3—BLUE—EMPLOYEE REPORTING GRIEVANCE
4—YELLOW—STEWARD

EXHIBIT "E"

99

**INSTRUCTIONS ON**    **YELLOW SHEET**

PHIL FERRANTE
VICE PRESIDENT
BRAD LINDSAY
RECORDING SECRETARY
HARVEY WHITE
TRUSTEE
MIKE HORD
TRUSTEE
THOMAS VINSON
TRUSTEE

# CHAUFFEURS, TEAMSTERS AND HELPERS
## LOCAL UNION NO. 776
"AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS"

2552 JEFFERSON STREET, HARRISBURG, PA 17110-2505

BUSINESS AGENTS

CARLOS N. RAMOS, II
CHARLES SHUGHART
ROBERT J. SNYDER, JR.
RUSSELL A. STEPP
DANIEL A. VIRTUE

THOMAS B. GRIFFITH
PRESIDENT AND BUSINESS AGENT

JOHN L. FOGLE, II
SECRETARY TREASURER AND BUSINESS AGENT

February 29, 2000

Rickey A. Bechtel
2072 Locust Lane
Hummelstown, PA 17036

Ref:    Grievance 94530

Dear Thomas:

Your above referenced grievance was received.  It has been forwarded to ABF.  I will advise you of any scheduled meetings or hearings regarding the grievance.

Please contact me if you have any questions.

Sincerely,

Charles Shughart
Business Agent

Mailed Feb. 29, 2000
Bonnie Shepler

TELEPHONE (717) 233-8766
(800) 692-6280
FAX (717) 233-6023

EXHIBIT
"F"

100



### Article 8, Section 6

The Employer shall not be responsible for moving expenses if the employee changes his/her residence as a result of voluntary transfer.

None of the Employer obligations set forth in this Subsection (c) - Moving Expenses shall apply to transfers of domiciles within a fifty (50) - mile radius.

## Change of Operations Seniority

(d) The Change of Operations Committee established herein shall have the sole authority to determine questions of the application of seniority in those situations presented to it and in connection therewith the following general rules shall apply, subject, however, to modification as provided by Section 6(g) below:

## Closing, Partial Closing of Terminals-Transfer of Work

(1)a. When branches, terminals, divisions or operations (hereinafter "terminal(s)") are closed or partially closed and the work of such terminal(s) is transferred, in whole or in part, to another terminal(s), the active employees (excluding those employees on letter of layoff) at the closed or partially closed terminal(s) shall have the right to bid into a master seniority roster (road or city) comprised of bidders from the active seniority rosters of closed or partially closed terminal(s) in the order of their continuous classification (road or city) seniority. Continuous classification seniority shall be defined as that seniority which the employee is currently exercising and has not been broken in the manner provided by Article 5, Section 1, or by voluntary changes in domicile not directed, approved or ordered by a Change of Operations Committee. Employees shall bid from the combined master seniority roster into openings at the terminal(s) into which work is being transferred. Employees so transferring shall be "dovetailed" into the appropriate active seniority roster at the new terminal(s) in the order of their continuous classification seniority. Such transfers shall be permitted prior to the recall of laid-off employees at such gaining terminal(s). If and when additional employees are required in excess of those who formed the combined active roster at the point of redomicile, employees on letter of layoff at that location shall be

**47**

EXHIBIT "G"

101

PHIL FERRANTE
VICE PRESIDENT

BRAD LINDSAY
RECORDING SECRETARY

HARVEY WHITE
TRUSTEE

MIKE HORD
TRUSTEE

THOMAS VINSON
TRUSTEE

BUSINESS AGENTS

CARLOS N. RAMOS, II

CHARLES SHUGART

ROBERT J. SNYDER, JR.

RUSSELL A. STEPP

DANIEL A. VIRTUE

# CHAUFFEURS, TEAMSTERS AND HELPERS
## LOCAL UNION NO. 776

• AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS •

2552 JEFFERSON STREET • HARRISBURG, PA 17110-2505

THOMAS B. GRIFFITH
PRESIDENT AND BUSINESS AGENT

JOHN L. FOGLE, II
SECRETARY-TREASURER AND BUSINESS AGENT

March 29, 2000

Rickey A. Bechtel
2072 Locust Lane
Hummelstown, Pa 17036

Ref: Grievance # 94530

This confirms that your above referenced grievance will be discussed at the company level on Wednesday, April 5, 2000 at 9:00 a.m.

