IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICKEY A. BECHTEL, :
:
      Plaintiff, : NO. 3:01-CV-789
: Judge Sylvia H. Rambo
    v. :
:
DANIEL A. VIRTUE, Business Agent of the :
International Brotherhood of Teamsters; :
INTERNATIONAL BROTHERHOOD OF :
TEAMSTERS; ABF FREIGHT SYSTEM, :
INCORPORATED, :
:
      Defendants. :



## ORDER

AND NOW this _13_ day of _May_, 2002 is hereby ORDERED and DECREED that Plaintiff's request for extension of time to file Plaintiff's Response to Defendants' Motion for Summary Judgment to May 24, 2002 is GRANTED.

By this Court:

_____
J.