IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICKEY A. BECHTEL,
    Plaintiff

v.      No. 1:01-CV-789

Judge Sylvia H. Rambo

DANIEL VIRTUE, Business Agent of the
International Brotherhood of Teamsters;
INTERNATIONAL BROTHERHOOD
OF TEAMSTERS; LOCAL 776;
INTERNATIONAL BROTHERHOOD
OF TEAMSTERS; and ABF FREIGHT
SYSTEM, INCORPORATED,
    Defendants

FILED
HARRISBURG, PA

JUN 0 3 2002

MARY E. D'ANDREA, CLERK
PER _____
    DEPUTY CLERK

## ORDER

AND NOW, this 3rd day of June, 2000, it is hereby **ORDERED** and **DECREED** that the Motion for Leave to File Plaintiff's Response to Defendant's Statement of [Undisputed] Material Facts *Nunc Pro Tunc* is hereby **GRANTED**.

By the Court:

_____ J.

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                            June 3, 2002
```

Re:   1:01-cv-00789     Bechtel v. Virtue


True and correct copies of the attached were mailed by the clerk to the following:

```
     Robert S. Mirin, Esq.
     Ahmad & Mirin
     8150 Derry St.
     Harrisburg, PA   17111    Fax No.: 17175611616


     Wendy Dullea Bowie, Esq.
     Ira H. Weinstock
     800 North Second Street
     Harrisburg, PA   17102

     Jason M. Weinstock, Esq.
     Ira H. Weinstock, P.C.
     800 North Second St.
     Harrisburg, PA   17102

     Ira H. Weinstock, Esq.
     800 North Second Street
     Harrisburg, PA   17102

     Vincent Candiello, Esq.
     Morgan, Lewis & Bockius
     One Commerce Square
     417 Walnut St.
     Harrisburg, PA   17101    Fax No.: 17172374004


     Joseph E. Santucci Jr., Esq.
     Morgan, Lewis and Bockius
     1800 M. Street, NW
     Washington, DC   20036

     Mary D. Walsh, Esq.
     Morgan, Lewis and Bockius
     1111 Pennsylvania Ave. NW
     Washington, DC   20004    Fax No.: 18774329652
```

```
cc:
Judge                              ( )            ( ) Pro Se Law Clerk
Magistrate Judge                   ( )            ( ) INS
U.S. Marshal                       ( )            ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( )  with N/C attached to complt. and served by:
                                        U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( )  with Petition attached & mailed certified mail
                                        to:  US Atty Gen    ( )   PA Atty Gen  ( )
                                             DA of County   ( )   Respondents  ( )
Bankruptcy Court                   ( )
Other _____          ( )
                                                        MARY E. D'ANDREA, Clerk

    DATE: ____6/3/0_____               BY: _____
                                                    Deputy Clerk
```