IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICKEY A. BECHTEL,<br>  Plaintiff<br>  v.<br>DANIEL A. VIRTUE, et al.,<br>  Defendants | CIVIL NO. 1:CV-01-0789 |

**O R D E R**

Upon consideration of the parties' joint motion for postponement, **IT IS HEREBY ORDERED THAT** the motion is granted as follows:

1) All motions in limine, if any, accompanied by supporting briefs, shall be filed no later than September 2, 2002.

2) Pretrial memoranda shall be filed on or before **noon** on September 27, 2002 in conformity with the local rules.

3) The pretrial conference is rescheduled from June 28, 2002 to Friday, October 4, 2002, at 10:00 a.m., in the chambers of Courtroom No. 3.

4) This case is removed from the July trial list and placed on the October trial list. Jury selection for cases on the October list will begin at 9:30 a.m. on Monday, October 7, 2002, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Trials will commence following the completion of jury selections. A date certain for trial may be discussed at the pretrial conference; however, counsel are expected to be prepared to go forward with trial at anytime during the trial term.

                                         _____
                                         SYLVIA H. RAMBO
                                         United States District Judge

Dated: June 10, 2002.