IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICKEY A. BECHTEL,** | CIVIL NO. 1:CV-01-0789 |
| Plaintiff | |
| v. | |
| **DANIEL A. VIRTUE, et al.,** | |
| Defendants | |



### ORDER

In accordance with the foregoing memorandum of law, **IT IS HEREBY ORDERED THAT:**

(1) Defendants Daniel Virtue, International Brotherhood of Teamsters; and Local 776, International Brotherhood of Teamsters' motion for summary judgment is **GRANTED**;

(2) Defendant ABF Freight System, Inc.'s motion for summary judgment is **GRANTED**;

(3) The Clerk of Court shall grant judgment against Plaintiff and in favor of all Defendants and close the case file.

SYLVIA H. RAMBO
United States District Judge

Dated: July 10, 2002