AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA
### JUDGMENT IN A CIVIL CASE

**Rickey A. Bechtel**
Plaintiff

Case No: 1:01-CV-0789
Judge Sylvia H. Rambo

V.

**Daniel A. Virtue; International Brotherhood of Teamsters; Local 776, International Brotherhood of Teamsters**
Defendants



FILED
JUL 1 0 2002
PER _____
HARRISBURG, PA DEPUTY CLERK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the defendants, Daniel A. Virtue; International Brotherhood of Teamsters and Local 776, International Brotherhood of Teamsters, and against the plaintiff, Rickey A. Bechtel.

Date: July 10, 2002

Mary E. D'Andrea, Clerk of Court

(By) Mark J. Armbruster, Deputy Clerk