1 to ct
1 to Mary D'Andrea

● ORIGINAL ●

47
7/25/0

AO 133
(Rev 7/82)

**BILL OF COSTS**

| United States District Court | DISTRICT Middle | FILED HARRISBURG, PA |
|---|---|---|
| Rickey A. Bechtel | DOCKET NO. 1:01-CV-789 | JUL 2 4 2002 |
| v. Daniel Virtue, Business Agent of the International Brotherhood of Teamsters | MAGISTRATE CASE NO. | MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk |

Judgment having been entered in the above entitled action on __July 10, 2002__ against
                                                                    date

__Plaintiff, Rickey A. Bechtel,__ the clerk is requested to tax the following as costs:

## BILL OF COSTS

| | |
|---|---|
| Fees of the clerk........................................................................$ | |
| Fees for service of summons and complaint ............................. | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ................................. | $ 346.50 |
| Fees and disbursements for printing ......................................... | $ 194.79 |
| Fees for witnesses (itemized on reverse side) ............................ | |
| Fees for exemplification and copies of papers necessarily obtained for use in case ......................................... | |
| Docket fees under 28 U.S.C. § 1923 .......................................... | |
| Costs incident to taking of depositions ....................................... | |
| Costs as shown on Mandate of Court of Appeals ....................... | |
| Other costs (Please itemize) ..postage............................... | $ 16.19 |
| TOTAL | $ 557.48 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories. Briefs should also be submitted supporting the necessity of the requested costs and citing cases supporting taxation of those costs.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to: Robert S. Mirin, Esquire, AHMAD & MIRIN;
8150 Derry Street, Suite A, Harrisburg, PA; 17111; James A. McCall;*

SIGNATURE OF ATTORNEY _____

FOR: Defendants Daniel Virtue, International Brotherhood of Teamsters and Local 776, International Brotherhood of Teamsters
       Name of claiming party                                                                    DATE 7/24/02

Please take notice that I will appear before the clerk who will tax said costs on the following day and time:

DATE AND TIME

| Costs are hereby taxed in the following amount and included in the judgment: | AMOUNT TAXED $ | |
|---|---|---|
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE |

*Esquire, International Brotherhood of Teamsters, 25 Louisiana Ave., N.W. Washington, DC, 20004; Vincent Candiello, Esquire, MORGAN, LEWIS &

### ITEMIZATION AND DOCUMENTATION FOR COSTS

**Fees of Court Reporter**

Geiger and Loria Reporting Service (see attached invoice) -
    Deposition Transcript of Rickey Bechtel................................................................. $ 346.50

**Fees and Disbursements for Printing**

Defendants' Answer to Plaintiff's Complaint:
    13 pages x 8 copies = 104 pages
    104 pages x .15/pg. =............................................................................................... $  15.60

Defendants' Brief in Reply to Plaintiff's Motion to Consolidate Cases:
    11 pages x 8 copies = 88 pages
    88 pages x .15/pg. =................................................................................................. $  13.20

Defendants' Motion for Summary Judgment, Supporting Brief and Exhibits:
    114 pages x 9 copies = 1,026 pages
    1,026 pages x .15/pg. =........................................................................................... $ 153.99

Defendants' Reply to Plaintiff's Brief in Opposition to Defendant's
  Motion for Summary Judgment:
    10 pages x 8 copies = 80 pages
    80 pages x .15/pg. =................................................................................................. $  12.00

**Other costs (postage)**

Postage for sending a copy of the above documents to Attorney Mirin,
    Attorney Candiello, Attorney McCall and client.................................................... $  16.19

**TOTAL COSTS** ................................................................................................................. $ 557.48

## Geiger & Loria Reporting Service
2408 Park Drive, Suite B
Harrisburg, PA 17110
Phone #: (717)541-1508  Fax #: (717)541-1509

| To: JAMES MCCALL<br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS<br>25 LOUISIANA AVENUE, N.W.<br><br>WASHINGTON, DC 20001 | Acct # | 2,079 |
|---|---|---|

RE:  BECHTEL VS VIRTUA, ET AL
Date:  3/07/2002
Case No.:  3:01-CV-789

**Invoice Date**
3/22/2002

**Invoice No.**
6988

**Employer I.D.**
25-1679685

**Terms**
Net 30 Days

Past due invoices subject to account service fee computed at the rate of 12% per annum, calculated daily on the outstanding past due balance.

| Description | Qty | Amount | Charges |
|---|---|---|---|
| TRANSCRIPT - RICKEY BECHTEL | 195 | 1.70 | 331.50 |
| SHIPPING | 1 | 15.00 | 15.00 |

Post-it® Fax Note  7671
Date 7/24/02  # of pages 1
To Roberta       From Rubin
Co./Dept.        Co. G+S
Phone #          Phone # 541 1508
Fax # 258 6691   Fax #

**Total:  346.50**

### Method of Payment:

     Check enclosed

   ☐ 

Credit card #

Expiration date

Authorized signature (for credit card payment)

### Remittance Portion
Please return with payment to insure proper credit.
Mail to:
  Geiger & Loria Reporting Service
  2408 Park Dr., Suite B
  Harrisburg, PA  17110

TOTAL DUE:  APR 346.50 2002

6 988   LH