IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICKEY A. BECHTEL,<br>   Plaintiff | NO. 1-CV-01-789 |
| v. | CIVIL ACTION - LAW |
| DANIEL A. VIRTUE, Business Agent of the<br>International Brotherhood of Teamsters;<br>INTERNATIONAL BROTHERHOOD OF<br>TEAMSTERS; LOCAL 776, INTERNATIONAL<br>BROTHERHOOD OF TEAMSTERS; ABF<br>FREIGHT SYSTEM, INCORPORATED,<br>   Defendants | FILED<br>HARRISBURG, PA<br>AUG 0 9 2002<br>MARY E. D'ANDREA, CLERK<br>Per _____<br>  Deputy Clerk |

## NOTICE OF APPEAL

Notice is hereby given that Rickey A. Bechtel, Plaintiff in the above named case, by and through counsel, Robert S. Mirin, hereby appeals to the United States Court of Appeals for the Third Circuit from the order of July 10, 2002 by the United States District Court for the Middle District of Pennsylvania. This order has been entered in the docket as evidenced by the attached copy of the docket entry.

Respectfully Submitted,

Robert S. Mirin
Supreme Court ID# 23505
AHMAD & MIRIN, LLC
8150 Derry Street, Suite A
Harrisburg, PA  17111
Phone: (717) 909-4343
Fax: (717) 561-1616

Attorney for the Plaintiff



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICKEY A. BECHTEL,<br>      Plaintiff | : | NO. |
| | : | |
| v. | : | CIVIL ACTION - LAW |
| | : | |
| DANIEL A. VIRTUE, Business Agent of the<br>International Brotherhood of Teamsters;<br>INTERNATIONAL BROTHERHOOD OF<br>TEAMSTERS; LOCAL 776, INTERNATIONAL<br>BROTHERHOOD OF TEAMSTERS; ABF<br>FREIGHT SYSTEM, INCORPORATED,<br>      Defendants | : | |

## CERTIFICATE OF TRANSCRIPT

I, Robert S. Mirin, counsel for the Plaintiff in the above-named case, in accordance with F.R.A.P. 10 (b)(1)(B), hereby certify that <u>no transcript will be ordered</u> in this matter as no proceedings were recorded in this matter prior to the granting of summary judgment to the defendants in this case. on July 10, 2002 by the United States District Court for the Middle District of Pennsylvania.

Respectfully Submitted,

*[signature]*

Robert S. Mirin
Supreme Court ID# 23505
AHMAD & MIRIN, LLC
8150 Derry Street, Suite A
Harrisburg, PA  17111
Phone: (717) 909-4343
Fax: (717) 561-1616

Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

        **AND NOW**, this _____ of August 2002, I, **Kathy Campbell**, legal assistant for the Law Offices of Ahmad & Mirin, attorneys for the Plaintiff, hereby certify that on this day I served the within *Plaintiff's Notice of Appeal and Certificate of Transcript* upon the agency indicated below, by depositing a true and correct copy of the same in the United States Mail, first class, and postage prepaid, which service satisfies the requirements of the Federal Rules of Appellate Procedure:

**United States Court of Appeals for the Third Circuit**
Marcia M. Waldron, Clerk
21400 U.S. Courthouse
Philadelphia, PA  19106

**The United States District Court for the Middle District of Pennsylvania**
The Honorable Sylvia H. Rambo
Federal Building
Harrisburg, PA  17108

**ABF Freight Systems, Inc.**
C/O Joseph E. Santucci, Jr., Esquire
Mary D. Walsh, Esquire
MORGAN, LEWIS & BOCKIUS, LLP
1800 M. Street N.W.
Washington, DC  20036

Vincent Candiello
MORGAN, LEWIS & BOCKIUS, LLP
One Commerce Square
417 Walnut Street
Harrisburg, PA  17101-1904

**International Brotherhood of Teamsters, and Local 776, International Brotherhood of Teamsters**
C/O Ira Weinstock, Esquire
Wendy Dullea Bowie
IRA H. WEINSTOCK, P.C.
800 North Second Street
Harrisburg, PA  17101-1904

*Kathy Campbell* (signature)
Kathy Campbell, Legal Assistant
AHMAD & MIRIN, LLC
8150 Derry Street, Suite A
Harrisburg, PA 17111-5260
(717) 909-4343

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

CAPTION:                                           DISTRICT COURT NO. __1:01-cv-789__

RICKEY A. BECHTEL                                  CT. OF APPEALS NO. _____
    Vs
DANIEL A. VIRTUE, et al.


NOTICE OF APPEAL FILED      August 9, 2002         COURT REPORTER(S) _____

FILING FEE:

NOTICE OF APPEAL _X_ PAID ___NOT PAID ___SEAMAN

DOCKET FEE   _X_ PAID ___NOT PAID ___USA

CJA APPOINTMENT: (Attach Copy of Order)

__ PRIVATE ATTORNEY
__ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
        (Attach Copy of Order)
__ MOTION GRANTED (IN FIRST INSTANCE)
__ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
        (Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING


COPIES TO:
Judge Sylvia H. Rambo                Robert S. Mirin, Esquire
Wendy Dullea Bowie, Esquire          Jason M. Weinstock, Esquire
Ira H. Weinstock, Esquire            James A. McCall, Esquire
Vincent Candiello, Esquire           Joseph E. Santucci, Jr., Esquire
Mary D. Walsh, Esquire
 File Copy




                                     PREPARED BY __Shawna L. Cihak__
                                                   Deputy Clerk
Date: August 12, 2002



UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

MARY E. D'ANDREA
*Clerk of Court*

(570) 207-5600   FAX (570) 207-5650
*Internet Address:* www.pamd.uscourts.gov

*Divisional Offices:*

Harrisburg:    (717) 221-392
Williamsport:  (570) 323-638(

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:    **BECHTEL v. VIRTUE, et al.**
**USDC NO: 1:01-cv-789**
**USCA NO:**
**E-mail Account:** All correspondence should be sent to the e-mail account: **PAMDAPPEAL1**

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

_____     **Civil Prisoner Case:** Case file and docket sheet available through RACER.

___X___   **Non-Prisoner** *Pro Se* **Civil Case:** Notice of Appeal and Docket Sheet available through RACER.

_____     **Non-Prisoner Civil Case or Criminal Case:** Notice of Appeal and Docket Sheet available through RACER.

_____     **Civil Prisoner Case:** ___ Supplemental Record filed. Documents and docket sheet available through RACER.

_____     **Non-Prisoner Civil Case or Criminal Case:**
____ Supplemental Record filed. Docket Sheet available through RACER.

The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

**s/ Shawna L. Cihak**
Deputy Clerk

Date: __August 12, 2002__