
8-12-0
sc

## Return Receipt

| | |
|---|---|
| Your document: | Notice of Appeal; 1:01-cv-789 |
| was received by: | Gayle Burr/CA03/03/USCOURTS |
| at: | 08/12/2002 03:33:37 PM |

FILED
HARRISBURG, PA
AUG 1 2 2002
MARY E. D'ANDREA, CLERK
Per _____