OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

UNITED STATES COURT OF APPEALS   TELEPHONE
FOR THE THIRD CIRCUIT   215-299-4925
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790
Website: http://www.ca3.uscourts.gov

August 14, 2002

NOTICE OF DOCKETING OF APPEAL

**Rickey A. Bechtel**
v.
**Daniel A. Virtue, et al.**

No.: 01-cv-00789

(Honorable Sylvia H. Rambo)

An appeal by **Rickey A. Bechtel** was filed in the above-caption case on **August 9, 2002**, and docketed in this Court on **August 14, 2002**, at No. **02-3195.**

Kindly use the Appeals Docket No. **02-3195** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Please notify Case Manager **LaToya W. Corprew** at latoya_corprew@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**