UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 02-3195

RICKEY A. BECHTEL,

Appellant

v.

DANIEL A. VIRTUE, Business Agent of the International Brotherhood of Teamsters;
INTERNATIONAL BROTHERHOOD OF TEAMSTERS; LOCAL 776,
INTERNATIONAL BROTHERHOOD OF TEAMSTERS; and ABF FREIGHT
SYSTEM, INCORPORATED

On Appeal from the United States District Court
for the Middle District of Pennsylvania

District Court Judge: The Honorable Sylvia H. Rambo
(D.C. Civil No. 01-cv-00789)

Submitted Under Third Circuit L.A.R. 34.1(a)
July 22, 2003

Before: ALITO and FUENTES, <u>Circuit Judges</u>,
and SURRICK,* <u>District Judge</u>.

JUDGMENT

---

*Hon. R. Barclay Surrick, U.S. District Judge for the Eastern District of Pennsylvania, sitting by designation.

This cause came to be heard on the record from the United States District Court for the Middle District of Pennsylvania, and was submitted under Third Circuit L.A.R. 34.1(a) on July 22, 2003.

On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that the judgment of the said District Court entered July 10, 2002, be, and the same is hereby AFFIRMED. No costs are taxed. All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*
_____
Clerk

Dated:   July 30, 2003

Certified as a true copy and issued in lieu
of a formal mandate on ___9-11-03___

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit