OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4915 |

www.ca3.uscourts.gov

September 11, 2003

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA  17108


**RE: Docket No. 02-3195**
　　**Bechtel  vs. Virtue**
　　**D.C. No. 01-cv-00789**


Dear Mrs. D'Andrea:


　　Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

　　Kindly acknowledge receipt for same on the enclosed copy of this letter.

　　Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

　　　　　　　　　　　　　　Very truly yours,
　　　　　　　　　　　　　　MARCIA M. WALDRON
　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　*LaToya Corprew*
　　　　　　　　　　　By:　LaToya Corprew/jht
　　　　　　　　　　　　　　Case Manager


Enclosure

cc: Robert S. Mirin, Esq.
　　Joseph E. Santucci, Jr., Esq.
　　Jason M. Weinstock, Esq.