

**UNITED STATES DISTRICT COURT**
*for the*
*MIDDLE DISTRICT OF PENNSYLVANIA*
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

*(570) 207-5600   FAX (570) 207-5650*
*Internet Address: www.pamd.uscourts.gov*

Divisional Offices:

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380

*MARY E. D'ANDREA*
*Clerk of Court*

February 17, 2004

Robert S. Mirin, Esq.
Jason M. Weinstock, Esq.
Wendy Dulley Bowie, Esq.
Ira H. Weinstock, Esq.
James A. McCall, Esq.
Joseph E. Santucci, Esq.
Mary D. Walsh, Esq.
Vincent Candiello, Esq.

     Re: <u>Bechtel vs. Virtue, et. al.</u>
        Civil No. 1:01-CV-789 (Judge Rambo)

Dear Counsel:

    The court has received notification from the Third Circuit Court of Appeals that the appeal filed in the above referenced case was resolved on July 30, 2003.  Therefore, it is now appropriate to consider the pending bill of costs filed by the defendants, Daniel Virtue, Business Agent of the International Brotherhood of Teamsters, Local 776, International Brotherhood of Teamsters.

    Objections to taxing of costs should be filed with the Clerk on or before **<u>February 25, 2004</u>**. Absent objections by that time, costs will be taxed as soon as practical in accordance with 28 U.S.C. § 1920 and the Local Rules of Court.

          Very truly yours,

          MARY E. D'ANDREA, CLERK

          By:  <u>s/Roseanne M. Pucilowski,</u>
          Deputy Clerk