IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICKEY A BECHTEL** | : |
| Plaintiff | : CIVIL ACTION NO. 1:01-CV-789 |
| | : (Judge Rambo) |
| v. | : |
| **DANIEL A. VIRTUE, ET AL** | : |
| Defendants | : |

### CLERK'S TAXATION OF COSTS

February 3, 2005

Defendant Daniel A. Virtue and the Teamsters Union defendants have filed a bill of costs in the amount of $557.48 for litigation expenses connected with photocopying and a deposition. The plaintiff filed objections, which were considered thoroughly in the disposition of this matter.[1] For the following reasons, costs will be taxed in the amount of $500.49.

Copying charges related to routine case papers are not taxable under Local Rule 54.4(5). Accordingly, itemized expenses for copying the Answer and Reply Briefs will be disallowed. Postage expenses will be disallowed as well. See Corsair Asset Management Inc. v. Moskovitz, 142 F.R.D. 347, 351 (N.D.Ga. 1992).

Copying charges for exhibits (imaccurately denominated in the itemized bill of costs as

---

1. Plaintiff suggests his good faith in the prosecution of this action should operate as bar to the imposition of costs. Good faith is not ordinarily rewarded in these matters, it is presumed. By contrast, lack of good faith on the part of the prevailing party may be a basis for the denial of otherwise taxable costs. See In re Paoli Railroad Yard PCB Litigation, 221 F.3d 449, 468 (3d Cir. 2000)

"Defendants' Motion for Summary Judgment, Supporting Brief and Exhibits") are taxable, as are fees of the court reporter. See 28 U.S.C. § 1920; LR 54.4(3 & 5).

**THEREFORE, IT IS ORDERED THAT** costs are taxed against the plaintiff and in favor of defendant Virtue and the Teamsters Union defendants in the amount of $500.49.

Federal Rule of Civil Procedure Rule 54(d)(1) and LR 54.3 permit any party to appeal this decision to the court within five days of taxation. Written specifications of the items objected to and the grounds of objections must be filed and served within five days. LR 54.3.

s/**Mary E. D'Andrea**
MARY E. D'ANDREA, Clerk