**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| **RICKEY A  BECHTEL** | : | |
| | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 1:01-CV-789** |
| | : | **(Judge Rambo)** |
| **v.** | : | |
| | : | |
| **DANIEL A. VIRTUE, ET AL** | : | |
| | : | |
| **Defendants** | : | |

## JUDGMENT

Pursuant to the court's judgment entered July 10, 2002 and Federal Rule of Civil Procedure

54(d), costs are taxed against the plaintiff Rickey A. Bechtel and in favor of defendants Daniel A.

Virtue, International Brotherhood of Teamsters and Local 776, International Brotherhood of Teamsters

in the amount of $500.49.

                                        ATTEST:


                                        s/**Mary E. D'Andrea**
                                        MARY E. D'ANDREA, Clerk

DATE: February 3, 2005