The meeting will be held in the conference room at the inbound dock office (Old Smith Terminal).

Contact me if you have any questions.

Fraternally,

Charles W. Shughart /kad

Charles W. Shughart
Business Agent

CWS/kad

*mailed 3/29/00*
*@ 3:40 p.m.*

TELEPHONE 717-233-8766
800-692-6290
FAX: 717-233-6023

EXHIBIT
"H"

102



PHIL FERRANTE
VICE PRESIDENT
BRAD LINDSAY
RECORDING SECRETARY
HARVEY WHITE
TRUSTEE
MIKE HORD
TRUSTEE
THOMAS VINSON
TRUSTEE

# CHAUFFEURS, TEAMSTERS AND HELPERS LOCAL UNION NO. 776

"AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS"

2552 JEFFERSON STREET, HARRISBURG, PA 17110-2505

THOMAS B. GRIFFITH
PRESIDENT AND BUSINESS AGENT

JOHN L. FOGLE, II
SECRETARY TREASURER AND BUSINESS AGENT

BUSINESS AGENTS
CARLOS N. RAMOS, II
CHARLES SHUGHART
ROBERT J. SNYDER, JR.
RUSSELL A. STEPP
DANIEL A. VIRTUE

April 5, 2000

(13)

Andy Upchurch
ABF Freight Systems
P.O. Box 1925
New Kingstown, PA 17072

Ref: Meeting of April 5, 2000

Dear Andy:

On April 5, 2000, a meeting was held at the Carlisle terminal to discuss grievances 94530 (R. Bechtel) and 94532 (Thomas Schildt). In attendance was David Quidort, both grievants you and me. The following was discussed.

The grievants are claiming recall rights from layoff under Article 5, Section 2 of the NMFA. Mr. Bechtel amended his grievance at the table to include compensation for lost earnings and benefits. The same request was not made by Mr. Schildt. It was the position of the Company that the timeliness of the grievances could be an issue. We were not able to determine the date of layoff for either grievant, but Mr. Schildt provided a pay stub, indicating that he was paid for work performed in the pay period ending 3/18/95. The parties will search for records that will clarify the dates of layoff. It was also the position of the Company that they had no obligation to recall Carolina employees who were in layoff status prior to the merger/purchase by ABF Freight Systems. The provisions of Article 5, Section 5 were discussed. No resolution was reached on either grievance.

The grievances remain pending and will be placed on the docket for the next ERJAGC, unless resolved prior to that date.

Sincerely,

C. Shughart

Charles Shughart
Business Agent

cc:
Grievants



Exhibit (2) 103

TELEPHONE (717) 233-8766
(800) 692-6280
FAX (717) 233-6023

EXHIBIT
"I"



15

May 17, 2000

To: B/A Shughart Local #776
Re: Grievance #94530

B/A Shugart,

I am requesting a seniority list of Union Employees at ABF in Carlisle, PA. I need names of employees, seniority number, date of hire, and classification each employee is qualified. This seniority list needs to be as current as of this letter.

I am also requesting a lay-off list of the Carolina Freight Union Employees laid-off in Carlisle, PA in 1995. The list needs to show date of lay-off of each employee and classification qualification.

I need these lists and any other available information that will be of importance to my grievance.

Respectfully,

Rickey A. Bechtel

EXHIBIT
"J"

104

PHIL FERRANTE
VICE PRESIDENT

BRAD LINDSAY
RECORDING SECRETARY

HARVEY WHITE
TRUSTEE

MIKE HORD
TRUSTEE

THOMAS VINSON
TRUSTEE

BUSINESS AGENTS

CARLOS N. RAMOS, II
CHARLES SHUGHART
ROBERT J. SNYDER, JR.
RUSSELL A. STEPP
DANIEL A. VIRTUE

# CHAUFFEURS, TEAMSTERS AND HELPERS
## LOCAL UNION NO. 776

*"AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS"*

2552 JEFFERSON STREET, HARRISBURG, PA 17110-2505

THOMAS B. GRIFFITH
PRESIDENT AND BUSINESS AGENT

JOHN L. FOGLE, II
SECRETARY TREASURER AND BUSINESS AGENT

May 24, 2000

Rickey Bechtel
2072 Locust Lane
Hummelstown, PA 17036

Ref:    Your Letter Dated May 17, 2000

Dear Rickey:

Your above referenced letter was received. I have requested ABF to provide me with an updated seniority list. I will forward it to you when received. With respect to a list of laid-off Carolina employees, I'm not aware that such a list exists or ever existed. I've reviewed the Company file and have not located such a document. As you know, I was not the business agent for Carolina employees, therefore I did not maintain any separate files, nor am I fully aware of what correspondence was received or not received. I can only provide information that is in the Company file. I will continue to search for such a document. If found, I will provide it to you.

Sincerely,

Charles Shughart
Business Agent

TELEPHONE (717) 233-8766
(800) 692-6280
FAX (717) 233-6023

EXHIBIT
"K"

105

PHIL FERRANTE
VICE PRESIDENT
BRAD LINDSAY
RECORDING SECRETARY
HARVEY WHITE
TRUSTEE
MIKE HORD
TRUSTEE
THOMAS VINSON
TRUSTEE

BUSINESS AGENTS
CARLOS N. RAMOS, II
CHARLES SHUGHART
ROBERT J. SNYDER, JR.
RUSSELL A. STEPP
DANIEL A. VIRTUE

# CHAUFFEURS, TEAMSTERS AND HELPERS
## LOCAL UNION NO. 776

"AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS"

2552 JEFFERSON STREET, HARRISBURG, PA 17110-2505

THOMAS B. GRIFFITH
PRESIDENT AND BUSINESS AGENT

JOHN L. FOGLE, II
SECRETARY TREASURER AND BUSINESS AGENT

June 15, 2000

Rickey Bechtel
2072 Locust Lane
Hummelstown, PA 17036

Ref:   Your Grievance 94530

Dear Rickey:

Be advised, your above referenced grievance is scheduled to be presented at the Eastern Region Grievance Committee during the week of July 24th - 27th.  You are welcome and invited to attend.

Whether or not you plan to attend the hearing, I must prepare a written brief to present to the grievance panel.  Please contact me to schedule a date that you will be available to review your case and prepare a brief.

At this time, I'm available on the following dates:

June 21st - pm
June 22nd - pm
June 23rd - am
June 27th - all day

Please advise me as soon as possible at 233-8766.  If I'm not available, please leave a message.

Enclosed is a copy of the seniority list you requested.  I still have not found what would normally be considered a layoff list, but I did find a list that was submitted to the IBT by Carolina to comply with the WARN Act.  If it's what you're looking for, you are welcome to a copy.

Sincerely,

Charles Shughart
Business Agent

*Mailed
6/15/00 @ 10:44 Am
Kad*

TELEPHONE (717) 233-8766
(800) 692-6280
FAX (717) 233-6023

EXHIBIT
"L"

106

PHIL FERRANTE
VICE PRESIDENT

BRAD LINDSAY
RECORDING SECRETARY

HARVEY WHITE
TRUSTEE

MIKE HORD
TRUSTEE

THOMAS VINSON
TRUSTEE

# CHAUFFEURS, TEAMSTERS AND HELPERS
## LOCAL UNION NO. 776
### *AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS*
#### 2552 JEFFERSON STREET, HARRISBURG, PA 17110-2505

BUSINESS AGENTS

CARLOS N. RAMOS, II
CHARLES SHUGHART
ROBERT J. SNYDER, JR.
RUSSELL
DANIEL A

THOMAS B. GRIFFITH
PRESIDENT AND BUSINESS AGENT

JOHN L. FOGLE, II
SECRETARY TREASURER AND BUSINESS AGENT

July 18, 2000

Rickey Bechtel
2072 Locust Lane
Hummelstown, PA 17036

Ref:   Your Grievance 94530

Dear Rickey:

Enclosed is a copy of the brief for the above referenced grievance. I think all the revisions you requested have been accomplished. Please review it and advise me if it is correct or if additional changes are necessary. Since time is short, a prompt response would be appreciated. If I am not available, please leave a message with the office staff.

Sincerely,

Charles Shughart
Business Agent

TELEPHONE (717) 233-8766
(800) 692-6280

EXHIBIT
"M"

PHIL FERRANTE
VICE PRESIDENT
BRAD LINDSAY
RECORDING SECRETARY
HARVEY WHITE
TRUSTEE
MIKE HORD
TRUSTEE
THOMAS VINSON
TRUSTEE

BUSINESS AGENTS

CARLOS N. RAMOS, II
CHARLES SHUGHART
ROBERT J. SNYDER, JR.
RUSSELL A. STEPP
DANIEL A. VIRTUE

# CHAUFFEURS, TEAMSTERS AND HELPERS
## LOCAL UNION NO. 776

"AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS"

2552 JEFFERSON STREET, HARRISBURG, PA 17110-2505

THOMAS B. GRIFFITH
PRESIDENT AND BUSINESS AGENT

JOHN L. FOGLE, II
SECRETARY TREASURER AND BUSINESS AGENT

September 26, 2000

Rickey Bechtel
2072 Locust Lane
Hummelstown, PA 17036

Ref:   Your Grievance 94530

Dear Rickey:

Please advise that your above referenced grievance will be presented at the Change of Operations Committee on October 26 / 27, 2000 at the Embassy Suites Deerfield Beach Resort, 950 Southeast 20th Avenue, Deerfield Beach, Florida, 33441.

You are welcome and invited to attend.

Sincerely,

Charles Shughart
Business Agent

mailed 9/25/00
@ 3:55 KA).

TELEPHONE (717) 233-8766
(800) 692-6280
FAX (717) 233-6023

108

EXHIBIT
"N"

PHIL FERRANTE
VICE PRESIDENT
BRAD LINDSAY
RECORDING SECRETARY
HARVEY WHITE
TRUSTEE
MIKE HORD
TRUSTEE
THOMAS VINSON
TRUSTEE

BUSINESS AGENTS

CARLOS N. RAMOS, II
CHARLES SHUGHART
ROBERT J. SNYDER, JR.
RUSSELL A. STEPP
DANIEL A. VIRTUE

# CHAUFFEURS, TEAMSTERS AND HELPERS
# LOCAL UNION NO. 776

*AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS*

2552 JEFFERSON STREET, HARRISBURG, PA 17110-2505

THOMAS B. GRIFFITH
PRESIDENT AND BUSINESS AGENT

JOHN L. FOGLE, II
SECRETARY TREASURER AND BUSINESS AGENT

December 28, 2000

Rickey Bechtel
2072 Locust Lane
Hummelstown, PA 17036

Ref:   Grievance 94530

Dear Rickey:

In reply to your letter dated December 6, 2000, it is my understanding that the decision issued by the Change of Operations Committee is final. The grievance procedure does not provide for the appeal of a decision that is issued by a majority of the Committee members.

I have enclosed the papers presented by the Company at the hearing.

Please contact me if you have any questions.

Sincerely,

Charles Shughart
Business Agent

TELEPHONE (717) 233-8766
(800) 692-6280

EXHIBIT
"O"

## CERTIFICATE OF SERVICE

I, Ira H. Weinstock, Esquire, hereby certify that upon the date stated below, I served the attached Supporting Exhibits to Defendants' Statement of Material Facts upon the persons named below, at the stated addresses, by first class postage paid United States mail.

Robert S. Mirin, Esquire
**AHMAD & MIRIN**
8150 Derry Street, Suite A
Harrisburg, PA 17111

James A. McCall, Esquire
International Brotherhood of Teamsters
25 Louisiana Avenue, N.W.
Washington, D.C. 20001

Vincent Candiello, Esquire
**MORGAN, LEWIS & BOCKIUS, L.L.P.**
One Commerce Square
417 Walnut Street
Harrisburg, PA 17101-1904

Joseph E. Santucci, Jr., Esquire
Mary D. Walsh, Esquire
MORGAN, LEWIS & BOCKIUS
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

_Ira H. Weinstock_
IRA H. WEINSTOCK

Dated: April 15, 2002

110